

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ. (BAR NO. 148213)
158 Hilltop Crescent
Walnut Creek, CA  94597-3452
Telephone:  (925) 588-0401
Facsimile:  (888) 210-8868
E-mail:  tim@thimeschlaw.com

LAW OFFICES OF ANTHONY GOLDSMITH
ANTHONY GOLDSMITH, ESQ. (BAR NO. 125621)
 800 W. 6th Street, Suite 1500
Los Angeles, CA  90017
Telephone:  (213) 471-2096
Facsimile:  (213) 596-8906
Email:  aegoldlaw@aol.com

Attorneys for Plaintiff
JEAN RIKER

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID C. BOLSTAD (BAR NO. 157886)
JENNIFER C. SHAKOURI (BAR NO. 252373)
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555                          CLOSED
Fax:  (213) 620-8816
E-Mail:  dbolstad@allenmatkins.com
             jshakouri@allenmatkins.com

Attorneys for Defendants
PEBBLEBROOK HOTEL TRUST and BLUE
DEVILS OWNER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | Case No. 10-08939 DDP (CWx) |
| Plaintiff, | Civil Rights |
| v. | FULL CONSENT DECREE ORDER AND JUDGMENT |
| PEBBLEBROOK HOTEL TRUST; REGIS PROPERTIES, LLC; BLUE DEVILS OWNER, LLC; and DOES 3 through 50, inclusive, | |
| Defendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

926541.02/LA

# **TABLE OF CONTENTS**

1

2

**Page**

I.     INTRODUCTION ........................................................................................1

II.    STIPULATION ...........................................................................................2

III.   JURISDICTION .........................................................................................3

IV.   SCOPE OF SETTLEMENT ......................................................................3

V.     AGREEMENTS CONCERNING INJUNCTIVE RELIEF AND
       DAMAGES .................................................................................................4

       A.     Injunctive Relief ...........................................................................4

       B.     Resolution of Plaintiff's Claims for
             Damages…………………………………..…………………….6

VI.   PLAINTIFF'S RESERVED CLAIMS FOR ATTORNEYS'
       FEES, COSTS, AND EXPENSES; RELEASES ...................................7

VII.   RESOLUTION OF CLAIMS FOR ATTORNEYS' FEES,
       LITIGATION EXPENSES AND COSTS: ...........................................8

VIII.   FULL CONSENT DECREE JUDGMENT AND ORDER: ................10

IX.    CONSENT DECREE BINDING ON PARTIES AND
       SUCCESSORS IN INTEREST: ..............................................................10

X.     JOINT PREPARATION AND SEVERABILITY: ...............................11

XI.    SIGNATORIES BIND PARTIES: .........................................................11

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

926541.02/LA

## FULL CONSENT DECREE ORDER AND JUDGMENT

**I.      INTRODUCTION**

1.      Plaintiff JEAN RIKER ("Plaintiff" or "Riker") is a "person with a physical disability" as defined by relevant statutes.  Impartial quadriplegia requires her full-time use of a wheelchair for mobility.  Because of certain dexterity limitations caused by these physical disabilities, including the limitation of her reach range while seated in a wheelchair, she also has disabilities related to grasping, pinching and twisting of the wrist.

2.      Plaintiff contends that Defendants PEBBLEBROOK HOTEL TRUST ("PEBBLEBROOK"), and BLUE DEVILS OWNER LLC ("BLUE DEVILS") are the owners, operators, and lessees of the public accommodation Sheraton Delfina Hotel, located at or near 520 through 530 Pico Boulevard, Santa Monica, California (hereafter, "the Hotel").  Defendants PEBBLEBROOK and BLUE DEVILS dispute the foregoing statement, and contend that PEBBLEBROOK is the general partner of the limited partnership that is the owner of all of the membership interests in BLUE DEVILS, but is not the owner, operator, or lessee of the Hotel.  BLUE DEVILS purchased the Hotel from Regis Properties, LLC in November 2010, after the Original Complaint commencing the Action was filed.  BLUE DEVILS and PEBBLEBROOK are hereinafter jointly referred to as "Defendants."

3.      Plaintiff and the Defendants shall be referred to collectively herein as the Parties.

4.      Plaintiff filed the above-referenced action (the "Action") for herself and all other similarly situated members of the public under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* ("ADA"), California Health and Safety Code §§ 19955 *et seq.*, and Civil Code Sections 51, 54 and 54.1.

5.      Plaintiff alleges that Defendants violated these statutes based on  the allegations that, among other things, the Hotel's normal paths of travel and designated accessible routes, valet and parking facilities, entrances and exits,

registration desk, dining areas, bars, public restrooms, business center, conference rooms, pool areas, fitness center, ice and vending machines, stairways, and its guestrooms and suites, and their attendant bathrooms (the "Facilities and Amenities"), deny basic access to persons with disabilities.   The Facilities and Amenities and their alleged deficiencies that are the subject of this Action were identified in the Original Complaint filed on October 26, 2010, the operative Second Amended Complaint filed herein on May 2, 2011 (the "Complaint"), and  Plaintiff's more detailed demand (the "Demand") served on Defendants on  December 5, 2011 (attached hereto as Exhibit 2).

6.     For purposes of this Consent Decree only, the Parties agree that the Hotel which was originally constructed in 1971, has undergone certain new construction and alterations which, as set forth in Paragraph 10 hereof and Exhibit 1 hereto, are subject to certain requirements to comply with regulations in the newly constructed and altered areas.

7.     The Parties enter this Full Consent Decree Order and Judgment (hereafter "Consent Decree") in order to fully resolve the issues, claims and defenses in the Action.

## II.    STIPULATION

8.     **Plaintiff's Standing.**  While Defendants do not admit all the allegations of the Complaint, they are in possession of sufficient and indisputable facts, including without limitation Plaintiff's visit to the Hotel in June 2009 and her subsequent visits to the Santa Monica area, such that they admit Plaintiff qualifies as "aggrieved and potentially aggrieved" under the relevant statutes, and has individual standing under Article III of the U.S. Constitution, and do not contest same.

9.     **Qualified Facilities.** Defendants generally deny the allegations in the Complaint but admit that the Hotel qualifies as a "public accommodation" and a "commercial facility" under the statutes applicable to the claims asserted in the Complaint.

10.     For purposes of this Consent Decree only, the Parties stipulate and agree that the construction history of the facilities and amenities to be repaired as set forth in Exhibit 1 hereto, are subject to the 2010 ADA Standards for Accessible Design, Civil Code Section 54.3, and Title 24, Part II of the California Code of Regulations.

## III.     JURISDICTION

11.     This Court has jurisdiction over the subject matter of this action and over the Parties pursuant to Title III of the Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12181 *et seq.*  This Court has pendent jurisdiction over the state law claims asserted in the Complaint because they arise out of a common nucleus of fact and law.

12.     The Parties agree to this Court's continuing jurisdiction to interpret and enforce this Consent Decree.  By entry of this Consent Decree, the Court accepts continuing jurisdiction to enforce and interpret its terms.  The Parties agree that should any of them seek Court enforcement of this Consent Decree, any such enforcement will be by the procedure set forth below.

13.     For Purposes of this Consent Decree only, as well as for any motions for an award of reasonable statutory attorney's fees, litigation expenses and costs, the Parties agree this Consent Decree fully vindicates all Plaintiff's claims against Defendants for violation of Plaintiffs' rights under the Americans with Disabilities Act, California Health and Safety Code §§ 19955 *et seq.*, and Civil Code Sections 51, 54 and 54.1.

**WHEREFORE**, the Parties, without admitting liability or wrongdoing, hereby agree and stipulate to the Court's entry of this Consent Decree and Judgment as follows:

## IV.     SCOPE OF SETTLEMENT

14.     This Consent Decree shall be a full, complete, and final disposition and settlement of all claims that have been or could have been alleged in the Complaint

1  and Demand, except claims for Plaintiff's claims for reasonable statutory attorneys'

2  fees, litigation expenses and costs.  This Consent Decree was reached through

3  negotiations between the Parties.  The Court shall retain jurisdiction over this action

4  to enforce and interpret this Full Consent Decree Order and Judgment.  The Parties

5  agree that if they or any of them seek Court enforcement of this Full Consent Decree

6  Order and Judgment, any such enforcement will be by noticed motion, application

7  or other appropriate request for an order for specific performance, and that a

8  contempt citation or decree will not be sought by any party.

9  **V.    AGREEMENTS CONCERNING INJUNCTIVE RELIEF AND**

10     **DAMAGES.**

11     **A.    Injunctive Relief**

12     15.    **Specific Remediations and Performance Standards.**  Except as

13  otherwise set forth in Exhibit 1 hereto, Defendants agree to make the repairs and

14  other changes identified in Exhibit 1 hereto in accordance with the performance

15  standards for altered facilities under the 2010 ADA Standards for Accessible

16  Design and the California Building Code, 2010 Edition, whichever, for any

17  particular element, provides the strongest level of protection to persons with

18  disabilities.  With respect to the items to be repaired as set forth in Exhibit 1,

19  Defendants waive their defenses to compliance, except as to legal, economic and

20  physical constraints that may be encountered in connection with the repair.  In the

21  event a dispute arises between the Parties with respect to such legal, economic,

22  physical constraints, such dispute shall be resolved pursuant to the terms of

23  Paragraph 20 herein.

24     16.    **Time for Compliance.**  Except as otherwise set forth in **Exhibit 1**,

25  Defendants shall complete their performance as set forth in Paragraph 15, within 18

26  months of the Court's entry of this Consent Decree, allowing for good faith

27  interruptions due to inclement weather, contractor unavailability, and force majeure.

28

17.   **Option to Close Facilities.**  In lieu of making modifications to any particular facility, element or amenity set forth in **Exhibit 1**, the Defendants may elect to close or remove such facility, element or amenity from public use.  Such facility, element or amenity shall not be reopened or re–provided for public use without provision of disabled access.

18.   **Confirmation of Completion of Work.**  Upon completion of the work called for in Paragraph 15 of this Consent Decree, Defendants shall provide Plaintiff with a Certificate of Completion from a bonded and licensed CASp consultant.  Thereafter, Plaintiff, her attorneys and consultants shall be provided with reasonable access to the Hotel to confirm compliance with the Consent Decree.  If Plaintiff certifies work has been completed, she shall promptly file a request that the Court terminate its continuing jurisdiction to interpret and enforce the Consent Decree Order and Judgment.

19.   **Specific Agreed Remediations.**  As a part of a compromise of the global liability, the Defendants each agree that they shall be jointly and severally responsible to perform all work specified in the list attached hereto at **Exhibit 1.**

20.   **Enforcement.** Should a dispute arise relating to this Consent Decree or the  performance of the terms of this Consent Decree, the Party asserting the dispute or the failure of performance shall, before seeking the intervention of the court:

(1)   Provide written notice specifically identifying the nature of the dispute or the failure of performance as follows:

(a)   If by Plaintiff to Defendants, notice shall be transmitted by U.S. Mail and Electronic Mail to:

(i)   Mr. Thomas Fisher, Chief Investment Officer, Pebblebrook Hotel Trust, 2 Bethesda Metro Center, Suite 1530, Bethesda, MD 20814, E-Mail: tfisher@pebblebrookhotels.com.

1              (ii)      Ms. Jennifer Williams, Asset Management,

2  Pebblebrook Hotel Trust, 2 Bethesda Metro Center, Suite 1530, Bethesda, MD,

3  20814, E-Mail:  JWilliams@pebblebrook.com.

4              (iii)      Stuart Teger, The Honigman Firm, 660 Woodward

5  Avenue, 2290 First National Building, Detroit, MI 48226-3506, E-Mail:

6  Steger@honigman.com; and

7              (iv)      David C. Bolstad, Allen Matkins, 515 S. Figueroa

8  Street, Suite 900, Los Angeles, CA 90017, E-Mail:  Dbolstad@allenmatkins.com.

9          (b)      If by Defendants to Plaintiff, notice shall be transmitted by

10  U.S. Mail and Electronic Mail to:

11              (i)      Timothy Thimesch, 159 Hilltop Crescent, Walnut

12  Creek, CA 94597-3452, E-Mail tim@thimeschlaw.com.

13              (ii)      Anthony Goldsmith, Law Offices of Anthony

14  Goldsmith, 800 W. 6th Street, Suite 1500, Los Angeles, CA 90017, E-Mail

15  aegoldlaw@aol.com.

16              (iii)      Ms. Jean Riker at 2732 - 26th St., Sacramento, CA

17  95818, E-mail jeanriker@att.net;

18          Thereafter, meet and confer in an attempt to reach agreement on the dispute

19  or alleged failure to perform.  If, in the course of this dispute resolution process, a

20  Party agrees to remedy some or all of the alleged non-complying performance, that

21  party shall commence such performance within 90 days of that agreement or as the

22  Parties otherwise agree, and proceed with diligence to complete such performance.

23  If the dispute cannot be resolved pursuant to the dispute resolution process set forth

24  in Paragraph 20, Plaintiff shall be permitted to file a noticed motion under the

25  current case number of this Action seeking enforcement of this Consent Decree.

26  The "prevailing party" in such motion proceedings, whether in full or in part, may

27  request an award of reasonable attorneys' fees, litigation expenses and costs for such

28  motion, i.e., the fee recovery shall be pursuant to the normal prevailing party

standards that applied under the subject statutes before entry of this decree, under the subject fee shifting statutes named in the complaint and <u>Christiansburg Garment Co. v. EEOC</u>, 434 U.S. 412 (1978).  Thus, Defendants <u>may</u> be entitled to recovery of attorney's fees in such proceeding only upon proof that Plaintiff's motion is frivolous or brought in bad faith.

### B.   Resolution of Plaintiff's Claims for Damages.

21.    Defendants agree to pay Plaintiff the sum of $7,000 in full satisfaction of Plaintiff's claims for damages, including without limitation, claims for statutory damages under Title II of the ADA, and Civil Code Sections 52 and 54.3, and damages of bodily and personal injury.  This payment shall be made by check payable to "TIM THIMESCH, In Trust," and delivered to Plaintiff's counsel within 14 days of the Court's entry of this Full Consent Decree Order and Judgment. Defendants shall each remain jointly and severally liable to satisfy this obligation. The Parties stipulate that the foregoing amount is intended to be paid in full to Plaintiff, and understand that no part of it shall be received by Plaintiff's counsel in compensation for Plaintiff's separate claim for reasonable statutory attorneys' fees, litigation expenses, and costs.

## VI.   PLAINTIFF'S RESERVED CLAIMS FOR ATTORNEYS' FEES, COSTS AND EXPENSES; RELEASES

22.    The Parties have not resolved Plaintiff's claims for reasonable statutory attorneys' fees, expenses and costs, which shall be resolved by motion as set forth below.   During the remaining proceedings in this Action, the Parties shall make no motion seeking dismissal of any supplemental claims under 28 USC 1367(c), and further stipulate that on no occasion following the execution of this Consent Decree shall they allege that grounds supporting such a motion exist in the present case; rather they agree that judicial economy and comity weigh in favor of retaining jurisdiction to resolve these claims through dispositive motion and/or trial.

23.     Except for the claims reserved in Paragraph 24 below for reasonable statutory attorneys' fees, expenses and costs, and the obligations set forth herein, Riker, on her own behalf and on behalf of her agents, attorneys, representatives, attendants, employees, and assigns, hereby releases Defendants and each of their respective officers, directors, members, trustees, subsidiaries, affiliates, successors, predecessors, assigns, agents, attorneys, representatives, and employees, for any and all claims, damages, causes of action, fees (including, without limitation, attorneys, experts, and other fees), costs, expenses or any other sum incurred or claimed for matters, known and unknown, arising out of or related to the Hotel, the Facilities and Amenities, the Complaint, and/or the Action, including without limitation any known or unknown violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*, California Health and Safety Code Section 19955 *et seq.*, and/or California Civil Code Sections 51, 54 and 54.1.  Plaintiff expressly waives the rights provided under California Civil Code Section 1542, which states:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH DEBTOR.**

Plaintiff understands the significance and consequences of a waiver of California Civil Code Section 1542, and hereby assumes full responsibility for the consequences respect to such waiver.

## VII.   RESOLUTION OF CLAIMS FOR ATTORNEYS' FEES, LITIGATION EXPENSES AND COSTS:

24.     **Resolution by Motion.**  The issue of Plaintiff's unresolved claims for an award of reasonable statutory attorneys' fees, litigation expenses and costs, and to request an enhancement, shall be resolved by Plaintiff filing a motion with the court.

25.    **Prevailing Party.**  Defendants have agreed to conduct the repairs identified in <u>Exhibit 1</u> as a result of the settlement of this Action.  For purposes of this Consent Decree only, Plaintiff shall be deemed to have obtained meaningful and substantial injunctive relief and shall be deemed to be the "prevailing party," and therefore the court may award a reasonable attorneys' fee within the meaning of 42 U.S.C. § 12205 and California Civil Code ¶¶ 51, 54 & 54.1.  Specifically, the Parties stipulate that Plaintiff has achieved a material alteration of the legal relationship of the Parties, and that by permitting the court to retain jurisdiction to enforce this Consent Decree, that alteration has been judicially sanctioned.  (*See Jankey v. Poop Deck*, 537 F.3d 1122 (9th Cir. 2008).  Plaintiff is deemed to have prevailed on claims asserted in the Action, and Defendants waive any contention that an admission of liability is necessary for the court to find that Plaintiff is the prevailing party in this action as a predicate to the award of attorneys' fees, expenses and costs.  (cf. *Doran v. N. State Grocery, Inc.*, 137 Cal. App. 4th 484, 486, 39 Cal. Rptr. 3d 922, 923 (Cal.Ct. App. 2006) (court denied fees to plaintiff in action for damages under Civil Code Section 52, where plaintiff failed to obtain admission of liability).

26.    **Retained Jurisdiction.**  During the remaining proceedings herein stated, the Parties shall make no motion seeking dismissal of any supplemental claims under 28 USC § 1367, and further stipulate that on no occasion following the execution of this Consent Decree shall they allege that grounds supporting such a motion exist in the present case.

27.    **Timing of Motion for Attorneys' Fees.**  Plaintiff's motion for an award of reasonable statutory attorneys' fees, litigation expenses and costs, incurred to obtain the relief agreed upon herein, as well as for requested enhancement, shall be filed within 65 days of entry of this Consent Decree.  Plaintiff's Motion shall include an estimate of the attorneys' fees, litigation expenses and costs reasonably anticipated to be incurred in connection with monitoring enforcement and certifying

1  completion of the remedial work specified in Exhibit 1.  The Parties stipulate and
2  agree that the Plaintiff shall be entitled to an award of reasonable statutory
3  attorney's fees, litigation expenses and costs, monitoring enforcement and certifying
4  completion.  Defendants shall have no less than 45 days to file a response to
5  Plaintiff's Motion.

6      28.   **Joint and Several Liability.**  Defendants agree they are jointly and
7  severally liable for any amounts awarded by the court on Plaintiff's outstanding and
8  unresolved claim for statutory attorney's fees, litigation expenses and costs.  The
9  Parties hereby reserve this claim for resolution by the court.

10     29.   **No Waiver of Appellate Rights.**  Nothing herein shall be deemed to
11  waive or alter the applicable laws, rules or regulations governing the appealability of
12  any order on Plaintiff's Motion for an award of statutory attorneys' fees, litigation
13  expenses and costs.

14  **VIII.  FULL CONSENT DECREE JUDGMENT AND ORDER:**

15     30.   This Consent Decree constitutes the entire agreement between the
16  Parties on all Plaintiff's claims for injunctive relief, for statutory and personal injury
17  damages, and reasonable statutory attorney fees, litigation expenses and costs, and
18  no other statement, promise, or agreement, either written or oral, made by any of the
19  Parties or agents of any of the Parties, that is not contained in this written Full
20  Consent Decree Judgment and Order, shall be enforceable regarding the matters
21  described herein.

22  **IX.   CONSENT DECREE BINDING ON PARTIES AND SUCCESSORS IN**
23  **INTEREST:**

24     31.   The Parties agree and represent that they have entered into this Consent
25  Decree voluntarily, under no duress, and wholly upon their own judgment, belief,
26  and knowledge as to all matters related to this Consent Decree, after having received
27  full advice from counsel.

28

32.     This Consent Decree shall be binding on Plaintiff and Defendants and any successors in interest.  During the period that the Court has jurisdiction over the interpretation and enforcement of this Consent Decree, the Parties have a duty to notify all such successors in interest of the existence and terms of this Consent Decree.

33.     In the event that Plaintiff and/or her counsel should in the future seek to assert claims against Defendants or any of their respective subsidiaries, successors, predecessors, assigns, or any affiliated entities under common control with Defendants or any of them, of the sort arising out of or relating to claims that were or could have been asserted in this Action regarding the subject Property, including without limitation, any alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq*., California Health and Safety Code Section 19955 *et seq*., and/or California Civil Code Sections 51, 54 and 54.1, then Plaintiff and/or her counsel shall, prior to filing a lawsuit, provide written notice to the Defendants as set forth in Paragraph 20 herein, specifically identifying the alleged claims or violations.  Plaintiff and/or her counsel shall not file a lawsuit based on such alleged claims or violations unless and until Defendants fail to bring such alleged violations into compliance with applicable codes within 90 days after receipt of the notice, or a reasonable time thereafter as may be required to make or complete repairs.

## X.     JOINT PREPARATION AND SEVERABILITY:

34.     This Consent Decree is deemed jointly prepared by all Parties and shall not be strictly construed against any party as its drafter.  If any term of this Consent Decree is determined by any court to be unenforceable, the other terms of this Consent Decree shall nonetheless remain in full force and effect.

## XI.     SIGNATORIES BIND PARTIES:

35.     Signatories on the behalf of the Parties represent that they are authorized to bind the Parties to this Consent Decree.

1    36.    This Consent Decree may be executed in counterpart signatures, and
2    such signatures may be attached in counterparts, each of which shall be deemed an
3    original, and which together shall constitute one and the same instrument. Such
4    counterparts may be signed as faxed signatures, which shall have the same force and
5    effect as original signatures.

6
7    Dated: _____

8                                              _____
                                               JEAN RIKER
9    Dated: _____
10
11                                             _____
                                               PEBBLEBROOK HOTEL TRUST
12                                             By: _____
13                                             Officer's Title: _____
14   Dated: _____
15
16                                             _____
                                               BLUE DEVILS OWNER LLC
17                                             By: _____
18                                             Officer's Title: _____
19
20
21
22
23
24
25
26
27
28

**APPROVAL AS TO FORM:**

Dated: April __, 2012

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH
MICHELLE L. THIMESCH
ANTHONY GOLDSMITH, ESQ.
LAW OFFICES OF ANTHONY
GOLDSMITH


By: _____
    TIMOTHY S. THIMESCH
    Attorneys for Plaintiff
    JEAN RIKER


Dated:  April___, 2012

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
DAVID BOLSTAD, ESQ.
JENNIFER SHAKOURI, ESQ


By: _____
    DAVID C. BOLSTAD
    Attorneys for Defendants
    PEBBLEBROOK HOTEL TRUST and
    BLUE DEVILS OWNER LLC


**ORDER & FINAL JUDGMENT**

IT IS SO ORDERED.

Date:  June 13, 2012

    HON. DEAN D. PREGERSON
    U.S. DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# __EXHIBIT 1__

## EXHIBIT 1 TO CONSENT DECREE ORDER AND JUDGMENT

The defined terms referenced herein shall have the meaning set forth in the Consent Decree.  All references below formatted to "Bxx" refer to the corresponding paragraph numbers within the Demand attached to the Consent Decree as **Exhibit 2**.

Pursuant to Paragraph 15 of the  Consent Decree, Defendants shall make the repairs and other changes identified below in accordance with the performance standards for altered facilities under the 2010 ADA Standards for Accessible Design and the California Building Code, 2010 Edition, whichever, for any particular element, provides the strongest level of protection to persons with disabilities:

1.     All non-compliant elements of the accessible ramp at the front entrance to the Hotel identified in the Demand as B42-B46.

2.     All non-compliant elements of the "club room" located on the first floor of the Hotel, adjacent to the pool area.

3.     Defendants shall provide a compliant lower section of the main registration counter desk in the lobby of the Hotel (B58).

4.     All non-compliant elements of the accessible ramp on the mezzanine level, directly adjacent to the i-Café, as identified in the Demand as B215-B231.

5.     The tables at the east end of the bar area on the lobby level.  (B71, B72 and B74).

6.     All non-compliant elements of the i-Café dining counter and tables as identified in the Demand as B78 and B81.

7.     The following items in the women's restroom on the lobby level:  soap dispenser (B97); side grab bar (B102); sanitary seat dispenser (B103); clear floor space around the toilet (B104); toilet paper dispenser (B105); and the toilet flush valve (B106).

1    8.    The following items in the women's restroom on the mezzanine level: sink knee space (B153); paper towel dispenser (B157); operational control for the tampon dispenser (B158); clear space around the toilet (32" from the side of the toilet to the adjacent wall, and 18" from side wall to centerline of fixture) (B162); side grab bar distance from rear wall and knuckle space (B164, B167), sanitary seat dispenser (B165); toilet paper dispenser (B168); and the shelf above the toilet paper (B169).

9.    The following items in the women's restroom on the penthouse conference level:  clear floor space (B191); soap dispenser (B195); side and rear grab bars (B201, B205, B206), and the toilet paper dispenser (B204).  In addition, Defendants will, by use of an offset flange to move the toilet ½ inch to allow for 18" between the wall and the centerline of the toilet.

10.    The buffet and banquet tables in the Esparada room (B234, B235), Lucina and Stella ballrooms (B251, B253, B254).

11.    The height of the house phones and thermostat controls in the Esparada (B237, B238), Liseta (B241, B242), Lararia (B245, B246), Cabrillo (B250), Lucina & Stella Ballrooms (B252, B255), fitness center (B262), first floor pool area (B276), the peephole in the door to the Cabrillo room (B249), the cup holder in the fitness center (B261).

12.    The door to the ice/vending room on the 6th floor.  (B749).

13.    In resolution of all Plaintiff's claims relating to the accessibility of guestrooms at the Hotel, Defendants shall make the following twelve guestrooms compliant disabled accessible facilities in accordance with the performance standards for altered facilities under the 2010 ADA Standards for Accessible Design and the California Building Code, 2010 Edition, whichever, for any particular element, provides the strongest level of protection to persons with disabilities:  932 (king suite with roll-in shower), 828 (double bed), 728 (double-double bed), 530 (King bed), 644 (king bed), 630 (king bed), 446 (king bed), 544

1   (king bed), 225 (double bed with roll-in shower), 325 (double bed with roll-in

2   shower) and 425 (double bed with roll-in shower), 346 (king bed).  Guestrooms 225,

3   325 and 425 shall be double bed rooms with roll-in showers, and guestroom 932

4   shall be a king bed room with a roll-in shower.

5          14.    In resolution of all Plaintiff's claims relating to the parking facilities at

6   the Hotel and accessible routes of travel thereto, Defendants shall provide eight

7   accessible parking spaces in the "Penthouse Parking Garage" located to the east of

8   the front entrance to the Hotel, one of which shall be a van accessible space (not a

9   "high-top" van space).  The Parties agree that given the nature of the Hotel, its

10  parking structures, and the surrounding terrain, provision of a high-top van space is

11  technically and structurally infeasible.  In addition, Defendants will provide for

12  accessible routes of travel from these accessible parking spaces to the Penthouse

13  elevator lobby.  This route shall not compel disabled users to proceed behind other

14  parked vehicles other than the user's own.  In addition, a policy shall be established

15  and enforced that when an individual with a hi-top van comes to the hotel, he or she

16  shall be permitted to park in the Porte-Cochere area or in the exterior short-term

17  guest parking area, if space is available.

18         15.    In resolution of all Plaintiff's claims relating to accessible routes of

19  travel to the entry of the Hotel, Defendants shall, within five years of the entry of the

20  Consent Decree, provide an accessible path of travel from the front entrance of the

21  Hotel to the public right of way (sidewalk) on Pico Boulevard.

22         16.    In resolution of all Plaintiff's claims relating to the pool area on the

23  second floor of the Hotel, Defendants shall close the second floor pool area to Hotel

24  guests, put up a "No Hotel Guests" sign, lock the gate from the sidewalk to the pool

25  area (locking the ingress passage only) so that Hotel guests will not be able to enter

26  the pool area, and remove from its website all references to the pool and spa located

27  in this area.

28

17.     In resolution of all Plaintiff's claims relating to the pool and pool area on the first floor of the Hotel, Defendants shall (i) provide a pool lift for an accessible entry into the pool, (ii) repair and maintain the flooring in the pool area (B287), and (iii) provide an accessible route of egress to the exit gate at the south end of the pool area.

18.     In the Penthouse elevator lobby, Defendants shall lower the sign relating to current events at the Hotel.  (B35)

19.     Defendants shall adjust and periodically maintain the push pressure to less than 5 pounds on all doors used by the general public, including the following doors:  the doors to the front entry of the lobby (B49-51); the double doors to the cabana area (B57); the doors from the southeast corner of the lobby to the cabana building area (B69); the doors to the woman's restrooms on the lobby level (B 91), mezzanine level (B152), and penthouse conference level (B190); the Esparada room (B232); the Liseta room (B239); the Lararia room (B243); the Cabrillo room (B247); the fitness center (B256, B264); the exit door from the southwest corner of the pool area (B277), the exit gate from the pool area (B273, B280), the east and northwest exits to the pool area (B292, B284).  In addition, Defendants will modify the door to the fitness center such that it closes in no less than three seconds.  (B259)

20.     Defendants shall place a sign at the ramp leading from the first floor pool area to the Penthouse Parking stating that the ramp is for use by Hotel employees and staff only.  In addition, gates shall be installed at each end of the ramp.  The gates may be of a type and nature selected by Defendants.

21.     Defendants shall arrange and maintain furniture and equipment to allow for proper paths of travel and floor space in the following locations:  the north end of the lobby (B64); the bar/restaurant area off the lobby (B73); the i-Café (B79, B80); the fitness center (B260, B263), the pool area (B285), and the east exit to the pool area (B278).  In connection therewith, Defendants shall adopt a written policy,

practice and procedure, backed by sufficient employee training, to ensure such paths of travel and floor spaces are maintained during the course of the day.

22.    Defendants shall provide access to 5% of total seating, but not less than one wheelchair accessible table, in the main bar area on the first floor of the Hotel (B77), access to 5% of total seating, but not less than one wheelchair accessible table (B274).

23.    Defendants agree that when the copy machine and/or printer in the i-Café Business Center is next leased, purchased or otherwise replaced for any reason, they will be replaced with machines that have controls and features with a compliant reach range.  (B87-B88)

24.    Defendants shall provide and maintain compliant knee space under at least one sink in every space where they are available for public use, including the sink in the woman's restroom on the lobby level (B93) and the penthouse conference level (B192)

25.    Defendants shall insulate the hot water feed below the sinks in the following locations:  the woman's restroom on the lobby level (B94) the mezzanine level (B154), and the penthouse conference level (B194);

26.    Defendants shall change the door swing to egress on the stall in the woman's restroom on the lobby level (B99) and the mezzanine level (B160).  When altered, such doors shall swing out from the stall.

27.    Defendants will remove the doorstops or other obstructions within the bottom 10 inches of all doors used by the public, including in the Esparada (B233), Liseta (B240), Lararia (B244), and Cabrillo rooms (B248).

28.    Through the use of grasping loops, Defendants shall provide card keys that enable use by disabled guests without grasping, pinching or twisting of the wrist.  (B257, B268)

29.    Defendants will lower to accessible levels all operational controls and mechanisms used by the public, including the height of the key card reader and gate

latch on the east side of the first floor pool area (B267, B269), and the height of the key card reader at the club room (B272).

30.     Defendants will post signs on pool heater switches (B289, B290) and cabana heaters (B293-B295), stating that heater controls are to be adjusted by Hotel staff only.

# EXHIBIT 2

Exhibit 2
— i —

**EXHIBIT 2**

**Sheraton Delfina – Plaintiff's Identified Barrier Conditions**

<u>**Table of Contents**</u>

I.   Summary of Liability and Summary of Barrier Conditions

   A.   Basis of Liability ..................................................................... 1

   B.   Range of Obligations ............................................................... 3

   C.   Summary of Hotel's Accessibility Violations

      1.   Related to Accessible Route of Travel ................................. 5

      2.   Related to Accessible Elements and Spaces........................ 34

      3.   Policies.................................................................. 27

II.  Identified Barrier Conditions

   A.   On Site Parking ..................................................................... 37

   B.   Exterior Routes of Travel......................................................... 42

   C.   Registration Lobby Amenities ................................................... 46

   D.   Main Full Service Bar & Restaurant Off Main Lobby ................... 48

   E.   iCafe – Restaurant and Food Bar .............................................. 50

   F.   iCafe – Business  Center .......................................................... 52

   G.   Public Restrooms ................................................................... 53

   H.   Club Room ........................................................................... 67

   I.   Mezzanine – Ramp and Stairs ................................................... 68

   J.   Conference Rooms .................................................................. 70

   K.   Fitness Center........................................................................ 73

   L.   Swimming Pool Facilities ........................................................ 74

   M.   Guestrooms .......................................................................... 81

   N.   Ice/Vending Machine Rooms ................................................... 138

   O.   TTY Kits ............................................................................ 138

   P.   Telephone Reservation Systems ............................................... 139

**Exhibit 2**
**— 1 —**

**SHERATON DELFINA HOTEL**

**530 Pico Boulevard, Santa Monica, California**

**Plaintiff's Identified Barrier Conditions**

I.      **SUMMARY OF LIABILITY AND BARRIER CONDITIONS**

     A.      **Basis of Liability**

       This is an action Title III of the American's With Disabilities Act, 42 USC §12188, as well as related state-imposed obligations under Health & Safety Code Section 19953 (as further imposed by Government Code §4450 et seq. and Health & Safety Code §19955-19959) and Civil Code Sections 52, 54.3 and 55. Plaintiff seeks an Order requiring the Defendants to provide full and equal access to persons who use wheelchairs, and/or grasping difficulties, which are all conditions that relate to Plaintiff's precise and longstanding physical condition.

       In general, Title III imposes two distinct obligations on public accommodations to provide disabled access. One occurs at for those newly constructed or altered after January 26, 1992. Newly constructed facilities must meet the literal requirements for disabled access specified by code, whereas altered facilities must, in general, do so only for the area of alteration and for such area's supporting path of travel and sanitary facilities. The secondary obligation imposed by Title III is programmatic, and requires the public accommodation to perform a periodic self-audit and remove barriers where it is readily achievable to do so, considering, inter alia, whether the barrier can be removed "without significant difficulty or expense." The trigger date for this obligation is also January 26, 1992.

       California law has similar requirements to public accommodations. Initially, any newly constructed facility built after July 1, 1970 was required to meet national ASA access standards. In 1981, the statute was revised to require facilities built after that date to comply with the State's newly adopted Title 24

**Exhibit 2**
— 2 —

standards.  Similarly, for those public accommodations that are "altered" after the 1970 trigger date, an obligation is imposed to provide access to the area of alteration, as well as its connecting path of travel and the area's "key supporting facilities," such as public restrooms, etc.

In this case, the Parties already know, and prior to institution of discovery, that the two building comprising the subject Sheraton Delfina were newly constructed in 1971 and 1983, and therefore was required to comply with ASA standards for the 1971 work, and Title 24 for the 1983 work.  Because these standards were strict, and largely mirror today's equally stringent standards, their consideration is likely sufficient to resolve most all issues, and should remain the primary focus of the liability discussion.  Accordingly, the discussion need not turn to consider lesser forms of liability and defenses, such as the readily achievable standard under federal law, i.e., unless a particular barrier is more strictly regulated under today's federal standards.

However, Plaintiff is equally confident that the hotel's post-1990 remodeling history will impose sufficient liability to require compliant with current law as well.  For example, the hotel's current construction evidences that periodic remodeling occurred in the guestrooms, such as the marble and granite counters, which were remodeled to meet contemporary standards.  Based on investigation to date, Plaintiff believes this work occurred in 2004.  This work, if verified to have occurred post January-1992, would be sufficient to trigger current Title 24 and federal scoping requirements for the requisite number of guestrooms equipped with a roll-in showers.  Thus, all features herein have been evaluated under the current 2010 code.

One final note relates to the importance of the Code's literal requirements, and its mandate that that facilities and features be "readily accessible to, and usable by, disabled persons."  This means that the accessible feature should be usable without any additional effort or added time, and recognizes that even

**Exhibit 2**
— 3 —

minor deviations can cause inconvenience or fatigue. For this reason, the code specifies. An example is the slope of a parking space. The code specifies that it shall not exceed 2% as measured in all directions. While a disabled user might be able to safely navigate a 3% slope, it is only with the expenditure of effort, caution, and time. Thus while the slope violation is "usable" in this fashion, it is nevertheless not readily accessible and usable by persons with disabilities as required by code.

### B.     Range of Obligations

In general, this hotel has three distinct obligations to provide full and equal access:

(1)   **Accessible Route.** The first is to provide at least one accessible route to all publically available facilities. This is an expansive term, and in the typical case, such as this one, it encompasses the *vast majority* of barrier-conditions. Consideration of whether a facility relates to the accessible route asks simply whether the wheelchair user can get to the particular feature, and/or reach it with their hand. Thus, the accessible route encompasses not only paths of travel, such as sidewalks, ramps, elevators and lifts, but also clear floor spaces next to controls, and those elements that are important to getting onto site, such as parking. It also includes features that permit movement along that route, such as providing proper door hardware, providing grab bars, ensuring proper knee-space clearance under tables, and complying with seat-transfer heights. It includes features that with assist with the accessible route, such as informational signage. Finally, it includes signage protecting the availability of accessible route, such as those reserving parking for disabled-licensed vehicles. It should be noted, that in some situations more

**Exhibit 2**
— 4 —

than one accessible route is required.   For example, areas of assembly must also have an accessible form of egress.

(2)     **Accessible Elements and Spaces.**   The secondary and much narrower obligation is to provide accessible elements and spaces. This category basically encompasses all items not falling within the accessible route requirement.   It asks whether the feature or space can be used by persons with disabilities - <u>once reached</u>, or if there are sufficient numbers of facilities available per the Code's scoping requirements.   An example of the former situation is the functionality of controls and the code's general prohibition against the use of controls that require grasping, pinching or twisting of the wrist to operate (often referred to as "GPT" operation), which are dextral functions that can be extremely difficult for wheelchair users to perform from their seated position.   Thus, where the HVAC controls for a room require GPT operation, this barrier condition would relate to the secondary requirement of accessible elements and spaces requirement.   On the other hand, the ability of the disabled persons to move their chair across the path of travel to reach the location of these controls, and position their chair in the adjacent clear floor space, and then reach the mounting height, all relates to the primary accessible-route requirement.

(3)     **Policies, Practices and Procedures.**   The third and last category relates to the requirement that public accommodations must adopt reasonable policies, practices and procedures to ensure that persons with disabilities are not excluded from the full and equal range of benefits and services offered.   This requirement basically ensures that the disabled are not required to jump through additional hoops to receive the same services.   An example that will be discussed in the

**Exhibit 2**
— 5 —

present case is **the** hotel's telephone reservation system, which requires the disabled to make an extra call to secure a designated accessible room. This call is not required of the able-able bodied in securing their preferred room selection. This is discussed infra at page 142.

C.    **Summary Of Hotel's Accessibility Violations**

**Note:** All items that are either <u>underlined</u> or <mark>highlighted</mark> in green are not part of this demand, and should be considered strictly advisory. While recent decisions indicate they are resolvable under Plaintiff's expanded prudential standing, she nevertheless does not claim Article III standing on their item by item consideration. With limited exception, this includes barriers involving the men's restrooms, stairways, protruding objects, braille, the mounting height of Title 24 and ADAAG signage, etc.   The foregoing aside, If Defendants' consent, Plaintiff will attempt to negotiate their inclusion as part of an overall compromise.   She believes this is best interest of all parties.

1.    <u>**ACCESSIBLE ROUTE**</u>

a.    **PARKING.   The hotel fails to provide accessible parking for the following reasons:**

i.    **Vertical Height Restriction for High-Top Vans**.

(min. 8'2").

(1)        B01 for the designated spaces for self-parking in the adjacent building (measures 7' 2 1/2")

(2)        B06 at end of designated space 18 in self-parking (measures 7'4")

ii.    **Spaces Not Located Along an Accessible Route.**

(1)        B24 at restriction in path of travel from space 7 of paid parking due to vehicle overhang.

**Exhibit 2**
— 6 —

        (2)       B25 at restriction in path of travel from space 8 of paid parking due to vehicle overhang

        (3)       B30 at cross-slope across face of elevator lobby on level 1 of paid parking

**iii.**    **Signage Missing at Lot Entrance or Spaces.**

        (1)    B10 for both designated self-parking spaces

        (2)       B28 at entrance to paid lot and none at designated spaces 7-8.

**iv.**    **ISA Symbol at Foot of Space Missing or Incorrect.**

        (1)    B13 for designated space 18 in self-park

**v.**    **Signage at Head of Space Missing or Incorrect.**

        (1)    B27 at head of spaces 7 and 8 of paid (missing).

**vi.**    **Access Aisle Not on Passenger Side.**

        (1)    B19 for space 7 in basement.

**vii.**    **Access Aisle Lacks "No Parking" Designation.**

        (1)    B08 for both designated self-parking spaces

**viii.**    **No $250 Fine Sign at End of the Space.**

        (1)    B09 for both designated self-parking spaces.

**ix.**    **Spaces Exceed the 2% Max.**

        (1)       B12 for Space 18 of designated self-park (measures 2/3%)

        (2)    B21 for space 7 in paid parking (measures 3.7%)

        (3)    B26 for space 8 in paid parking (measures 4.3%)

**x.**    **Access aisles exceed the 2% max.**

        (1)       B11 for to designated self-park spaces (measures 2.4%)

        (2)       B21 for paid space 7 in paid parking

**Exhibit 2**
— 7 —

(measures 3.7%)

**xi.**   **The spaces are not configured to minimum size**
         **<u>(18'X9' min.)</u>**

(1)      B04 for space 18 in self-parking (8'11"
         because of a restriction caused by gap)

(2)      B22 for all 5 designated spaces in paid
         parking (measures 17' 8"L)

(3)      B23 for the width of space 7 in paid
         parking (measures 8'11"W)

**xii.**  **The access aisle is not the proper size**

         (18'x5' min for standard and 18'x8' min. for van.)

(1)      B03 for designated van space 17 in self-parking
         (measures 6'8"W)

**xiii.** **Path of Travel Behind Other Parked Cars:**

(1)      B02, B06, and B07, applicable to the 2
         designated accessible spaces in the self-
         parking garage

**xiv.**  **Other Issues.**

(1)      B14 trash can obstructing vehicle entry
         into designated space 18

(2)      **See B37 re substantial stipulated**
         **problems with other spaces on level 1 of**
         **the paid parking (agreed that h/c**
         **parking obligation to be relocated)**

(3)      **See B38 re substantial stipulated**
         **problems with the valet area on level 2**
         **of the paid parking (agreed that h/c**
         **parking obligation to be relocated)**

**Exhibit 2**
**— 8 —**

**b. SIGNAGE DESIGNATING ACCESSIBLE ROUTE**

(1) B35 signage in elevator lobby of level 1 of paid parking is illegible (too small and poor contrast)

(2) B39 re signage regarding parking located at main lobby registration counter (too small, too high)

**C. RESTRICTIONS IN ACCESSIBLE ROUTE**

(48" min. clear at walks; 36" min. between objects.)

(1) For Guestrooms, see Item **(y)(viii)**, infra, at page 38

(2) B18 at paid parking in basement (rolls of carpeting reducing route between parking and to elevator lobby

(3) B207 at multiple points through the Club Room and around furniture grouping (30 ½ to 32 ½")

**d. PATH OF TRAVEL HAS SLOPES EXCEEDING 5% WITHOUT MEETING THE REQUIREMENTS FOR COMPLIANT RAMPS.** This requirement specifies that slopes in the direction of travel and along the accessible route shall not exceed a 5% maximum slope without providing the additional supporting structural elements required for a ramp, such as handrails, wheel-guides, landing, etc. This occurs at:

(1) B39 at upper unmarked path of travel from the public sidewalk to main entrance ramp under Porte Cochere (measures 8.2%)

(2) B41 at lower unmarked path of travel and below drive leading up to the main entrance ramp below Porte Cochere (at multiple points, range 7.5 - 20.9 %)

(3) B55 at whole series of points along path of travel

between ramp parking structure (at multiple points, range 5.8 – 9.0%)

**e.**   **CROSS-SLOPES.** The cross-slope within the path of travel exceeds the 2% maximum specified by code at:

(1)   B40, at upper unmarked path of travel at Porte Cochere and leading from the public sidewalk to main entrance ramp (measures 5.6%)

(2)   B41, at lower unmarked path of travel at Porte Cochere and below drive leading up to the main entrance ramp (at multiple points, range 2.7 – 12.3%)

(3)   B55 at whole series of points along path of travel between ramp parking structure (at multiple points, range 5.8 – 9.1%)

**f.**   **RAMPS.**

i.   **Handrail Violations.**

**(a)**   *Not Correct Height (34-38 inch).*

(1)   B44 for ramp at entrance to lobby (measures 33 ¼")

**(b)**   *Cross-Section (1 ¼ to 1 ½ inch)*

(1)   B45 for ramp at entrance to lobby (measures 1 ¾")

(2)   B218 for mez. ramp, upper run (measures 2")

(3)   B225 for mez. ramp, middle run (measures 2")

**(c)**   *Knuckle space (1 ½" exactly)*

(1)   B220 at mez. level ramp (measures 2

**Exhibit 2**
**— 10 —**

¼")

**(d)  Handrails Not Provided (Both Sides Req.)**

(1)  B217 at mez. level ramp, upper run (missing one)

(2)  B224 at mez. level ramp, middle run (missing one)

(3)  B230 at short mez. level ramp to RR (missing both)

**(e)  Handrail Extensions (Ext 12" at start and end)**

(1)  B226 for lower run of mez. level ramp
(measures 0")

**(f)  Interruption of Handrail During Ramp Run**

(1)  B219 for mez. level ramp (single handrail interrupted by mounting brackets)

(2)  B221 at mez. level ramp (break in HR caused by projection of wall 5 ½")

ii.  **Landings not level within 2%.**

(1)  B42 landing at base of main entrance ramp in Porte Cochere (measures 2.3 – 2.9%)

(2)  B229 at mez. level ramp, bottom landing below lower run (measures 27 ¼" before the 4.1% cross-slope)

iii.  **Landings**

(Level and Clear for a Length Top and Intermd. 60 inches min., Bottom 72" min.; Min. Width 36, 48 inches

**Exhibit 2**
— 11 —

and 72 depending upon occupancy)

    (1)    B228 at mez. level ramp, bottom landing below lower run (measures 23")

    (2)    B229 at mez. level ramp, bottom landing below lower run (measures 27 ¼" before the 4.1% cross-slope)

**(3) Slope too steep (exceeds 8.33% max.)**

    (1)    B43 at bottom of the main entrance ramp in Porte Cochere (measures 8.5%)

    (2)    B54 at ramp between pool and parking in adjacent building (measures 10.2%)

    (3)    B216 at mez. level ramp (measures 10.7%)

    (4)    B223 at mez. level ramp at middle run (measures 9.0%)

    (5)    B223 at mez. level ramp at lower run (measures 8.8%)

**(4) Cross Slope Exceeds 2% Max.**

    (1)    B53 at ramp between pool and parking in adjacent building (measures 4.5 – 5.3%)

**(5) Other Issues.**

    (1)    B46 for ramp at entrance to lobby where trash can obstructs handrail.

    (2)    B229 for the effective width of the ramp at the mezzanine level, which is reduced by a 4.1% cross-slope.

    (3)    B221 at mez. level ramp (projection of wall 5 ½" narrows effective width of ramp below minimum width)

**Exhibit 2**
**— 12 —**

(4)     B222 at mez. level ramp, size of intermediate landing obstructions by change in direction of wall by 45 degrees)

g.   **CURB RAMPS.**  Curb ramps that are improperly configured.

h.   **CROSS-WALK** that is too narrow is designated at .

i.   **SURFACE ALONG ACCESSIBLE ROUTE NOT STABLE, FIRM AND SLIP RESISTANT**

(1)   B281 for Emergency Egress from 1st Fl. Swimming Pool SW corner of the hotel.

(2)   B289 pervasive condition at wooden-tiled deck around pool, which flexes heavily under weight of chair

j.   **VERTICAL RISES WITHIN PATH OF TRAVEL** (exceeding ¼ inch, or ½ inch beveled).

(1)   B215 in corridor on mezzanine level near ramp and stairs (measures ¾" and ½ inch vertical)

k.   **NO VERTICAL MEANS OF ACCESS PROVIDED.**

(1)   B290 no lift available for water entry at 1st Fl. Swimming Pool

(2)   B307 no lift available for water entry at 2nd Fl. Swimming Pool

(3)   B311 no lift available for hot tub entry at 2nd Fl.

(4)   B288 no vertical means at 2nd Fl. fire egress serving swimming pool (as required for a regulated area of assembly)

l.   **STAIRWAYS.** [2/]

i.   **Clearly Contrasting Striping on Nose of Stairs (top and bottom for interior, all risers for exterior)**

---

**Exhibit 2**
— 13 —

         (1)       B47 at stairway near main entrance
                (not clearly contrasting)

ii.    **Uniform Riser Height.**

         (1)       B48 at stairway near main entrance
                (range 3 ¼ - 5 5/8")

iii.    **Handrail Violations.**

    *(a)*    ***Handrails Required on Both Sides***

         (1)    B231 at stairway between business center

2 As to stairways, Plaintiff claims standing only as to the requirement for a contrasting strip on the top riser, i.e., warning of the drop off condition.

**Exhibit 2**
— 14 —

and iCafe (no handrails provided)

(2)     B231 at main stairway in corridor of Mez. Level (missing one)

**(b)**   ***Cross-Section (1 ¼ to 1 ½ inches)***

**(c)**   ***Extensions (12 inches plus the width of a tread at bottom, and 12 inches at top)***

(1)     B48 at stairway near main entrance (range between 7 inches and 13 ½ inches beyond the face of the bottom riser)

**m.**   **TURNING SPACE**

(60 Inches Minimum, or T-Turn)

(1)     B132 in men's RR serving lobby (measures 44" – 52")

(2)     B174 for men's RR at penthouse conference (measures 45 ¼ to 53 5/8")

(3)     B191 for women's RR at penthouse conference (measures 45" to 59")

(4)     B262 for Fitness Center between sit-up bench and counter for water and cups (measures 55")

(5)     B351 for Guestroom 834 bathroom (52 inches)

(6)     B461 for balcony serving GR 734 (22" – 38")

(7)     B465 for Guestroom 734 bathroom (measures 50 1/8")

(8)     B513 for  GR 636 bathroom (measures 52")

(9)     B536 for GR 536 bathroom (measures 50 ¼")

(10)    B556 for GR 438 balcony (measures 34 ¾")

(11)    B572 for GR 425 bedroom (measures 58 ¼")

**Exhibit 2**
— 15 —

     (12)     B591 for GR 425 bathroom (measures 30 ½")

     (13)     B619 for GR 225 balcony (measures 34 ¾")

     (14)     B625 for GR 225 bathroom (measures 39 ¼")

     (15)     B641 for GR 248 balcony (measures 49 inches)

     (16)     B645 for GR 248 bathroom

     (17)     B708 for GR 628 balcony (measures 54 ½")

     (18)     B729 at GR 426 balcony (measures 22 ¼")

     (19)     B739 for GR 223 balcony (measures 33 ½")

**n.**    **ENTRY DOORS.**

    **i.**    **Signage.**  (See also Signage at Public Restroom Entries at ¶r, infra.)

    **ii.**    **Landings Size (60 inches min on Pull, 48 inches min on Push).**

     (1)     B92 for women's RR serving lobby (measures 59 ¼ pull)

     (2)     B112 for men's RR serving lobby (measures 58" pull)

     (3)     B113 for men's RR serving lobby – by obstruction placed within area of strike edge

           (measures 55 ¼" pull)

     (4)     B136 for the men's RR on mez. level (measures 48" pull)

     (5)     B173 for men's RR at penthouse conference (measures 58 ¼ pull)

    **iii.**    **Landing Not Level Within 2% max.**

     (1)     B16 off elevator lobby for basement parking

**Exhibit 2**
**— 16 —**

(measures 5.6%)

iv.    **Pull-Side Strike Edge Clearance**

(24" min. on exterior, 18 inches min. on interior).

(1)    B31 at elevator lobby on level 1 of paid parking

(measures 7" – exterior)

v.    **Push-Side Strike Edge Clearance for Doors With a Closer and Latch** (12" min.)

vi.    **Door Hardware Height.**

vii.   **Door Hardware Requires GPT Operation**

(such as knob-type; lever-type required)

(1)    B32 at entry doors to elevator lobby for paid-self parking

viii.  **Door Hardware That Requires Dual-Hand Operation.**

ix.    **Operational Push Pressure Too High at Entry Doors (5 lbs. max)**

(1)    B33 at door to elevator-lobby on level 1 of paid parking (measures 10 lbs.)

(2)    B49 at east pair of exterior main entrance lobby doors (measures 20 and 25 lbs.)

(3)    B51 at west pair exterior main entrance lobby doors (measures 19 and 23 lbs.)

(4)    B57 at entry pair to Cabana Building (measures 14 lbs. And 28 lbs.)

(5)    B69 at entry between lobby and Cabana Building (measures 17 lbs.)

(6)    B91 entry to women's RR in lobby

**Exhibit 2**
**— 17 —**

(measures 12 lbs.)

(7)     B135 for the mezzanine level men's RR (measures 12 lbs.)

(8)     B152 for the mez. level women's RR (measures 9 lbs.)

(9)     B172 for men's RR at penthouse conference (measures 10 lbs.)

(10)    B190 for women's RR at penthouse conference (measures 7 lbs.)

(11)    B232 for entry at Esparada CR (measures 9 lbs.)

(12)    B240 for entry at Liseta CR (measures 8 lbs.)

(13)    B244 at Lararia CR entry (measures 7 lbs.)

(14)    B258 at Fitness Center entry (measures 7 lbs.)

(15)    B266 at Fitness Center exit (measures 11 lbs.)

(16)    B275 at Club Entry (measures 10 lbs.)

(17)    B279 at 1st Fl. Pool Gate SW (measures 8 lbs.)

(18)    B282 at 1st Fl. Pool Em Exit Gate (measures 13lbs.)

(19)    B286 at 1st Fl. Pool. 2nd Em Exit Gate (SW) (measures 8 – 9 ½ lbs. on push bar)

**Exhibit 2**
**— 18 —**

(20)     B294 at 1st Fl. Pool East Entry Door (11 lbs.)

(21)     B300 at 1st Fl. Pool 2nd East Door (9 lbs.)

(22)     B302 at 2nd Fl. Pool Ext. Door (12 lbs.)

(23)     B319 at GR 834 entry (14 lbs.)

(24)     B377 at GR 932 entry (13 lbs.)

(25)     B396 at GR 932 Balcony (6 lbs. to open)

(26)     B437 at GR 734 main entry (11 lbs.)

(27)     B494 at GR 636 main entry (13 lbs.)

(28)     B546 at GR 438 main entry (13 lbs.)

(29)     B568 at GR 569 main entry (6 lbs.)

(30)     B607 at GR 225 main entry (10 lbs.)

(31)     B633 at GR 248 main entry (12 lbs.)

(32)     B657 at GR 930 main entry (11 lbs.)

(33)     B664 at GR 836 main entry (16 lbs.)

(34)     B675 at GR 736 main entry (14 lbs.)

(35)     B691 at GR 624 main entry (15 lbs.)

(36)     B706 at GR 707 main entry (7 lbs.)

(37)     B712 at GR 638 main entry (15 lbs.)

(38)     B720 at GR 538 main entry (13 lbs.)

(39)     B731 at GR 223 main entry (8 lbs.)

(40)     B741 at GR 246 main entry (13 lbs.)

(41)     B747 at GR 246 balcony entry (typical)

(42)     B750 at GR 185 main entry (19 lbs.)

(43)     B762 at GR 185 balcony

         (7 lbs. to open, 6 lbs. to close)

**x.     Door Swing Time (3 second minimum)**

(1)     B152 for entry at mez. Level women's RR

**Exhibit 2**
**— 19 —**

(measures 2.5 seconds)

    (2)    B261 for Fitness Center Entry (1 ½ - 2 Seconds)

    (3)    B320 for GR 834 (2 seconds)

    (4)    B724 for GR 436 main entry (1 ½ - 2 seconds)

    (5)    B751 for GR 184 main entry (~2 seconds)

xi.    **Clear Opening & Restricted Swing.**

(32 inch min. clear, and 90 degrees min.)

xii.    **Thresholds are Too High.**

xiii.    **Walk-Off Mats or Rugs Not Firmly Attached.**

    (1)    B56 at entry to Cabana Building

    (2)    B65 at elevators in registration lobby

    (3)    B70 at doors between lobby and Cabana Building

    (4)    B75 at east entrance to patio from bar

    (5)    B293 at 1st Fl. Swimming Pool East Entry

    (6)    B299 at 1st Fl. Swimming Pool at 2nd East Entry

    (7)    B301 at 2nd Fl. Swimming Pool Entry

xiv.    **Kick-Plate Area Too Low or Obstructed.**

(10" AFF min)

    (1)    B34 at door to elevator-lobby on level 1 of paid parking (door stop)

    (2)    B50 at exterior main entrance lobby doors (9 ¼" – vertical bar)

    (3)    B212 at Club entry (doorstop)

    (4)    B233 at Esparada Conf Entry (doorstop)

    (5)    B241 at Liseta CR Entry (doorstop)

    (6)    B245 for Lararia Entry (doorstop)

**Exhibit 2**
— 20 —

(7)     B260 at Fitness Center (measures 9 ½ inches)

(8)     B272 for 1st floor pool gate

(9)     B306 for east gate to 2nd Fl. Swimming Pool (none provided)

(10)    B492 at main entry to GR 636 (measures 4 3/8")

(11)    B692 at main entry to GR 624 (measures 5")

(12)    B698 at main entry to GR 628 (4 ½")

(13)    B713 for main entry to GR 638 (5 1/8")

(14)    B721 for GR 538 at main entry (5 1/8")

xv.    **Peepholes** (42 inches exact)

(1)     B247 at Lararia entry (measures 60 ¼")

(2)     B250 at Cabrilla CR entry (measures 56 ½")

o.    **COUNTERS & TABLES.**

i.    **Transaction Counters That Are Too High (34" max.)**

(1)     B36 re Bell Captain's Desk (measures 42")

(2)     B58 at main lobby registration counter (measures 48"; express check-out box is 59")

(3)     B63 at concierge counter (measures 45 ¼")

ii.    **Transaction Counter that Lacks Proper Knee Space** (27" high, 19" deep, and 30" wide)

(1)     B61 for lowered check-in behind concierge desk at main registration lobby (projects 7 ½" back)

(2)     B66 at Bell Captain's Desk in main

**Exhibit 2**
— 21 —

registration lobby (projection is 7 3/8")

    (3)    B208 for tables in Club Room (height 26" AFF and 13" projection)

**iii.**    **Transaction Counter Lacks Clear Space**

(30 X 60" min. located outside accessible path)

    (1)    B62 for lowered check-in counter behind concierge desk (landing located within door swing; 29 ¼" from face of closed door)

**iv.**    **Counter at  Hidden, Isolated and/or Segregated Location**

    (1)    B60 for lowered check-in counter hidden behind concierge desk at main registration lobby

**v.**    **Display Counters With Merchandise On Top**

(max. height of 36 inches AFF)

**vi.**    **Food & Drink Counters**

    **(a)**    ***Too High (34" max.)***

        (1)    B211 in Club (measures 37 ¼" AFF)

    **(b)**    ***Reach over an Obstruction***

        *(see formula in code)*

        (1)    B211 in Club (food counter 3 to reach napkins, reading material, etc.)

    **(c)**    ***Too Narrow (36 inches long)***

        (2)    B81 in iCafe (measures 38", but effective width of 22" because of obstruction by heavy, permanently-placed coffee maker)

**Exhibit 2**
— 22 —

     **(d)** *Lacks Knee Space (27 inches high min., 19 inches min. deep, and 30 inches min. wide)*

        (1) B210 at Counter 2 in Club Room (measures 0")

     **(e)** *Clear Floor Space (30"x48" min.)*

     **(f)** *Other.*

        (1) B77 at Bar Counter, which is not useable as cannot be serviced from bartender's position and the reach over the obstruction is 27 inches.

**vii. Desks and Work Surfaces**

     **(a)** *Height (34 inches max.)*

     **(b)** *Knee Space (27 inches min. height, 30 inches min. wide, and 19 inches min. deep)*

        (1) B83 for the iCafe Computer Work Stations (projection measures 18 inches)

**viii. Tables.**

     **(a)** *Scoping*

     (5% min. accessible for each seating area).

        (1) B74 in Bar (no tables provided)

        (2) B80 for iCafe (no tables provided)

     **(b)** *Knee Space* (27 inches high min., 30 inches wide min., and 19 inches deep min.)

        (1) B71 for square tables in bar and restaurant (height of 26 1/8")

        (2) B72 for small round tables in bar and restaurant (height of 26 ¼" and

**Exhibit 2**
— 23 —

projects 13 ¾")

    (3)     B78 for rectangular tables in iCafe (projection of 10")

    (4)     B234 at banquet tables Esparada (projection of 8")

**(c)**   *Clear Floor Space*

**(d)**   *Located on Accessible Route*

**p.**   **REACHES ACROSS AN OBSTRUCTION**

(see code for formula)

(1)     B82 for House Phone in iCafe (reach across counter to reach of 40 5/8")

(2)     B84 for the self-service counter/refrigerator unit in the iCafe (multiple conditions: reach down into display across an obstruction)

(3)     B85 for the baskets of merchandise iCafe on top of the counter iCafe (multiple conditions: reach down into display across an obstruction)

(4)     B87 for copier controls in hallway near iCafe (17" reach back across 54" top of copier)

(5)     B88 for printer controls in hallway near iCafe (reach back 25 ¼" to ATM over top of 44" AFF printer)

(6)     **B209** for Chafing Dishes on Buffet Counter 2 in the Club Room (reach back 15" over the top of chafing dish 45 7/8 inches AFF)

(7)     B235 for banquet table service in Esparada CR (reach back over obstruction)

(8)

**Exhibit 2**

— 24 —

q.  **PUBLIC, HOUSE AND EMERGENCY TELEPHONES – HEIGHT AND CLEAR FLOOR SPACE.**

(Highest Operable Control – 54" AFF for Side Approach, 48" AFF for Front, and Adjacent to 30 X 48" CFS)

(1)  B238 for house phone in Esparada (measures 49")

(2)  B242 for house phone in Liseta (measures 56 ½")

(3)  B246 for house phone in Lararia (measures 56 1/4)

(4)  B251 for house phone in Cabrilla CR (measures 56 ½")

r.  **PUBLIC RESTROOMS, LOCKER ROOMS, AND GUESTROOM BATHROOMS.**

i.  **Entries**. See general entrance and door requirements, supra, at ¶n.

ii.  **ADAAG Signage Missing or Mounted Incorrectly.**

(60" AFF exact on-center)

(1)  B89 for women's RR in Lobby (48 ¾ - 52 ¼")

(2)  B110 for men's RR in Lobby (50 ¾ - 54 ¼")

(3)  B133 for the mezzanine level men's RR (50" – 53 ¾")

(4)  B150 for the mez. level women's RR (50" – 53 ¾")

(5)  B170 for men's RR at penthouse conference (51 1/8 AFF oc)

**Exhibit 2**
— 25 —

(6)    B188 for women's RR at penthouse conference (50 7/8 oc)

iii.    **Title 24 Signage Missing or Mounted Incorrectly.**

(1)    B90 for women's RR in Lobby (52 ½ - 64 ½")

(2)    B111 for men's RR in Lobby (54 ½" – 66 ½")

(3)    B134 for the mezzanine level men's RR (55 – 67")

(4)    B151 for the mez/ level women's RR (not 60"; consult photo)

(5)    B171 for men's RR at penthouse conference (63 ¼" oc)

(6)    B189 for women's RR at penthouse conference (62 ¾" oc)

iv.    **Turn Around Space. See ¶ "m" at p. 15, supra.**

v.    **Clear Floor Space at General Controls.**

vi.    **Sinks & Counters**

(a)    ***Landing.*** (30 x 48 inch min., level and clear with no overlap of door swing)

(1)    B121 for men's RR serving lobby (overlap of door swing by 13 ½ inches)

(b)    ***Mounting Height*** (34" max.)

(1)

(c)    ***Kneespace*** (29 inches min. at the front face, and 27 inches min at 8 inches back from front face)

**Exhibit 2**
— 26 —

(1)     B93 for women's RR serving lobby (28 7/8 inches and 25" at 8 inches back)

(2)     B115 for men's RR serving lobby (25" at 8 inches back)

(3)     B137 for mez. level men's room (28 ¾ inches and 25" at 8 inches back)

(4)     B153 for mez. level women's RR (28 ¾ inches and 25" at 8 inches back)

(5)     B175 for men's RR at penthouse conf. (28¾ inches and 25" at 8 inches back)

(6)     B192 for women's RR at penthouse conf. (28¾ inches and 24 ½" at 8 inches back)

**(d)   *P-Trap Projection***

(max 6 inches from wall sink is mounted upon)

(1)     B95 for women's RR serving lobby (9 ½")

(2)     B117 for men's RR serving lobby (9 ½")

(3)     B139 for mez. level men's room (8")

(4)     B155 for mez. level women's RR (8")

(5)     B176 for two sinks in men's RR at penthouse conf. (10" and 9 ½")

(6)     B193 for women's RR at penthouse

---

**Exhibit 2**

conf.

(10 ¼")

**(e)**  ***Insulation***

(fully of hot water feed and drain pipe)

(1)    B94 for Women's RR serving lobby

(2)    B116 for men's RR serving lobby

(3)    B138 for mez. level men's room

(4)    B154 for mez. level women's RR

(5)    B194 for women's RR at penthouse conf.

**(f)**  ***Mirror Height.***

**(g)**  ***Dispenser & Amenity Reach and Mounting Height Above Sink or Counter***

(40 inches or lower at centerline of control, operable mechanism or dispensing portion, and per formula for reach back requirement; plus no overlap of door swing)

(1)    B119 in men's RR in lobby (height 40 ½")

(2)    B120 for men's RR serving lobby (overlap of door swing)

(3)    B141 for mez. level men's room (45 inches AFF)

(4)    B142 for 2nd PT Dispenser in mez. level men's room (41 ½"AFF)

(5)    B157 for mez. level women's RR (45" AFF)

**(h)**  ***Dispenser Operational Force (5 lbs. max.)***

(1)    B97 in women's RR in lobby (8 lbs.)

**Exhibit 2**

        (2)      B119 in men's RR in lobby (8 lbs.)

        (3)      B140 for mez. level men's room

                        (7 lbs. for each)

        (4)      B156 for mez. level women's RR

                        (two - 8 lbs. and 7lbs.)

        (5)      B178 for men's RR at penthouse conference

        (6)      B195 for women's RR at penthouse conf.

**vii.**    **Urinals.**

    *(a)*    ***On Center-Dimension (15" exactly)***

        *(1)*       B179 for men's RR at penthouse conference (11 ½" oc)

    *(b)*    ***Height of Lip (17" max.)***

    *(c)*    ***Projection (14" min.)***

**viii.**    **Stalls**

    *(a)*    ***Pull-Side Door Landing For Side Entry Stall & Stall Dimension***

        (60 inches min. clear on swing side, and extending 18 inches beyond strike edge of door).

        (1)      B99 for stall in women's RR serving lobby (59 ½"wide)

        (2)      B122 for stall in men's RR serving lobby

                        (58 ¼" wide)

        (3)      B144 for mez. level men's room

                        (58 1/8" wide)

        (4)      B145 for Id. (Inward swinging door - T24)

**Exhibit 2**
**— 29 —**

(5) B196 for women's RR at penthouse conf. (56 inches)

***(b) Lack Strike Edge at Stall Entry***

(18 inches min. pull side).

(1) B160 for stall in mez. level women's RR (measures 4 1/8")

***(c) Size – Too Small.***

***(d) Closers.***

**ix. Towel Bars.**

**x. Baby Changing Tables**

***(a) Mounting Height (34" max.)***

***(b) Clear Floor Space (30x48" min.)***

***(c) Operational Force (5 lbs. max.)***

**xi. Toilets.**

***(a) Grab Bar Violations***

*(i) Height of Either Bar*

(33 inches exactly)

(1) B102 for side bar stall in women's RR serving lobby (34 7/8" oc side)

(2) B108 for rear bar in stall in women's RR serving lobby (32 ½" oc rear)

(3) B124 for side bar in stall in

men's RR serving lobby (32 ¾" oc side)

(4) B163 for mez. level women's RR (32 ½" oc rear)

(5) B166 for mez. level women's RR (32 5/8" oc side)

(6) B182 for men's RR at penthouse conference (32 7/8" oc rear)

(7) B200 for women's RR at penthouse conf. (32 ¾" oc side)

(8) B205 for women's RR at penthouse conf. (32 ½" oc rear)

*(ii)* *Cross-Section* (1 ¼ to 1 ½ inch)

*(iii)* *Knuckle Space* (1 ½ inch exactly)

(1) B103 for stall in women's RR serving lobby (sanitary obstructs to 1 ¼" side)

(2) B125 for stall in men's RR serving lobby (sanitary seat cover dispenser (SSCD) obstructs to 1 ¼" side)

(3) B129 for the stall in the men's RR serving the lobby (0" rear; obstructed by flush valve)

(4) B167 for mez. level women's

**Exhibit 2**

RR (7/8" inch side, obstructed by SSCD)

(5) B184 for men's RR at penthouse conference (1 ¼"; side; obstructed by SCCD)

(6) B201 for women's RR at penthouse conf. (1 ¼" side by SSCD)

(7) B206 for women's RR at penthouse conf. (0" rear – by flush valve)

*(iv)   Projection of Side Grab Bar*

(54" min. from rear wall, and 24" min from front face of toilet).

(1) B164 for mez. level women's RR

(49 inches)

(2) B183 for men's RR at penthouse conference (53 ½")

*(v)   Rear Grab Bar Mounting Location*

(either end must be at least 12 inches beyond the centerline of toilet)

(1) B107 for stall in women's RR serving lobby (10 ½ inches)

**(b)   *Sanitary Seat Cover Dispenser – Height***

(40 inches max. to cl. of dispensing portion)

(1) B127 for stall in men's RR serving lobby

**Exhibit 2**
**— 32 —**

(41" oc)

    (2)    B185 for men's RR at penthouse conference (41 ½" oc)

    (3)    B202 for women's RR at penthouse conf.

              (41" oc)

**(c)** ***Sanitary Seat Cover – Clear Floor Space***
(30 x 48 inches min.)

    (1)    B104 for stall in women's RR serving lobby (obstructed by toilet)

    (2)    B126 for stall in men's RR serving lobby
(obstructed by toilet)

    (3)    B165 for stall in mez. level women's RR
(obstructed by toilet)

    (4)    B186 for men's RR at penthouse conference (obstructed by toilet)

**(d)** ***Toilet Paper Dispenser Projection/Reach***
(Max of 36 inches (ADAAG) from wall behind of toilet to leading edge of paper roll, and max. of 12 inches in front of the toilet).

    (1)    B105 for stall in women's RR serving lobby (exceeds reach max.)

    (2)    B187 for men's RR at penthouse conference (Projection)

    (3)    B204 for women's RR at penthouse conf.

**Exhibit 2**
— 33 —

(45 inch projection)

    **(e)**   **Toilet Paper Dispenser Mounting Height**

(Min. of 19 inches on center AFF plus under bar)

    (1)   <u>B128 for stall in men's RR serving lobby</u>

           <u>(18 ¾" to 27" (upper))</u>

    (2)   B203 for women's RR at penthouse conf. (18 ¾")

    **(f)**   **Flush Valves Location**

(must be mounted on wide side)

    (1)   *B106 for stall in women's RR serving lobby*

    **(g)**   **Centerline Dimension**

(18 inches oc exactly)

    (1)   <u>B146 for mez. level men's room (17 ¾"oc)</u>

    (2)   <u>B181 for men's RR at penthouse conference (17 ¾" oc)</u>

    (3)   B198 for women's RR at penthouse conf.

           (17 ½"oc)

    **(h)**   **Seat Height**

(17 – 19 inches).

    *(1)*   <u>B180 for men's RR at penthouse conference (15 3/8" AFF)</u>

    **(i)**   **Side Transfer Space**

(32 inches min. for all types; or 28 inches min. if next to wall-mounted sink)

    **(1)**   B199 for women's RR at penthouse

**Exhibit 2**
— 34 —

conf. (measures 31 ½")

**(j)**   ***Front Transfer Space***

(60 inches min. for side approach stall, 48 inches for front approach stall)

(1)   B101 for side approach stall in women's RR serving lobby (measures 47 ¼")

(2)   B147 for the stall in the mez. level men's RR (measures 37 ½ inches)

(3)   B148 for the stall in the mez. level men's RR (for further obstruction at shelf)

(4)   B161 for the stall in mez. level women's RR (measures 53")

(5)   B169 for the stall in mez. level women's RR (further obstruction by shelf).

**(k)**   ***Stall Closer Missing.***

(1)   B149 for mez. level men's room

**xii.**   **Path of Travel to Accessible Stall.**

**xiii.**   **Slopes in Path of Travel Within Restroom**

(1)   B131 for slope around drain in toilet stall for men's RR serving lobby

(2)   B143 for mez. level men's room (near urinal)

**xiv.**   **Semi-Ambulatory Stall** (1 per six stalls)

**xv.**   **Coat Hook Height Withi Restroom**

(max. 48 inches for all approach types)

**Exhibit 2**
— 35 —

        (1)        B109 in stall for women's RR serving lobby

                     (measures 49 inches AFF)

        (2)        <u>B123 for stall in men's RR serving lobby (measures 49 ¾")</u>

        (3)        B197 for women's RR at penthouse conf. (measures 48 ½")

    **xvi.   Bathtubs.**

        *(a)   Landing.*

        *(b)   Grab Bars.*

        *(c)   Shower Wands.*

        *(d)   Seat Transfer Height.*

    **xvii.  Roll-In Showers.**

        *(a)   Landing.*

        *(b)    Vertical Rise at Entry.*

        *(c)   Stall Size.*

        *(d)   Bench.*

        *(e)   Slopes.*

        *(f)   Grab Bar.*

        *(g)   Wand/Shower Head Adjustment Bar & Length.*

        *(h)   Controls and Mixing Valve Location.*

        *(i)   Other Amenities.*

  **s.   CLEAR FLOOR SPACE @ FURNITURE GROUPINGS**
  **(30x48 inch min.)**

    (1)        B64 for multiple specified furniture groupings within the registration lobby

    (2)        B73 for 4 specified furniture groupings in bar and

**Exhibit 2**
**— 36 —**

restaurant on main floor.

t. **PROTRUDING OBJECTS** (80 inch clear overhead)

    (1)    B67 for lamps near Bell Captain's Desk in Main Registration Lobby

            (projects 10 ½" at 69 ¾" AFF)

    (2)    B68 for lamps at base of stairway in Main Registration Lobby (projects 10 ½" at 67 ¼" AFF)

u. **DRINKING FOUNTAINS.**

v. **SIGNAGE LEGIBILITY.**

w. **ALCOVES.**

x. **MISCELLANEOUS CONTROL HEIGHT & CLEAR FLOOR SPACE**

(48 inches max. for front approach, 54 inches for side approach; and adjacent to 30 X 48 inch CFS)

    (1)    B75 for Fire Pull in Bar (49 ¼" AFF)

    (2)    B159 for tampon dispenser in mez. level women's RR

            (measures 41 ¾" AFF)

    (3)    B213 for Fire Pull in Club (measures 49 ¼" AFF)

    (4)    B214 in Club for music controls (measures 49" AFF)

    (5)    B239 for Thermostat in Esparada CR (no clear floor ground space – behind table)

y. **GUESTROOMS.**

    i.  **Entries**. See general entrance and door requirements discussed supra at ¶n.

    ii.  **Bathrooms**. See general bathroom requirements

**Exhibit 2**
— 37 —

discussed supra at ¶q.

iii.  **Beds**.

    *(a)*    *Seated Transfer Height.*

    *(b)*    *Space Between.*

    *(c)*    *Space Underneath Available for Lift Device.*

iv.  **Closets**.

    *(a)*    *Landing.*

    *(b)*    *Clear Opening.*

    *(c)*    *Door Hardware.*

    *(d)*    *Clothes Bar Height.*

    *(e)*    *Shelf Height.*

    *(f)*    *Iron Set.*

v.  **Windows.**

    *(a)*    *Height of Controls.*

    *(b)*    *Window Batons & Curtain Controls.*

    *(c)*    *Operational Force.*

    *(d)*    *Curtain Controls/Batons – Height, Route and Clear Floor Space.*

vi.  **Desks**.  See work surfaces discussed supra at page 21, ¶o.

vii.  **General Controls & Amenities – Height, Route and Clear Floor Space.**

viii.  **General Path of Travel through Room.**

2.  <u>**Accessible Elements and Spaces**</u>

    a.  **GPT OPERATION OF CONTROLS AND AMENITIES**.

        i.  **Door Hardware**

            (1)    B259 at card key entry to fitness center

**Exhibit 2**
— 38 —

      (2)        B270 at card key entry to Gate at 1st Fl. Swimming Pool

      (3)        B274 at card key entry to Club

      (4)        B318 for card key at GR 834

      (5)        B325 in GR 834 for deadbolt to connecting room

      (6)        B388 in GR 832 at Balcony locking mechanism

      (7)        B439 for deadbolt at connecting door in GR 734

      (8)        B497 for main entry deadbolt at GR 636

      (9)        B705 for balcony entry lock in GR 628

      (10)     B735 for main entry deadbolt in GR 223

      (11)     B760 for patio entry lock in GR 185

**ii.**    **Audio Visual Controls.**

**iii.**    **Heater Controls.**

      (1)        B291 at 1st Fl. swimming pool, twist type heater controls near east entry

      (2)        B296 at 1st Fl. swimming pool, twist type heater controls, exterior heaters at Cabana

      (3)        B338 for corner floor lamp in GR 834

      (4)        B361 for heat lamp control in GR 834

      (5)        B411 for heat lamp control in GR 932

      (6)        B605 for heater control in GR 425

      (7)        B621 for heater control in GR 225

      (8)        B655 for heater timer control in GR 248

**iv.**    **Windows.**

      (1)        B398 for drape and shear wands in GR 932

**Exhibit 2**
— 39 —

    **v.**      **Sanitary Napkin Dispenser.**

    **vi.**     **Tampon Dispenser**

          (1)   B158 for mez. level women's RR

    **vii.**    **Sink Hardware.**

    **viii.**   **Fitness Center Sauna.**

    **ix.**     **House Telephones.**

    **x.**      **Lamps.**

          (1)   B267 for lamps in Fitness Center

          (2)   B402 for lamps in GR 932

          (3)   B454 for corner lamp in GR 734

          (4)   B509 for lamps in GR 636**, and stipulation entered that typical for all Guestrooms**

          (5)   B527 for lamps in GR 536 per stipulation

          (6)   B552 for lamps in GR 438 per stipulation

          (7)   B642 for lamps in GR 248 per stipulation

    **xi.**     **Thermostats.**

    **xii.**    **Tub Controls & Shower Wands.**

          (1)   B366 for diverter valve in GR 834

          (2)   B486 for diverter valve in GR 734

          (3)   B596 in GR 425, wand adjustment

          (4)   B599 in GR 425, 2nd button on adjustment bar

          (5)   B627 for shower adjustment bar in GR 225

          (6)   B649 for shower wand adjustment bar in GR 248

          (7)

    **xiii.**   **Do Not Disturb Flags.**

**Exhibit 2**
— 40 —

**b.  REQUIRED DUAL-HAND OPERATION.**

    (12)      B243 for thermostat in Liseta Conf Room

    (13)      B297 at 1st Fl. swimming pool, dual-hand operation required for igniter and gas controls for exterior heaters at Cabana

**c.  REQUIRED FOOT OPERATION.** NONE.

**d.  NUMBER AND RANGE OF ACCOMMODATION FOR HOTEL GUESTROOMS.**

**e.  TTY**

    (14)    B236 for house telephone in Esparada CR.

**f.  MISSING VOLUME CONTROL ON TELEPHONES**.

    (1)    B15 for house phone serving designated self-parking

    (2)    B236 for house telephone in Esparada CR.

3.  **POLICIES.** Reservation Advice.  See Page 138.

## II.  IDENTIFIED BARRIER CONDITIONS

### A.  ON SITE PARKING

Designated Accessible Self-Parking in Neighboring Building.   There are two destinations for these parking spaces.  One is to the penthouse elevators, in which case space number 17 has to go behind space number 18.  The second destination is back towards the lobby, in which both space number 18 goes behind space 17, but then both behind 9 cars getting back to the entrance

B01.  **On Site Parking / Paid Parking (OSP/PP) – Parking Structure – Vertical Clearance.**  Ceiling height in the lower level of the parking garage is only approximately 86-1/2.

B02.  **OSP/PP – Path of Travel Behind Parked Cars.**  The path of travel between the spaces with the exception of one space -- with the exception of four spaces on this level – go behind parked cars to get

**Exhibit 2**
**— 41 —**

to the elevator lobby door.

B03.   **OSP/PP – Designated Accessible Space No. 17 – Unloading Zone – Width.**   The width of the unloading zone between them is -- the unloading zone is 6 feet 8 inches wide.

B04.   **OSP/PP – Designated Accessible Space No. 18 – Width.**   Space number 18 is 9 feet 5-1/2 inches wide.   However, the gap between the wall and the line of this space is 6-1/4 inches, which restricts the ability to open the door and exit the car, perhaps making it impossible.

B05.   **OSP/PP – Designated Accessible Space No. 18 – Vertical Clearance and Overhanging Obstruction.**   There is a cooler that projects out from the wall a distance of 10 inches.   Overhead there is another piece of mechanical equipment that reduces the head room.   The head room vertical is 76 inches to the bolt.   This is over the end of the parking space.   There is a bolt is 27-7/8 above the wall.   The overhead obstruction is approximately 39 inches.   The head room under the box, the square box on the side of the fan unit, is 80 inches.

B06.   **OSP/PP – Designated Accessible Space No. 18 – Space at Wheelguard.**   The distance from the head of the space to the outside edge of the wheel guard is 18 inches, and the distance from the wall to the outside edge of the wheel guard is 45 inches.   Therefore, the width of the path of travel is only 28 inches wide.   This condition therefore mandates using the path of travel behind the vehicle to get to the elevator lobby.

B07.   **OSP/PP – Designated Accessible Space No. 17 – Space at Wheelguard.**    The distance between the wall and the outside Wheelguard in this instance is 44-3/4.   Therefore the width of the

**Exhibit 2**
— 42 —

path of travel in front of the parking space is 27 ¼ inches.  This condition therefore mandates using the path of travel behind the vehicle to get to the elevator lobby.

B08.  **OSP/PP – Designated Accessible Spaces – Unloading Zone – No Parking Signage.**  The unloading zone has no warning on the base of the unloading zone that it's a no parking.

B09.  **OSP/PP – Designated Accessible Spaces –Minimum Fine.**  There is no $250 warning sign.

B10.  **OSP/PP – Designated Accessible Spaces – Tow Away Signage.**  The Do Not Park in these spaces or you'll get towed sign is missing language.  It is too small.  The letters are too small. It's noncompliant signage.

B11.  **OSP/PP – Designated Accessible Spaces – Unloading Zone – Slope and Cross-Slope.**  Cross slope of the unloading zone is 2.4.

B12.  **OSP/PP – Designated Accessible Space No. 18 – Cross-Slope.**  The cross slope of space number 18 is 2.3.

B13.  **OSP/PP – Designated Accessible Space No. 18 – ISA Signage at Foot.**  The international symbol of accessibility on space 18 does not comply with the Code.  International symbol of accessibility on space 17 does not comply with the Code.

B14.  **OSP/PP – Designated Accessible Space No. 18 – Obstruction at Entry.**  Further note on the parking.  There is a trash can located at the base of space number 18 obstructing the usability of the parking space.

B15.  **OSP/PP – Designated Accessible Parking – House Phone – Volume Control.**  There's a house phone adjacent to the elevators.  There's no volume control on this phone.  This is a house phone.

**Exhibit 2**
**— 43 —**

**Paid Self-Day-Parking in Basement.**

On level 1, an attendant either directs patrons to a space on level one, or, if there are no spaces available, he directs patrons to the valet parking on level 2 below. This area is comprised of stacked parking, with no accessible spaces, and no accessible elements of any kind.   Level 1, in contrast, has five designated accessible parking spaces.

B16. **On Site Parking, Self- Parking (OSP/SP) – Entry – Landing – Slope.**  The slope of the floor from the elevator lobby to the parking spaces is 5.6 on the exterior side.

B17. **OSP/SP – Entry – Landing – Walk Off Mat.**  There is a walk off mat that flips up.

B18. **OSP/SP – Path of Travel to Designated Parking – Obstruction.**  The path of travel to the parking is obstructed by rolls of carpeting laying upon the floor.

B19. **OSP/SP – Designated Space No. 7 – Unloading Zone – Wrong Side.**  The space has the unloading zone on the wrong side.

B20. **OSP/SP – Designated Space No. 7 – Unloading Zone – Width.**  The unloading zone on the wrong side is 42-1/4" wide.

B21. **OSP/SP – Designated Space No. 7 – Unloading Zone – Cross-Slope.**  In the middle of parking place number 7 the cross slope is 3.7%.

B22. **OSP/SP – Designated Spaces No. 7 and __ Plus Unloading Zone – Length.**  The length of all these parking spaces and the unloading zone is 17 feet 8 inches.

B23. **OSP/SP – Designated Space No. 7 – Width.**  The width of space 7 is 8 feet 11 inches.

B24. **OSP/SP – Designated Space No. 7 – Accessible Route - Restriction.**  The width of the pathway at the head of the space is the

**Exhibit 2**
**— 44 —**

typical width, is too small.  This is because the wheel-guard is located at the front of the space allowing the vehicle to overhang the 51 inch striped pathway, reducing it to approximately 30 inches in clear width.

B25.  **OSP/SP – Designated Space No 8. – Accessible Route.**  No wheelguard has been provided at the head of space 8, which allows the vehicle to park all the way to the wall, and obstructs the path of travel from the three remaining designated accessible spaces.

B26.  **OSP/SP – Designated Space No. 8 – Cross-Slope.**  At the head of the space and in the middle, the space is cross-slope is 4.3%.

B27.  **OSP/SP – Two Designated Spaces – Signage.**  There are no signs at the end of these spaces.

B28.  **OSP/SP – Two Designated Spaces – Signage.**  There's No Parking in this space sign at the entrance to the lot or on the spaces.  This is space 7 and 8.

B29.  **OSP/PP – Route to Facilities – Cross-Slope.**  The cross slope of the floor is 2.3%.

B30.  **OSP/PP – Route to Facilities – Slope.**  The slope across the elevator lobby is 4.7%.

B31.  **OSP/PP – Route to Facilities – Strike Edge Clearance at Doors.**  Strike edge clearance of the door to the elevator lobby from the garage is 7 inches instead of the 24 required.

B32.  **OSP/PP – Route to Facilities – Entry - Doors.**  Has knob type hardware on it.

B33.  **OSP/PP – Route to Facilities – Entry - Operational Force.**  Push pressure to open the door leading to the garage is 10 pounds.

B34.  **OSP/PP – Route to Facilities – Entry – Kick-plate.**  There is a fold-down doorstop on the bottom of this door in the 10 inch

**Exhibit 2**
**— 45 —**

required push plate area.

B35. **OSP/PP – Route to Facilities – Signage.**  Inside the elevator there is signage set at 70 inches, which has very poor contrast and very small letters, and is certainly non-compliant.

B36. **OSP/PP –Bell Captain's Desk – Counter Height.**  The bell captain window is set at a height of 42 inches above the floor.  The speaking slot is 57 to 61-3/4.

B37. Special Note. During the Course of the formal site inspection of level 1, the defense expert and defense attorney acknowledged designated accessible spaces on this level were non-compliant in all respects, and agreed to their relocation to the self-parking garage.

B38. Special Note. At level 2 of the paid parking garage, where valet parking is located, there are no accessible elements of any kind.  The area is unusable, and the defense so stipulated during our inspection.

**B.   EXTERIOR ROUTES OF TRAVEL**

B39. **EXTERIOR ROUTES OF TRAVEL (ERT) – Path of Travel From Sidewalk #1 – Slope.**  At the site from the east end the building coming down to the lobby, the slope of the driveway down the hill is 8.2 going immediately towards the main entrance ramp.

B40. **ERT – Path of Travel From Sidewalk #1 – Cross-Slope.** The cross slope of the driveway is 5.6 percent.

B41. **ERT – Path of Travel From Sidewalk #2 – Slope and Cross-Slope.**  Coming directly from the curb ramp towards the lobby, the slope is 2.1.  The cross slope is 12.3 percent. Cross slope a little further on, approximately 8 feet further, is 10. 8 percent.  Just before the ramp the slope goes up to 11.5. The cross slope is 8.2 percent at that point.  On the west side of the ramp at the base, the slope

**Exhibit 2**
**— 46 —**

reading is 20.9%  just to the west of the bottom of the ramp.  Just under the 530 address sign the slope reading 7.5%.  A little bit down the hill it's 11.5 percent.  Cross slope is 1.3%.  Further down, the slope is 10.5%.  Right at the base of the curb ramp the cross slope is 5.5 percent.  The middle of the next square just on the east side of the Porte Cochere on the north lane is 6.4%, and the cross is slope is 2.7.  In the drive lane closest to the entrance under the Porte Cochere on the west side the slope is 7.7%, and the cross slope is 5.6%.  Closest to the lobby driveway on the east side of the Porte Cochere is 5.2%, and the cross slope is 2.3%.

B42.    **ERT – Ramp at Main Entrance – Landing at Base – Slope.**  Landing at the base of the ramp is 2.3%, and at 60 inches from the base of the ramp it is 2.9%.  So there's not a level landing at the bottom of the ramp.

B43.    **ERT – Ramp at Main Entrance – Slope.**  The slope at the bottom of the ramp up to the lobby level is 8.5%.

B44.    **ERT – Ramp at Main Entrance – Handrails – Mounting Height.**  The east side of the ramp, the handrail is set at a height of 33-1/4 inches above the finished surface.  Height of the handrail on the west side is 33 7/8 inches.

B45.    **ERT – Ramp at Main Entrance – Handrails – Cross-Section.**  There is an 1-1/2 section -- 1-3/4.  Document that, please.  It varies down to 1-5/8, but it's typically an 1-3/4.

B46.    **ERT – Ramp at Main Entrance – Handrails – Obstruction.**  There's a trash can on the west side of the ramp at the top which obstructs the usability of the handrail.

B47.    **<u>ERT – Stairways – Contrasting Stripes.</u>**  <u>There's a set of four stairs going down to the driveway under the Porte Cochere.  The</u>

**Exhibit 2**
**— 47 —**

contrasting stripe on these stairs is not adequate.

B48. **ERT – Stairways – Uniform Riser Height and Projection.** The height of the top riser is 5-5/8. The height of the second riser is 5-7/8. Third riser is 5-3/4. The bottom riser is 4-3/8. At the east end of that bottom riser the height is 3-1/4. At the west end of that bottom riser the height is 5-3/4 height. The riser on the east side of the stair projects 13 inches in front of the bottom riser. It's 12-1/2 inches projection on the east sides, and on the west side the handrail projects 12-1/2 inches. It's approximately 7 inches. All right. It's 8 inches with a plumb bob. That's on the projection at the top of the stairs on the east side. The projection at the top of the stairs on the west side is -- on the west side at the top it's 8-1/4 inch projection beyond the top of the stair. At the bottom beyond -- on the west side it projects 13-1/2 inches. It's 13-1/2 inches beyond the nosing at the bottom riser. On the east side it's 13-1/4.

B49. **ERT – Lobby Doors – East Pair – Operational Force.** Push pressure required to open the lobby doors on the east side -- there's a pair of doors. The one on the east side of the pair is 20 pounds to push it all the way to 90 degrees. The west door of this pair has a push pressure required to open it of 25 pounds.

B50. **ERT – Lobby Doors – Kick-Plate Area.** The distance from the finished surface to the glass on these doors is 9-1/4 to the top of the wood section. It's 9-3/4 to the bottom of the vertical bar. That vertical bar projects off the surface of the door a distance of 3-1/8 inches.

B51. **ERT – Lobby Doors – West Pair – Operational Force.** The west side of the doors, push pressure on the west door is 19 pounds. The push pressure on the west door is 23 pounds.

**Exhibit 2**
— 48 —

<u>Ramp Leading Up From Pool Area to Parking Structure</u>

Ramp - On the exterior of the southeast corner of the lobby there is as a ramp on the east face of the building that goes up from the lobby level.  It was stipulated between the parties that the ramp is non-compliant.

    B52.  **ERT – Ramp From Area – Handrails – Length.**  On the west side of the ramp the handrail extends 3-1/4 inches short of the end of the ramp.  On the east side the handrail is minus 46 inches.

    B53.  **ERT – Ramp From Area – Cross-Slope.**  Cross slope on the upper segment of the ramp as it changes directions is 5.3 percent.   4.5 percent cross slope at the bottom of the top ramp run.

    B54.  **ERT – Ramp From Area – Slope.**  Slope at the top is 10.2.

    B55.  **ERT – Route From Top of Ramp to Self-Parking Structure – Slopes and Cross-Slope.**

        (3) The cross slope along the path of travel to self-parking begins at 5.8 percent.

        (4) The cross slope a little further up continues at 5.8%.  This measurement is at the north edge of the middle planter along this ramp.

        (5) Right in between the column at the driveway and the wall, the retaining wall, is 8.8% cross slope.

        (6) Just outside the garage there is a 9.1 percent cross slope.

        (7) The slope just outside the driveway is 14.0%, just outside the garage on the driveway, which is also the path of travel at this point towards the lobby.

        (8) Just outside the garage entrance going towards the south or into the back entrance to the lobby or the gym, the fitness center, the slope perpendicular to the garage entrance is 9.0, which is the cross slope getting to that

**Exhibit 2**
**— 49 —**

walkway.

(9) Just before one comes out of the parking structure and heads back towards the lobby, the slope right at the base of the first parking space is 6.7 percent, and the cross slope is 3.1 percent.

(10)      Right at the corner above the ramp the slope is 8.3 percent, and the cross slope is 3.1 percent.

B56. **ERT – Cabana Building Entrance – Walk-Off Mat.**  The entrance to the cabana building has a flip up mat.

B57. **ERT – Cabana Building Entrance – Operational Force.**  There are double doors.  The west door has a push pressure of 14 pounds. The east door has a push pressure of 28 pounds.

**C.      REGISTRATION LOBBY AMENITIES**

B58. **REGISTRATION LOBBY (RL) – Check-In Counter – Height.** The main section of the check-in counter is set at a height of 48 inches.  The express checkout is set at a height of approximately 59 inches above the finished surface.  The height of the counter at this point is 47-3/4.

B59. **RL – Check-In Counter – Signage.**  There's a self-parking sign that's set on top of the counter. It has a height of 8-1/2 inches above the counter top.  The letters have a height of 3/16th smaller letters. Larger letters are 5/16th is the bigger part.   This sign is non-compliant.

B60. **RL – 2nd Check-In Counter – Segregated.**  There is a lower counter hidden and segregated in the back.  This is behind the concierge's desk.

B61. **RL – 2nd Check-In Counter – Dimensions.**  It's height is 33-5/8

**Exhibit 2**
**— 50 —**

inches.   The knee space underneath has a height of 33.   The knee space projects under the counter a distance of 7-1/2 inches.   The total length of the counter is 45 inches.

B62.   **RL – 2nd Check-In Counter – Clear Floor Space.**   The distance from the strike edge of the door to the face of the counter is 29-1/4 inches, which means that the clear floor space for the counter is in the door swing.

B63.   **RL – Concierge Counter – Mounting Height.**   The height of the concierge counter is 45-1/4 above the finished surface.

B64.   **RL – Furniture Groupings – Clear Floor Space.**   At the north end of the lobby there's an intimate furniture grouping similar to the one in the bar, with a coffee table surrounded by pieces of furniture, a sofa, arm chair on each end, two little chairs on the north side.   In this case there is an end table at one of the possible seating spaces. At the other two there are -- in the southeast corner of the lobby there's an intimate furniture grouping similar to the ones that were in the bar.

(11)   At the southeast corner of that furniture grouping the distance between the small chair and the end table by the stuffed chair is 26-1/2 inches.   So there's not a clear floor space there.

(12)   At the other distance between the small chair and the end table by the stuffed chair -- this is all on the east side of the furniture grouping -- is roughly 22 inches. This is at the northeast corner of the grouping.

(13)   At that same furniture grouping in the southeast corner there is a round table that has the bottom shelf where they keep coffee table books set at a height of 2-

**Exhibit 2**
— **51** —

3/4.  The middle shelf is 14 inches.  They keep coffee table books on that as well.

B65. **RL – Elevators – Walk-Off Mats.**  Along the whole edge of the lobby that's in front of the elevators the carpet is not attached to the floor, easily flipped up.  They buckle under a wheelchair user's wheels.

B66. **RL – Bell Captain's Desk – Knee Space.**  Bell captain desk on the east side of the lobby.  The height of the desk is 30-1/4.  Knee space under the desk has a height of 28-1/4.  The projection back under the surface for the knee space is 7-3/8 inches.

B67. **<u>RL – Bell Captain's Desk – Lamps – Protruding Objects.</u>** <u>Across from the bell-captain's desk there is a configuration of lamps projecting out from the circulation space.  The bottom edge is set at 69-3/4, and it projects out a total distance of 10-1/2 inches.</u>

B68. **<u>RL – At Base of Stairway – 2nd Grouping of Lamps – Protruding Objects.</u>**  <u>There's a second grouping of that lamp in the middle just before the stairway to the second floor.  The point is set at a height of 67-1/4 to the lamp by the stairway to the second floor.  To that point it's the same projections, 10-1/2 inches.  At the bar end of that partition wall between the main lobby and the elevator lobby it's 67-1/2, the bottom edge of the three lamp configuration.</u>

B69. **RL – Door at SE Corner – Operational Force.**  At the southeast corner of the lobby, there are a set of doors leading to the exterior area next to the cabana building, which has guest rooms and the fitness center.  The west door has a push pressure of 17.

B70. **RL – Door at SE Corner – Walk-Off Mat.**  There's a walk off mat that flips up on the outside of the door.

**Exhibit 2**
**— 52 —**

**D.     MAIN FULL SERVICE BAR & RESTAURANT OFF MAIN LOBBY**

B71.  **Bar/Restaurant – Square Tables – Height & Knee Space.**  There tables at the east end of the bar.  The square tables at the booths have a height of the table is 29 inches.  The height of the knee space is 26-1/8.

B72.  **Bar/Restaurant – Small Round Table – Height & Knee Space.**  There's a small round table in the center of this cluster, and it has a height is 29-1/8 inches, and 26-1/4 inches knee space underneath.  It projects back a maximum distance of 13-3/4 inches.

B73.  **Bar/Restaurant – Chair & Couch Groupings – Path of Travel and Clear Floor Space.**  There is a table grouping of easy high back chairs.

-   The distance between the wall and the chair is 29-1/2 inches, minus 1 inch for the baseboard.  It's 29-1/2 inches at the top because it projects back.  It's 32 inches at the base.

-   Going to the south side of this grouping, the distance between the center round and the high back chair is 22 inches.  The distance between the chair for the center table and the adjacent booth table is 9 inches.  So there's no path of travel to all of the tables in the back part of the room.

-   There is a couch and coffee table configuration.  There is no possibility of a clear floor space at this location without obstructing the path of travel.  From the high brown chair to the bar stool is 40-1/2inches.  From the low brown chair to the bar stool is 36 inches.  The counter to the edge is 33. With a person seated, it's 36-1/2 inches.   In a wheelchair the bar stool is 9 inches.  At the other end, the available distance is 38 inches.

**Exhibit 2**
— 53 —

- At the west end of the bar there's another of the intimate seating configurations. The result is going to be the same.  Between the high back brown chair and the bar stool is 39 inches, and between the low brown chair and the bar stool is 41 inches.  There again, when the wheelchair user is in the seating space, it's impossible. The distance between the user's shoulder and the table is 38 inches.  It is 16 inches to the bar from the back of the chair in this location, or 17 3/4 inches to the bar stool in its current moved position.

- At the west end of the seating configuration, the distance between the wheelchair user's shoulder to the table is 42 inches.

B74. **Bar/Restaurant – Accessible Tables – Scoping.   Based on the foregoing analysis, t**he bar and restaurant have no accessible tables. A minimum of 5% of the tables in each designated seating area (but not less than 1) should be designated and configured for disabled access.

B75. **Bar/Restaurant – Fire Pull – Mounting Height.**  The south door -- maybe by the east door there is a fire pull. The height of the fire pull for a front approach is 49-1/4 inches.

B76. **Bar/Restaurant – East Entrance – Walk Off Mat.**  There is a walk-off mat on the interior of the east entrance to the bar from the pool. It's not firmly attached.

B77. **Bar/Restaurant – Bar Counter – Lower Section.**  The height of the lower bar is 35-1/2 inches.  It's 8-3/4 wide.  The length is 37-1/4. The main bar is set at a height of 41-3/4.   The difference between the top of the lower section and the top of the main bar is 6-1/4 inches.  The width of the main bar where the bartender stands to this lower counter is a 54 inch reach.  The reach the straws on the counter

**Exhibit 2**
**— 54 —**

it's 27-3/4 inches.  The clear floor space for this counter overlaps the pedestrian path of travel.

### E.  iCAFE – RESTAURANT AND FOOD BAR

B78.  **iCafe – Rectangular Tables – Height and Knee Space.**  The height of the rectangular table itself is 28-1/2.  The knee space is 27.  The projection back under the table is a maximum up to the center post -- is a maximum of 13-3/4.  And the projection back to the base is even shorter, or 10 inches.

B79.  **iCafe – Rectangular Tables – Accessible Route.**  In the center grouping the distance between the half-moon chairs is typically approximately 19 inches, and when there is a corner to a chair the distance is between 17-1/4 to 20-1/4 inches.  In the corner, the distance between chairs in that location is 22-1/4 inches.

B80.  **iCafe – Rectangular Tables – Seat and Table Count.**  There's 12 typical tables.  There are 16 half moon tables; and typical tables, the regular tables -- there are 16 tables, 16 chairs with a half moon.  16 tables, 16 chairs with a half moon.  There are 33 seats at the rectangular tables -- the number of rectangular tables is one.  There are 35 seats at 13 rectangular tables.  None of the table types are configured for accessibility.

B81.  **iCafe – Dining Counter – Lower Section – Obstruction.**  There's a dining counter with 6 total seats.  The height of the counter itself is 42-1/4.  The height of the lower counter at the end is 34.  The length of the counter is 38 inch; however, there is a coffee dispenser in this location and that obstructs approximately 16 inches of that counter.  The width of the lower counter is 15-3/4.

B82.  **iCafe – House Phone – Reach Across an Obstruction.**  On the

**Exhibit 2**
— 55 —

counter across there seems to be a house phone.  The height of the counter is 40-5/8.  There's a house phone at the back.  The reach back across the obstruction to the house phone is approximately 16 inches back to the furthest operational mechanism.

B83.  **iCafe – Computers – Lower Station – Knee Space.**  There are four computers.  One is at a lower station.  There are six seats or high seats and one lower seat at the lower computer station.  The lower counter is set at a height of 30-1/2 inches above the finished floor.  The knee space provided is 29 inches.  The projection back under the counter is 18 inches.

B84.  **iCafe – Self-Service Refrigerator  – Lower Station – Reach over an Obstruction.**  The height of the glass panel at the front edge of the cooler is 34-3/4 inches above the surface.  However, the user has to reach 7 ¾" down into the bottom, and approximately back 21 inches back .  The upper row of merchandise in the cooler at the back of the cooler is set at a height of 48 ½ inches above the finished floor, and the reach back from the front face of the cooler is 14 inches.

B85.  **iCafe –Service Counter – Reach over an Obstruction.**  There are two baskets. They're on top of the raised counter.  The high basket is set at 15-3/4 above the counter surface.  The lower basket is set at a height of 9 inches above the counter surface.  The smaller basket, which is similar to a wicker basket -- is 9-1/2, and it's set back a distance of 16 inches.  The rounded basket is set back 7-1/2 inches.  The pastry one is 8-1/2 approximately.  It's set back 17 inches.  The second fruit basket has chips in the bottom 15-3/4, and the upper one is -- the bottom one is 9-1/2 and the top one is 15-3/4. It's set back approximately 15-1/2 inches.

**Exhibit 2**
**— 56 —**

F.   **iCAFE - BUSINESS CENTER.** At the top just outside of the sales and catering office there is an ATM machine and a Xerox machine.

B86.  **BUSINESS CENTER (BC) – Copier Machine – Path of Travel – Stairs – Various Elements.** We have a set of stairs with no hands rails them. They have a contrasting stripe. The riser heights are 4-3/8 and 4 1/2.

B87.  **BC – Copier Machine – Operational Controls – Height and Reach Across and Obstruction.** In front of the sales and catering offices there is a copier machine. The feeder is 54 inches, the plate, the copy plate is set at 47. Opening it, the top is 60 inches, but the actual copy plate is approximately 47 inches. It's a reach across the obstruction. The reach across to the back of the plate is 17 inches.

B88.  **BC – Printer – Operational Controls – Height and Reach Across and Obstruction.** There's a printer for the cafe. The printer is 10-1/2 above the table. The printer is 34 inches AFF; however, the reach back to the ATM component of the machine is 25 1/4 inches, and at a height of 49 inches AFF. So it's out of the reach range. The first five pages prints are free, but the remaining pages are pay.

G.   **PUBLIC RESTROOMS**

Lobby Level – Women's Public Restroom

B89.  **LOBBY LEVEL WOMEN'S PUBIC RESTROOMS (LL-WPRR) – Entry – ADAAG Signage.** The ADA signage is mounted on the door instead of the strike edge of the door. It is set at a height of 48-3/4 to the bottom. To the top is 52-1/4.

B90.  **LL-WPRR – Entry – Title 24 Signage.** Title 24 signage is set at a height of 52-1/2 at the bottom and 64 1/2.

**Exhibit 2**
**— 57 —**

B91. **LL-WPRR – Entry – Operational Force.**  Push pressure on the door is approximately 12 pounds.

B92. **LL-WPRR – Entry – Door Landing Pull Side – Within Area of Required Strike Edge Clearance.**  The distance from the wall with the long mirror on it to the strike edge is 59-1/4.

B93. **LL-WPRR – Sink – Knee Space.**  Knee space at the front face is 28-7/8.  Knee space approximately 8 inches back is 25 inches.

B94. **LL-WPRR – Sink – Insulation.**  The P trap is wrapped.  The hot water feed is only partially wrapped.

B95. **LL-WPRR – Sink – P-Trap.**  The P trap projects from the wall a distance of 9-1/2 inches.

B96. **LL-WPRR – Sink – Soap Dispenser – Reach Back Across an Obstruction.**  The counter is 24 inches high.  The reach back to the soap dispenser is 19-1/2 inches.

B97. **LL-WPRR – Sink – Soap Dispenser – Operational Force.**  Push pressure required to get the soap dispenser to work is approximately 8 pounds.

B98. **LL-WPRR – Sink – Paper Towel Dispenser.**  Height of the paper towel dispenser is 40-1/4 on center.

B99. **LL-WPRR – Toilet – Door Landing on Inward Swing into Stall.**  The door opens into the designated stall.  The distance from the swing of the door to the toilet is 24 inches.  From the wall beside the toilet to the outside is 25-1/2, to the inside edge is 10-1/2.

B100. **LL-WPRR – Toilet – Side Transfer Space.**  The distance beside the toilet from the wall to the -- it's 38 inches.

B101. **LL-WPRR – Toilet – Front Transfer Space.**  The distance in front of the toilet is 47-1/4 inches in front.

B102. **LL-WPRR – Toilet – Grab Bars – Side – Mounting Height.**

**Exhibit 2**
**— 58 —**

The height of the grab bar is 34-7/8.

B103. **LL-WPRR – Toilet – Grab Bars – Side – Knuckle Space.**  The knuckle space is an 1-1/4 at the face of the sanitary seat cover dispenser, 1-1/2 elsewhere.

B104. **LL-WPRR – Toilet – Sanitary Seat Cover Dispenser – Clear Floor Space.**  The toilet projects off the rear wall a distance of 31-1/4. The wall that the toilet is mounted on to the leading edge of the sanitary seat cover dispenser is 50-1/4, and to the trailing edge is 36-1/2.  So it's not mounted adjacent to a clear floor ground space, a compliant clear floor ground space.

B105. **LL-WPRR – Toilet – Toilet Paper Dispenser – Reach.**  The leading edge of the toilet paper roll is set at 50 inches from the wall that the toilet is mounted on.  The mounting height of the toilet paper dispenser is -- the bottom is 18, the top is 26.

B106. **LL-WPRR – Toilet – Flush Valve – Mounted on Narrow Side.**  The flush valve for the toilet is on the narrow side of the fixture.

B107. **LL-WPRR – Toilet – Grab Bars – Rear – Mounted Distance From Wall.**  The rear grab bar is a 36 inch grab bar.  Distance from the side wall to the leading edge of the grab bar is 43-1/2, to the trailing edge is 7-1/2.

B108. **LL-WPRR – Toilet – Grab Bars – Rear – Mounted Height.**  Mounting height is 32-1/2.

B109. **LL-WPRR – Toilet – Coat Hook – Mounting Height.**  The coat hook on the back of the door is set at a height of 49 inches above the finished floor.

Lobby – Men's Public Restroom

B110. **LOBBY LEVEL MEN'S PUBLIC RESTROOMS**

**Exhibit 2**
— 59 —

**(LL-MPRR) – Entry – ADAAG Signage.** The ADA signage is mounted on the door instead of the strike edge of the door.  It is set at a height of 50-3/4 to the bottom.  To the top is 54-1/4.

B111. **LL-MPRR – Entry – Title 24 Signage.**  Title 24 signage is set at a height of 54-1/2 at the bottom and 66 1/2.

B112. **LL-MPRR – Entry – Pull Side Door Landing.**  Distance between the entry door wall and the partition between the urinal and the sink is 58 inches.  The door swings in.

B113. **LL-MPRR – Entry – Door Landing Pull Side – Within Area of Required Strike Edge Clearance.**  There is a paper towel dispenser and a trash can in the strike edge clearance for the door.  It projects off the wall a distance of 2-3/4 inches.  So from the 58 number deduct 2-3/4. It's 55-1/4 is the length of the door landing in the strike edge door area.

B114. **LL-MPRR – Entry – Pull Side Strike Edge Clearance.**  From the strike edge to the paper towel dispenser is 8-3/4.

B115. **LL-MPRR – Sink – Knee Space.**  The knee space at the front face is 29.  The knee space approximately 8 inches back is 25.

B116. **LL-MPRR – Sink – Insulation.**  The P trap is only partially wrapped with a bag.  The hot water feed is also only partially wrapped.

B117. **LL-MPRR – Sink – P-Trap.**  The P trap projects off the wall a distance of 9-1/2 inches.

B118. **LL-MPRR – Sink – Soap Dispenser – Reach Back Across an Obstruction.**  The height of the sink is 34.  The total depth of the sink counter is 20-1/2, and the reach back to the soap is 18.

B119. **LL-MPRR – Sink – Soap Dispenser – Operational Force.**  Push pressure required for the soap is 8 pounds.  The height of the

**Exhibit 2**
— 60 —

paper towels is approximately 40-1/2 on center.

B120. **LL-MPRR – Sink – Paper Towel Dispenser – Clear Floor Space – Overlap of Door Swing.**  It should be noted that the clear floor space for this paper towel dispenser overlaps the door swing, which is prohibited by the Code.

B121. **LL-MPRR – Sink – Clear Floor Space – Overlap of Door Swing.**  The distance from the wall opposite the sink to the face of the sink is 60 inches, and that overlaps the door swing as well. Dimensions from the face of the sink to the strike edge of the door is 22-1/2 inches.

B122. **LL-MPRR – Toilet – Side Entry Stall – Door Landing.**  Again, the stall door opens in.  The total width of the stall is 58-1/4 inches.

B123. **LL-MPRR – Toilet – Coat Hook.**  There is a coat hook at 49-3/4.

B124. **LL-MPRR – Toilet – Grab Bars – Side – Mounting Height.**  The mounting height of that grab bar is 32-3/4.

B125. **LL-MPRR – Toilet – Grab Bars – Side – Knuckle Space.**  The knuckle space to the wall is 1-1/2, but to the face of the sanitary seat cover dispenser is 1-1/4 at both edges of the dispenser, which constitutes an obstruction.

B126. **LL-MPRR – Toilet – Sanitary Seat Cover Dispenser – Clear Floor Space.**  The distance from the wall behind the toilet to the leading edge of the sanitary seat cover dispenser is 35-1/2, to the trailing edge is 21-3/4.  The distance that the toilet projects off the wall is 31 inches.  The sanitary seat cover dispenser is not mounted adjacent to a clear floor ground space.

B127. **LL-MPRR – Toilet – Sanitary Seat Cover Dispenser – Mounting Height.**  The sanitary seat cover dispenser height is 41 on center approximately.

**Exhibit 2**
**— 61 —**

B128. **LL-MPRR – Toilet – Toilet Paper Dispenser – Reach Range.** The mounting height of the lower roll of toilet paper is 18-3/4.  The upper roll is set at approximately 27.

B129. **LL-MPRR – Toilet – Grab Bars – Rear – Knuckle Space.**  The knuckle space is typically 1-1/2, but over the flush valve it is reduced to zero for that portion of the bar.

B130. **LL-MPRR – Toilet – Grab Bars – Rear – Mounting Height.** The mounting height of the bar is 32-1/2.

B131. **LL-MPRR – Toilet – Floor Drain – Slope.**  On the toilet side of the stall, the floor that is in the drain -- the drain that's in the floor has a slope of 2.4 percent on the toilet side of the stall.

B132. **LL-MPRR – Turning Space.** The end of the partition wall between the sink and the urinal is 52 inches from the opposite wall, and the partition to the stall wall is 44 inches, and so that means that there's no turning radius in this room.

Mezzanine Level – Men's Public Restroom

B133. **MEZZANINE LEVEL MEN'S PUBLIC RESTROOMS (ML-MPRR) – Entry – ADAAG Signage – Mounting Height.** The ADA signage for the men's room is set adjacent to the strike edge of the door at a height of 50 to the bottom, 53-3/4 to the top.

B134. **ML-MPRR – Entry – Title 24 Signage – Mounting Height.**  The Title 24 signage on the door is set at a height of 55 to the bottom of the triangle and 67 to the top.

B135. **ML-MPRR – Entry – Operational Force.**   The push pressure required to open the door is 12 pounds.   The sweep period is compliant.

B136. **ML-MPRR – Entry – Pull Side Door Landing.**  The door landing

**Exhibit 2**
**— 62 —**

is 48 inches on the pull side.

B137. **ML-MPRR – Sink – Knee Space.**  Knee space at the front face is 28-3/4.  The knee space approximately 8 inches back is 25 inches.

B138. **ML-MPRR – Sink – Insulation.**  The P trap is in a sack.  It's only partially wrapped.  The hot water feed is also partially wrapped.

B139. **ML-MPRR – Sink – Projection.**  The P trap projects out from the wall 8 inches.

B140. **ML-MPRR – Sink – Soap Dispenser – Operational Force.**  The pressure required to activate the soap dispensers is 7 pounds of pressure for the one on the east side, and 7 pounds on the west.

B141. **ML-MPRR – Sink – Paper Towel Dispenser – Mounting Height.** Height of the paper towel dispenser on the east wall is set at 11 inches above the counter on center, or 45" AFF.

B142. **ML-MPRR – 2nd Paper Towel Dispenser – Mounting Height.** The Paper-Towel Dispenser on the west wall is set at 41-1/2 inches above the finished floor.

B143. **ML-MPRR – Urinal – Clear Floor Space – Drain – Slopes.** There is a drain in the floor.  One of the slopes around the drain is on the accessible urinal's side, where it's 2.6 percent.  On the wall-side, the slope is 4.0 percent.

B144. **ML-MPRR – Accessible Stall – Side Entry – Dimension.**  It's a side entry stall.  Clear opening of the door is 34 inches.  The total width of the stall is 58-1/8.

B145. **ML-MPRR – Accessible Stall – Side Entry – Door Landing.** This door does open into the stall, which is prohibited.

B146. **ML-MPRR – Accessible Stall – Toilet – Centerline Dimension.** The distance from the side wall to the outside of the toilet is 25, to the inside it is 10-1/2.  The centerline is therefore 17-3/4 inches on

**Exhibit 2**
**— 63 —**

center.

B147. **ML-MPRR – Accessible Stall – Front Transfer Space.** The effective length of the clear floor space between the front face of the toilet is 37 ½ inches. However, the changing table also projects 5 ¼ inches from the wall distance in the closed position, and that projects into the clear floor space as well.

B148. **ML-MPRR – Accessible Stall – Shelf Above the Toilet Paper Dispenser – Front Transfer Space – Further Obstruction.** The shelf that's above the toilet paper projects off the wall a distance of 5 inches.

B149. **ML-MPRR – Accessible Stall – Closer – Missing.** No self closer on this door.

Mezzanine Level – Women's Public Restroom

B150. **MEZZANINE LEVEL WOMEN'S PUBLIC RESTROOMS (ML-WPRR) – Entry – ADAAG Signage – Mounting Height.** The ADA signage is set on the strike edge of the door at 50 inches to the bottom, and the top the 53-3/4.

B151. **ML-WPRR – Entry – Title 24 Signage – Mounting Height.** The circle on the door is not mounted 60 inches on center.

B152. **ML-WPRR – Entry – Operational Force & Door Sweep Time.** Push pressure on the door is 9 pounds. The sweep of the door is approximately 2.5 seconds.

B153. **ML-WPRR – Sink – Counter – Knee Space.** The knee space is 28-3/4. At 8 inches back the knee spaces space is approximately 25.

B154. **ML-WPRR – Sink – Insulation.** The pipes are partially wrapped. The hot water feed is wrapped. The left one is partially wrapped on the right one.

**Exhibit 2**
**— 64 —**

B155. **ML-WPRR – Sink – P-Trap Projection.**  The P-trap projects out 8 inches from the wall on both sides.

B156. **ML-WPRR – Sink – Soap Dispenser – Operational Force.**  The push pressure required to activate the soap dispenser on the right is 8 pounds and the push pressure required on the left is 7 pounds.

B157. **ML-WPRR – Sink – Paper Towel Dispenser – Mounting Height.**  Sink counter is set at a height of 33-3/4 AFF.  The height of the two paper towel dispensers is 45" AFF.

B158. **ML-WPRR – Sink – Tampon Dispenser – GPT Operation.**  The operational control for the tampon dispenser requires grasping, pinching, twisting of the wrist.

B159. **ML-WPRR – Sink – Tampon Dispenser – Mounting Height.**  The operable mechanism for the tampon dispenser is set at a height of approximately 41-3/4 inches above the floor.

B160. **ML-WPRR – Accessible Stall – Entry –  Pull-Side Strike-Side Clearance.**  Stall opens out.  The strike edge clearance provided for the stall door is 4-1/8 inches.

B161. **ML-WPRR – Accessible Stall – Front Transfer Space.**  The distance from the front face of the toilet and the baby changing table in the down position is 53 inches, which is below the 60 inch minimum required by code.

B162. **ML-WPRR – Accessible Stall – Toilet –  Centerline Dimension.**  The distance from the wall beside the toilet to the outside edge is 24-3/4, to the inside is 10-1/4.  The centerline of the toilet is 17 ½ inches fro the adjacent wall.

B163. **<u>ML-WPRR – Accessible Stall – Grab Bars –  Rear – Mounting Height.</u>**  The mounting height of the rear grab bar is 32-1/2 inches

**Exhibit 2**
**— 65 —**

AFF.

B164. **ML-WPRR – Accessible Stall – Grab Bars –Side – Projection and Mounting Position.**  The side grab bar has a length of 42 inches, and the distance from the leading edge of the grab bar to the wall behind the toilet is 49 inches, instead of the 54 inch minimum specified by the code.

B165. **ML-WPRR – Accessible Stall – Sanitary Seat Cover Dispenser – Clear Floor Space.**  The leading edge of the sanitary seat cover dispenser is 24 inches from the wall behind the toilet, and the trailing edge is 10-1/4 inches.  This means that the dispenser, which is mounted on the wall on the narrow side of the toilet, is not mounted adjacent to a clear ground floor space.

B166. **ML-WPRR – Accessible Stall – Grab Bars – Mounting Height.** The mounting height of the side grab bar is 32-5/8 inches AFF.

B167. **ML-WPRR – Accessible Stall – Grab Bars – Knuckle Space.** The knuckle space for the grab bar in front of the sanitary seat cover it's 7/8 of an inch, instead of the 1-1/2" minimum specified by the code.  This obstruction occurs within the most critical area of the grab bar.

B168. **ML-WPRR – Accessible Stall – Toilet Paper Holder – Reach Range.**  The distance from the wall behind the toilet to the leading edge of the first roll of toilet paper is 40-1/2 inches, instead of the 36 inch maximum specified by the ADAAG.  The toilet projects off the wall a distance of 25 inches, which means that the reach is to the toilet paper is15-1/2 inches in front of the toilet, instead of the 12 inch maximum specified by Title 24.

B169. **ML-WPRR – Accessible Stall – Toilet Above Shelf –  Front Transfer Space – Further Obstruction.**  The shelf that's above the

**Exhibit 2**
**— 66 —**

toilet paper projects off the wall a distance of 5 inches, which is a further obstruction of the front transfer space.

Penthouse Conference Level – Men's Public Restroom

B170. **PENTHOUSE   CONFERENCE   LEVEL   MEN'S   PUBLIC RESTROOMS (PL – MPRR) – Entry – ADAAG Signage.**  On the penthouse level the men's room ADA sign is set at a height of 51-1/8 inches AFF, instead of 60 inches on center.

B171. **PL – MPRR – Entry – Title 24 Signage.**  The Title 24 sign is set at a height of 63-1/4 inches AFF, instead of 60 inches on center.

B172. **PL – MPRR – Entry – Operational Force.**  Push pressure required to open the door is 10 pounds of pressure.

B173. **PL – MPRR – Entry – Pull-Side Door Landing.**  Door landing between the face of the hand dryer and the face of the closed door is 58 1/4 inches.

B174. **PL – MPRR – Turning Radius.**  The distance between the face of the sink and the face of the toilet stall is 45-1/4 inches and the distance between the stall wall and the permanent wall is 53-5/8 inches, across the face of the urinals.

B175. **PL – MPRR – Sink – Knee Space.**  The height of the knee space is 28-3/4 inches AFF at the front face of the fixture, and 25 inches high at a distance of 8 inches back from the front face of the fixture.

B176. **PL – MPRR – Sink – P-Trap Projection.**  The P trap projects off the wall a distance of 10 inches on the left side, on the right side approximately 9-1/2 inches.

B177. **PL – MPRR – Sink – Insulation.**  The hot water feeds are not wrapped on either sink and the P trap is only partially wrapped with insulation by a sack.

**Exhibit 2**
**— 67 —**

B178. **PL – MPRR – Sink – Soap Dispenser – Push Pressure.** The pressure required to operate the soap dispenser on the left is approximately 6 pounds and on the right the pressure required is approximately 8 pounds.

B179. **PL – MPRR – Urinal – On-Center Dimension.** The urinal is set 11-1/2 inches on center from the adjacent wall, instead of 15.

B180. **PL – MPRR –Accessible Stall – Toilet – Height of Seat.** The height of the toilet seat is 15-3/8 inches AFF.

B181. **PL – MPRR –Accessible Stall – Toilet – On-Center Dimension.** The distance from the wall beside the toilet to the centerline of the fixture is 17 ¾ inches.

B182. **PL – MPRR –Accessible Stall – Grab Bars – Rear – Mounting Height.** The height of the rear grab bar is 32-7/8 inches AFF.

B183. **PL – MPRR –Accessible Stall – Grab Bars – Side – Projection.** The side grab bar is mounted with the leading edge set at 53-1/2 inches from the wall behind the toilet, instead od the 54 inch minimum specified by the code.

B184. **PL – MPRR –Accessible Stall – Grab Bars – Side -  Knuckle Space.** The knuckle space between the base of the sanitary seat cover the dispenser and the grab bar is reduced to 1-1/4 inches.

B185. **PL – MPRR –Accessible Stall – Sanitary Seat Cover Dispenser – Mounting Height.** The mounting height of the sanitary seat cover dispenser is approximately 41-1/2 inches AFF on center.

B186. **PL – MPRR –Accessible Stall – Sanitary Seat Cover Dispenser – Clear Floor Space.** The toilet projects 30-1/4 inches off of the wall and the sanitary seat cover dispenser is mounted between 49-1/2 inches and 35-3/4 inches from the wall beside the toilet. Therefore, the sanitary seat cove dispenser is not adjacent to a compliant clear

**Exhibit 2**
**— 68 —**

ground floor space.

B187. **PL – MPRR –Accessible Stall – Toilet Paper Holder – Reach.** The distance from the wall behind the toilet to the leading edge of the toilet paper roll is 40-3/4 inches, instead of the 36 inch maximum permitted by ADAAG.

Penthouse Conference Level – Women's Public Restroom

B188. **PENTHOUSE CONFERENCE LEVEL WOMEN'S PUBLIC RESTROOMS (PL – WPRR) – Entry – ADAAG Signage – Mounting Height.** The ADA signage is set at a height of 50-7/8 inches, so it is not correctly mounted at 60 inches on center AFF.

B189. **PL – WPRR – Entry – Title 24 Signage – Mounting Height.** The Title 24 sign is mounted at 62-3/4 inches AFF on center, instead of being mounted at 60 inches on center.

B190. **PL – WPRR – Entry – Operational Force.** Push pressure to open the door is approximately 7 pounds.

B191. **PL – WPRR – Turning Space & Clear Floor Space at Sink.** The distance between the entry door wall and the trash can is 59 inches, the distance between the automatic hand dryer and the entry door is 47 inches and the distance between the face of the sink and the face of the toilet stall is 45 inches; so there's no turning radius in this restroom, and there's no clear floor space in front of the sink.

B192. **PL – WPRR – Sink – Knee Space.** The height of the knee space at the front face of the fixture is 28-3/4 inches AFF and the knee space at a distance of 8 inches back from the front face of the fixture is approximately 24-1/2 inches.

B193. **PL – WPRR – Sink – P-Trap Projection.** The P-trap projects off the wall a distance of 10-1/4 inches.

**Exhibit 2**
**— 69 —**

B194. **PL – WPRR – Sink – Insulation.**  The hot water feed is not wrapped on either sink.

B195. **PL – WPRR – Sink – Soap Dispenser – Operational Force.**  The push pressure required to activate the soap dispenser on the right is 6 pounds and the soap dispenser on the left is 7 pounds.

B196. **PL – WPRR – Accessible Stall – Door Landing and Dimensions.** This is a side entry stall and the width of the stall is 56 inches, instead of the 60 inch minimum dimension required.

B197. **PL – WPRR – Accessible Stall – Coat Hook – Mounting Height.** The coat hook on the back of the door that is mounted at a height of 48-1/2 inches AFF.

B198. **PL – WPRR – Accessible Stall – Toilet – On-center Dimension.** Distance from the face of the wall beside the toilet and the centerline of the fixture is 17-1/2.

B199. **PL – WPRR – Accessible Stall – Toilet – Side Transfer Space.** The distance between the side of the toilet and the face of the wall beside the toilet is 31-1/2 inches.

B200. **PL – WPRR – Accessible Stall – Grab Bars – Side – Mounting Height.**  The mounting height of the grab bar beside the toilet is 32-3/4 inches AFF.

B201. **PL – WPRR – Accessible Stall – Grab Bars – Side – Knuckle Space.**  The knuckle space provided for the side grab bar is restricted at the overlap with the sanitary seat cover dispenser to a dimension of 1-1/4 inches.

B202. **PL – WPRR – Accessible Stall – Sanitary Seat Cover Dispenser – Mounting Height.**  The mounting height of the sanitary seat cover dispenser is approximately 41 inches AFF.

B203. **PL – WPRR – Accessible Stall – Toilet Paper Holder – Mounting**

**Exhibit 2**
**— 70 —**

**Height.**  The lower roll of toilet paper is set at a height of 18-3/4 inches AFF.

B204. **PL – WPRR – Accessible Stall – Toilet Paper Holder –Reach Range.**  The distance between the wall behind the toilet and the leading edge of the toilet paper roll is 45 inches.

B205. **PL – WPRR – Accessible Stall – Grab Bars – Rear – Mounting Height.** The mounting height of the rear grab bar is 32-1/2 inches AFF.

B206. **PL – WPRR – Accessible Stall – Grab Bars – Rear – Knuckle Space.**  The knuckle space over the top of the toilet is zero.

**H.     CLUB ROOM**

B207. **Club – East Entry – Accessible Route.**  On the interior the distance between the chair and the fireplace is 30-1/2 inches on the west side. On the east side of the distance between the chair and the fireplace is 32-1/2 inches.

B208. **Club – Tables – Knee-Space and Clear Floor Space.**  The knee space provided underneath the square is set at 26 inches AFF and the knee space projects 13 inches back from the front face of the fixture.

B209. **Club – Food Counter 2 – Reach Back Over an Obstruction.** There's a second food service counter that is set at a height of 34 inches AFF.  There's a chafing dish set on top of the table with the knob set at 53 inches AFF, and the reach back is approximately 15 inches, which higher than the 46 inch maximum height permitted. The rim the dish itself is set at a height of 45-7/8 inches AFF, and is thus too high to be usable.

B210. **Club – Food Counter 2 – Knee Space.**  This is a front approach counter that lacks required knee space underneath the table top.

**Exhibit 2**
— 71 —

B211. **Club – Counter 3 – Height and Clear Floor Space.**  There are napkins and reading material on the third counter, which has the top surface set at 37-1/4 inches AFF.

B212. **Club – Entry Doors – Kick-Plate Area.**  They have kick down door stops on the interior (push side) of both sets of the entry doors.

B213. **Club – Fire Pull – Clear Floor Space and Mounting Height.**  The fire pull in the northwest corner of this room is set at a height of 49 ¼ inches AFF on center.

B214. **Club – Music Controls – Mounting Height.**  By the northeast corner door there is a front approach controller for the music that is set at a height of 49 inches AFF.


I.     **MEZZANINE – RAMP AND STAIRS**

The accessible route from the elevator lobby on the Mezzanine Level leads to a series of facilities, including the i-Café and restaurant, it's business center, public restrooms, the sales office, the copier and ATM machines, a series of conference rooms, and, finally, a secondary elevator that leads to the guestroom floors and further set of conference rooms at the Penthouse Level.

B215. **MEZZANINE LEVEL (ML) - Threshold at Corridor Entry.**  The height of the threshold into the corridor with the ramp in it is too high.  On the elevator side of the threshold the height is 3/4 of an inch, and on the corridor side it is 1/2 inch above the adjacent surface.

B216. **ML – Ramp –Top Run – Slope.**  The slope at the top of the top run is 10.7%.

B217. **ML – Ramp – Top Run – Handrails – Missing.**  There is a handrail on only one side of the ramp and it changes direction.

B218. **ML – Ramp – Top Run – Handrails – Cross-Sectional Grip.**  The

**Exhibit 2**
— 72 —

diameter of the handrail is a 2 inch cross section, which exceeds the 1-1/4 inch to 1-1/2 inch dimension specified by the code.

B219. **ML – Ramp – Top Run – Handrails – Interruptions.** The handrail is interrupted intermittently by brackets, which are mounted to the wall at 90 degree angles. They have 2-1/4 inch caps on them.

B220. **ML – Ramp – Top Run – Handrails – Knuckle Space.** The knuckle space provided for the upper handrail is 2-1/4 inches.

B221. **ML – Ramp – Top Run – Handrails – Further Interruptions.** The width of the ramp is reduced by 5-1/2 inches in the middle of a ramp run and the continuity of the handrail is broken at that point.

B222. **ML – Ramp – Middle Landing – Obstruction of Landing at Change in Direction.** There is a change of direction of 45-degrees at a distance of 57 inches from the bottom of the ramp run, which obstructs all but approximately 17 inches of the area that is within the required landing at the bottom of this ramp.

B223. **ML – Ramp – Lower Run – Slope.** At the top of the lower ramp run the slope is 9 percent.

B224. **ML – Ramp – Lower Run – Handrails - Missing.** There is a handrail on only one side of the ramp.

B225. **ML – Ramp – Lower Run – Handrail – Cross-Section.** The diameter of the handrail is a 2 inch cross section, which exceeds the 1-1/4 inch to 1-1/2 inch dimension specified by the code.

B226. **ML – Ramp – Lower Run – Handrails - Extension.** That handrail does not extend beyond the top or the bottom of the ramp run.

B227. **ML – Ramp – Lower Run – Slope.** The slope of the lower ramp is 8.8 percent in the middle of the run.

B228. **ML – Ramp – Lower Run – Landing at Base – Not Level.** The lower landing for the ramp does become level until it is

**Exhibit 2**
— 73 —

approximately 23 inches from the wall at the base of the ramp going up to the restrooms, instead of the 72 inches specified.

B229. **ML – Ramp – Lower Run – Landing at Base – Effective Width vs. Cross-Slope.**  The effective width of the ramp is 27-1/4 inches because the cross slope at the bottom of the ramp run is 4.1 percent.

B230. **ML – Ramp to Restrooms – No Handrails.**  The corridor going up towards the restrooms on this level has an overall slope of 5.95 percent and no handrails have been provided on either side of this ramp segment.

B231. **ML – Stairs – Missing Handrail and Non-Compliant Cross-Section.**  The stairs on the mezzanine level that are adjacent to the ramp, have handrails on only one side and the cross section of that handrail is a diameter of 2 inches, which exceeds the 1-1/4 inch to 1-1/2 inch dimension specified by the code.

## J.   CONFERENCE ROOMS

Esparada Room at Mezzanine Level.

B232. **Esparada CONFERENCE ROOM (CR) – Entry Door – Opening Force.**  The force required to open the door is 9 lbs. of pressure.

B233. **Esparada CR – Entry Door – Kick Plate.**  There is a fold down door stop in the bottom 10" of the door.

B234. **Esparada CR – Large Banquet Table – Knee Space.**  The large banquet tables have a knee space underneath that projects back under the table on the narrow side a maximum of 8".

B235. **Esparada CR – Large Rectangular Buffet Service Tables– Reach Back Across An Obstruction.**  The reach back across the obstruction of the table is 27 ½ inches to some service objects and 28

**Exhibit 2**
**— 74 —**

½ to other objects.

B236. **Esparada CR – House Telephone – Volume Control.**  No volume control has been provided on the house phone in this location.

B237. **Esparada CR – House Telephone – TTY.**  No TTY capability has been provided in this location, nor has signage been provided to indicate an alternative location where TTY capacity is available.

B238. **Esparada CR – House Telephone – Control Height.**  The highest operable mechanism for this front approach telephone is set at a height of 49 ½" AFF.

B239. **Esparada CR – Thermostat – Clear Floor Space.**  The thermostat for the room is set 30 inches back across the table, so it is not adjacent to a clear floor space.

Liseta Room at Mezzanine Level.

B240. **Liseta CR – Entry – Operational Force.**  The push pressure required to open the door is 8 pounds.

B241. **Liseta CR – Entry – Kick-Plate Area.**  There is a door stop in the bottom 10 inches of the door.

B242. **Liseta CR – House Phone – Mounting Height.**  Height of the highest operable mechanism for the front approach telephone is 56-1/2 inches AFF..

B243. **Liseta CR – Thermostats – Dual Hand Operation.**  The thermostats in these rooms are set at the appropriate height range, but they require a double action to actually make them functional.

Lararia Room at Mezzanine Level.

B244. **Lararia CR – Entry – Operational Force.**  The push pressure required to open this door is 7 pounds.

**Exhibit 2**
— 75 —

B245. **Lararia CR – Entry – Kick-Plate Area.** There is a doorstop in the bottom 10 inches of the door.

B246. **Lararia CR – House Phone – Mounting Height.** The highest operable mechanism of the house phone is set at a height of 56-1/4 inches AFF.

B247. **Lararia CR – Entry – Peep Hole.** The height of the peephole in the door of this room is 60-1/4 inches AFF.

Cabrilla Room at Mezzanine Level.

B248. **Cabrilla CR – Entry – Operational Force.** The push pressure required to open the door is 7 pounds.

B249. **Cabrilla CR – Entry – Kick-Plate Area.** there is a doorstop bottom in the bottom 10 inches of the door.

B250. **Cabrilla CR – Entry – Peephole – Mounting Height.** The height of the typical peephole in the door of all of the conference room doors is 60-1/4 inches AFF.

B251. **Cabrilla CR – House Phone – Mounting Height.** The highest operable mechanism for this front approach telephone is 56-1/2 inches AFF.

**Penthouse Level Conference Rooms - Lucina and Stella Ballroom.**

B252. **PLCR – View Windows – Height.** The view windows are set at a height of 43-3/2 inches above the finished floor.

B253. **PLCR – Round Tables – Typical Conditions – See Previous Analysis.** The top rim of the chafing dish is set at 41-1/2 inches AFF and the dish is set 18 inches back across the obstruction of the table a distance of 18", which makes the dish unusable.

B254. **PLCR – House Phone – Mounting Height.** The Lucina room has a

**Exhibit 2**
— 76 —

front approach house phone with the highest operable mechanism set at a height of 52 inches above the finished floor.

B255. **PLCR – Large Banquet Table – Knee Space.**  These are typical tables with the same knee space dimensions specified before.

B256. **PLCR – Large Rectangular Buffet Service Tables– Reach Back Across an Obstruction.**  The reach back across the obstruction of the larger buffet service table is over 27 ½ inches to the house telephone.

B257. **PLCR – House Telephone – Control Height.**  The highest operable mechanism for this telephone is set at a height of approximately 49 ½" AFF.


**K.**   **FITNESS CENTER**

B258. **FITNESS CENTER (FC) – Entry – Operational Force.**  The push pressure required to open the door is 7 pounds.

B259. **FC – Entry – Card Key – GPT Operation.**   The locking mechanism for the entry door to the Fitness Center uses the same card key used for access to the guestrooms; which requires grasping, pinching and twisting of the wrist.

B260. **FC – Entry – Kick-plate Area.**  The kick plate provided on the push side of this door extends 9-1/2 inches AFF.

B261. **FC – Entry – Door Sweep.**  The door closer shuts the door in approximately 1-1/2 and 2 seconds.

B262. **FC – Turning Space.**  The distance between the sit-up bench and the counter where the water and cups are located is 55 inches, which is less than the 60 inches needed for a compliant turning circle or a T-shaped turnaround space.

B263. **FC – Amenities Reach Range.**  The cups are set at a height of 55

**Exhibit 2**
— 77 —

inches AFF.

B264. NOTE: NEW REQUIREMENT   The phone is a front approach phone and the highest operable mechanism is set at a height of 54-3/4 inches AFF.

B265. NOTE: NEW REQUIREMENT   The distance between the phone cabinet and the trash can is 22 inches, which means that the fixture is not adjacent to a clear floor ground space.

B266. **FC – Exterior Door – Operational Force.**  The force required to open the exterior door on the west face of the exercise room is 11 pounds of pressure.

B267. **FC – Lamps – GPT Operation.**  The lamps in the intimate furniture settings are twist type lamps.

**L.     SWIMMING POOL FACILITIES.**

There are two swimming pool facilities on this site.  One is located on the second floor, and the other is located off the main floor lobby.

**Pool 1 – Main 1ˢᵗ Floor Pool off Main Lobby.**  This facility is located on the first floor off main lobby.

B268. **FIRST FLOOR SWIMMING POOL (1FSP) – Towel Rack – Amenities – Reach Range and Reach Across an Obstruction.**  There is a towel rack located just outside the bar (east door). The top shelf is set at a height of 64 ½ inches on center AFF and the depth of the reach across the obstruction of that shelf is 10 ½ inches.

B269. **1FSP – Pool Gate – Card Reader vs. Latch – Mounting Height/Reach.**  At the east end of the pool there is a gate with a room key card reader that is set at a height of 55 ½ inches on center AFF.

**Exhibit 2**
**— 78 —**

B270. **1FSP – Pool Gate – Card Reader vs. Latch – GPT Operation.** The room key card reader for entry improperly requires grasping, pinching and twisting of the wrist to operate.

B271. NOTE: NEW REQUIREMENT   The actual hardware for the gate is set at a height of 48 ¾ inches on center AFF.

B272. **1FSP – Pool Gate – Kick-Pate.**  There is no 10 inch high smooth uninterrupted surface provided on the push side of the gate.

B273. **1FSP – Pool Gate – Towel Rack at East Door – Height of Shelves.**  Just outside the east entrance to the bar is a towel rack that has the upper shelf set at a height of 64-1/2 on center AFF and the reach back across the obstruction is 10 inches.

B274. **1FSP – Entry to Club – Card Reader – GPT Operation and Height.**  Just to the south of the swimming pool gate is the club lounge and the locking mechanism on that door is a room key card reader set at a height of 45 ¼ inches AFF on center.

B275. **1FSP – Entry to Club — Operational Force.**  The push pressure required to open this door is approximately 10 pounds.

B276. **1FSP – Tables – Knee Space.**  There is a two person table at the end of the seating bench and the knee space provided extends underneath a distance of 8-1/8 inches back from the front face of the table top.

B277. **1FSP – Circulation Route – Obstruction.**  On the southwest side of the pool area the distance between the ashtray and a chaise lounge is 26-1/4 inches, which is less than the 36 inch minimum width required for the path of travel to the Fitness Center.

B278. **1FSP – Emergency House Phone.**  There is an exterior house phone enclosed in a box near the southwest corner of the lot, which is mounted above a short planter wall that projects out from the wall

**Exhibit 2**
**— 79 —**

the phone is mounted on a distance of 26 inches at a 30 degree angle under the phone, obstructing the clear floor space required in front of the box.

B279. **1FSP – Emergency Egress – Exit Gate – Operational Force.** There is an exit from the pool area in the southwest corner of the space.  It is an emergency exit and it goes out to behind the hotel. The push pressure required to open this gate is 8 pounds.

B280. **1FSP – Emergency Egress – Path of Travel – Obstruction.**  There is a ping-pong table and a storage unit for Rhino propane gas stored along the wall near the emergency exit, obstructing the clear width of this emergency path of travel.

B281. **1FSP – Emergency Egress – Path of Travel – Sudden Change in Vertical Rise.**  Right at the face the emergency exit at the southwest corner of the hotel, there's a 4-1/2 inch drop at the threshold onto the dirt and grass. This is a vertical change of elevation in excess of the ½ inch permitted and the surface on the outside is not stable, firm and slip resistant.

B282. **1FSP – Emergency Egress – Gate – Operational Force.**  The push pressure for that gate is approximately 13 pounds.

B283. **1FSP – Circulation Route at West End.**  Along the west wall of the pool, the distance between the chaise lounge closest to the southwest corner of the swimming pool itself is restricted to 30-1/4 from the wall.

B284. **1FSP – Northwest Corner – Tables – Knee Space.**   In the northwest corner of the pool area there are some large circular tables in the cabana. No knee space underneath these tables has not been provided because the distance between the legs at the end is 24-1/2 inches, instead of the 30 inch minimum specified.

**Exhibit 2**
**— 80 —**

B285. **1FSP – Circulation Route at Furniture Group near Center of Cabanas – Obstruction.** In the center of the three cabanas there is a lounge sofa, and the path of travel to it is obstructed by several objects.

- One, The distance between the support for the cabana and the heater is 19-1/2 inches and the distance between the heater and the chaise lounge on the other side is 19-1/8.

- There's an umbrella in between the two rows of chaise lounges. The distance between the chaise lounge and the umbrella is 29-1/2 inches on one side and 29 inches on the other.

- That table of the cabana is in the shade, and the distance between the chair and the support structure for the third cabana, the one closest to the building, is 19-3/4 inches on one side.

- Distance between the sofa and the chair is 27-3/4 inches. There's a seating space at the back in the shade. The distance from the support bar to the table is approximately 28 inches.

B286. **1FSP – 2ⁿᵈ Fire Egress at NW Corner – Operational Force.** At the northwest corner of the space there is another fire exit. The pressure required to open it with the push bar is 8 – 9 ½ lbs.

B287. **1FSP – 2ⁿᵈ Fire Egress at NW Corner – Door Landing – Obstructed.** There's a chair on the exterior of the door. The distance between the chair and the face of the door is 38-1/2 inches approximately, instead of the 60 inch minimum specified.

B288. **1FSP – 2ⁿᵈ Fire Egress at NW Corner – No Vertical Means of Access.** This exit, which leads from an area of assembly, leads to a set of stairs and then down to the street. However, there is no ramp, elevator, lift or other means of vertical access from this point.

B289. **1FSP – Circulation Route – Surface Not Firm.** The pool surface

**Exhibit 2**
— 81 —

is covered by a series of wooden tiles that flex downward heavily under the weight of a wheelchair, depressing the surface, causing resistance to movement and overall serving to reduce physical and mechanical endurance of wheelchair users.  These do not appear to be affixed to the surface in any significant way.   The flexion is between ¾ to 7/8 of an inch. There is at least one tile that is so loose that boards can be removed by the hand, which creates a 2-1/2 inch vertical drop in the surface. When you put a wheelchair on that same square of flooring, the depression is 1/2 inch. Approximately 25 percent of these squares in this board pattern flex significantly. There's no particular pattern, but this surface certainly does not meet code the requirement that the surface of an accessible space be stable and firm.

B290. **1FSP – Water Entry – Lift – Unavailable.**  There's no lift available for this pool.  The defense representatives confirmed hotel does not possess one.

B291. **1FSP – Heater Controls at East Doors – GPT Operation.**  Next to the east door to the bar there are two timer switches behind the trash can that require grasping, pinching and twisting of the wrist, which is prohibited by the code.  They control the heaters. They're self-operable.

B292. **1FSP – Heater Controls at East Doors – Reach Back Across an Obstruction.**  There's an 18 inch reach back to the closest one and approximately a 21 inch reach back to the furthest one, which means that they are not mounted adjacent to a 30 inch by 48 inch clear floor space as required.  These are mounted at a height of 41 inches on-center which means that they are mounted too high for front approach controls.

**Exhibit 2**
— 82 —

B293. **1FSP – East Door Entry – Walk Off-Mat.**  At the east door between the bar and swimming pool, there's a walk off mat that is not attached to the surface.

B294. **1FSP – East Door Entry – Operational Force.**  Push pressure required to open the door is 11 pounds.

B295. **1FSP – Cabana – Heater Control – Height of Controls.**  Back at the cabana, that heater that was in the path of travel has a self-operable control that is set at a height of 72-1/2 inches AFF, which is higher than the 54 inch maximum height permitted.

B296. **1FSP – Cabana – Heater Control – GPT Operation.**  The controls for the exterior heaters require grasping, pinching, twisting of the wrist.

B297. **1FSP – Cabana – Heater Control – Dual-Hand Operation.**  The gas and igniter controls work in tandem, and thus require dual-hand operation, which is prohibited.

B298. **1FSP – Cabana – Table – Knee Space.**  The exterior tables set in front of the long booth that runs along the exterior face of the bar wall have knee space that projects a distance of 13 inches underneath the table top.

B299. **1FSP – 2nd East Door Entry – Walk Off-Mat.**  At the east door to the bar, there is a walk off mat that is not firmly attached to the surface.

B300. **1FSP – 2nd East Door Entry – Operational Force.**  Push pressure required to open the east door to the bar is 9 pounds.

**Pool 2 - 2nd Floor Swimming Pool.**  This facility is located on the second floor of the hotel at the Southeast corner of the building.

B301. **SECOND FLOOR SWIMMING POOL (2FSP) – Entry – Walk-**

**Exhibit 2**
**— 83 —**

**Off Mat.**  There is a walk-off mat on the exterior side of the door that is not firmly attached to the floor.

B302. **2FSP – Entry – Operational Force.**  The push pressure required to open the exterior door to the swimming pool is 12 pounds.

B303. **2FSP – Entry – Strike Edge Clearance.**  The strike edge clearance on the exterior side of the exterior door to the swimming pool (closer & latch present) is 9 ½", instead of the 12 inch minimum strike edge clearance specified.

B304. **2FSP – Accessible Route – Slopes and Cross-Slopes.**  There is a 9.7% slope at the face of the building, just outside the entrance to the swimming pool area and the cross slope along this path of travel varies between 3.5% and 4.3% near the drain in the surface.

B305. **2FSP – East Gate – Latch – Height.**  The latch on the gate into the swimming pool enclosure is set at a height of 57 3/8" AFF.

B306. **2FSP – East Gate – Kick-plate Area.**  There is no 10" high smooth uninterrupted surface (kick plate) provided on the push side of the gate.

B307. **2FSP – Pool – Water Entry Lift – Not Supplied.**  There is no pool lift installed or available. There is no mounting sleeve or other infrastructure provided on the pool deck, to accept a compliant swimming pool lift.

B308. **2FSP – Tables – Tables – Height and Knee Space.**  The 48" diameter tables are 27-1/4" high and the knee space provided underneath the tables is set at a height of 25-3/4" AFF.  The knee space provided underneath these tables projects underneath the table a distance of 7" back from the front face of the fixture

B309. **2FSP – Accessible Route Around Pool - Slopes.**  The following are examples of the non-compliant slopes and cross-slopes found around

**Exhibit 2**
— 84 —

the pool:

- On the south side of the pool, just beyond the 6 ft. depth mark, there is a drain and the cross slope in this area varies between 5.8% and 7.7%.

- On the north side of the pool there is a collection of water. The cross slope of the path of travel along the north edge of the pool varies between 6.7% on the south side of the walk and 9.3% on the north side of the walk.

B310. **2FSP – Safety Equipment – Reach Range.**  There is a life ring located in the southwest corner of the pool space that is set at a height of 64 ½" above the finished floor.

B311. **2FSP – Jacuzzi – Accessible Route – No Vertical Means of Access.**  There is a Jacuzzi at the West end of the pool area that is located on a platform, which is served by 2 steps and no ramp, wheelchair lift or other accessible route has been provided to serve this amenity.

B312. **2FSP – Jacuzzi – Steps – Contrasting Stripes.  The stairs serving the Jacuzzi do not have any contrasting stripes on the nosing of the treads.**

B313. **2FSP – Jacuzzi – Steps – Handrails Missing.**  There are no hand railings on either side of the stairs between the Jacuzzi platform and the swimming pool deck.

B314. **2FSP – Jacuzzi – Steps – Riser Nosing.**  The risers have a 90 degree projection on the underside of the nosing of the treads, instead of the 60-degree maximum slope permitted.

**M.   GUESTROOMS**

B315. **Number and Range of Accommodation.**  If the hotel corrects the

**Exhibit 2**
**— 85 —**

deficiencies within its inventory of currently designated guestrooms, as outlined hereinbelow, this hotel will meet the code requirements for both the number and range of accommodation.  (2010-CBC Table 11B-3 and ADAAG 9.1.2 (number); and 2010-CBC §1111B.4.1 and ADAAG 9.1.4(1) (range).)

**Designated Accessible Guestroom 834 -King.**  This room was presented as a typical designated King Accessible Room with an accessible tub.

B316. **Designated Accessible King (DAK) 834 – Main Entry – Peephole – Height.**  The upper peephole is set at 59-7/8", the lower peephole is set at 44-¼".

B317. **DAK 834 – Main Entry – Card Slot – Height.**  The card slot for the locking mechanism on this door is set at 44-¼" AFF.

B318. **DAK 834 – Main Entry – Card Slot – GPT Operation.**  The locking mechanism for this door is a card swipe system that requires grasping pinching and twisting of the wrist to operate, actions which are prohibited by code.

B319. **DAK 834 – Main Entry – Operational Force.**  The force required to open this door is approximately 14 lbs. of pressure.

B320. **DAK 834 – Main Entry – Card Slot – Sweep Time.**  The door has a 2 second sweep period from a 70 degree open position to within 3" of the latch.

B321. **DAK 834 – Main Entry – Strike Edge Clearance.**  The strike edge clearance provided for this door is 9-¾".

B322. **DAK 834 – Main Entry – Security Latch – Height.**  The security latch on the interior side of the door is set at a height of 59 ½" AFF.

B323. **DAK 834 – Bedroom – Connecting Door to Adjacent Suite – Pull**

**Exhibit 2**
**— 86 —**

**Side – Landing.** The door landing on the swing side is 46 inches, between the face of the closed door and the face of the closet.

B324. **DAK 834 – Bedroom – Connecting Door to Adjacent Suite – Pull Side – Strike Side Clearance.** The strike edge clearance provided on the swing side of the door to the adjacent suite is 7".

B325. **DAK 834 – Bedroom – Connecting Door to Adjacent Suite – Deadbolt – GPT Operation.** The dead bolt lock on the door to the adjacent suite requires grasping pinching and twisting of the wrist to operate.

B326. **DAK 834 – Bedroom – Connecting Door to Adjacent Suite – Deadbolt – Mounting Height.** The dead bolt lock on the door to the adjacent suite is set at a height of 45" AFF. on center.

B327. **DAK 834 – Bedroom – Closet – Entry – Door Landing.** The door landing on the swing side of the bedroom door is 46 inches between the face of the closed door and the face of the closet door, which is the door landing for the closet door and the door landing to the adjacent suite.

B328. **DAK 834 – Bedroom – Closet – Entry – Double Leaf & Clear Opening.** There are two 13" doors on this closet that provide a clear opening of 25-½" and the depth of the closet is 24-½", which means that full entry into the closet is required and a 32 inch clear door opening is specified by the code.

B329. **DAK 834 – Bedroom – Closet – Clothes Rod – Height.** The height of the clothes rod is 49" above the finished floor and the distance back from the front face of the closet to the clothes rod is 14-½", which means that the clothes rod is too high for a closet that does not have a 32 inch clear door opening and the reach back from the front face of the closet is too far.

**Exhibit 2**
— 87 —

B330. **DAK 834 – Bedroom – Closet – Shelf – Height.** The height of the shelf above the clothes rod is 51-¼" AFF.  The height of the upper shelf is 57-¼" AFF and there is a hair dryer and spare toilet paper roll on the shelf.

B331. **DAK 834 – Bedroom – Closet – Iron Set – Mounting Height.** The iron is set at a height of 69-½" above the finished floor.  The bracket holding the iron board is set at 61" above the floor.

B332. **DAK 834 – Bedroom – Closet – Luggage Stand – Reach.** The luggage stand is set at a distance of approximately 21" back from the front face of the closet.

B333. **DAK 834 – Bedroom – Thermostat – Controls – Height.**  The highest operational control for this front approach device is set at a height of 52-¾" AFF.

B334. **DAK 834 – Bedroom – Thermostat – Controls – Clear Floor Space.**  The distance from the edge of the chair to the corner underneath the thermostat is approximately 28", so the device is not adjacent to a compliant clear floor space.

B335. **DAK 834 – Bedroom – Light Switch – Height.**  The light switch adjacent to thermostat-is set at a height 47-½" above the finished floor.

B336. **DAK 834 – Bedroom – Light Switch – Clear Floor Space.**  The distance from the edge of the chair to the corner underneath the light switch is approximately 28", so the device is not adjacent to a compliant clear floor space.

B337. **DAK 834 – Bedroom – Corner Floor Lamp – Accessible Route.**  The distance between the chair and the bedside table is 25-¼", which means that is not connected to an accessible route.

B338. **DAK 834 – Bedroom – Corner Floor Lamp – GPT Operation.**

**Exhibit 2**
**— 88 —**

The corner lamp has a twist "on/off" control requiring grasping, pinching and twisting of the wrist to operate.

B339. **DAK 834 – Bedroom – Bed – Seated Transfer Height.**  The height of the top of the bed is approximately 25-½" above the finished floor.

B340. **DAK 834 – Bedroom – Bed – Space Beneath for Portable Lift.**  The clear floor space provided underneath the bed is set at a height of 6-¼" AFF.

B341. **DAK 834 – Bedroom – Accessible Route through Room.**
- The distance between the face of the cabinet and the foot of the bed is 28".
- The distance between the end of the bed and the open cabinet doors is 25", which obstructs the path of travel to everything on the balcony side of the room.
- The distance between the leg of the desk and the foot of the bed is 28-¼".
- The distance between the desk chair and the bed is 25".
- The path of travel to the wall heater is 28" wide between the foot of the bed and the television cabinet.

B342. **DAK 834 – Bedroom – Safe – Reach Range.**  The lowest operable control on the front of the safe is set at approximately 9-½" above the finished floor and the height of the highest operable control is 11-¼" AFF.

B343. **DAK 834 – Bedroom – Television Cabinet – Height of Amenities on Top.**  The top of the cabinet is set at a height of 60" AFF, where there are a variety of items, ice bucket, glasses, et cetera.

B344. **DAK 834 – Bedroom – Desk – Kneespace.**  The height of the knee space provided underneath the desk is 25-7/8" AFF.

**Exhibit 2**
— 89 —

B345. **DAK 834 – Bedroom – Desk – Amenities – Reach Back Across an Obstruction.** The reach back across the obstruction of the desk to the bottled water is approximately 27", 24-3/4" to the lamp switch, 26"to the coffee machine on center and the maximum reach back across the obstruction of the desk is 31-¼". (24 inch maximum reach back across an obstruction is permitted).

B346. **DAK 834 – Bedroom – Desk – Amenities – Reach Back Across an Obstruction.** The interior balcony door landing is 47" between the face of the glass door and the side of the bed.

B347. **DAK 834 – Balcony – Door Landing.** The exterior balcony door landing is 40-1/2" between the face of the glass door and the furniture on the balcony.

B348. **DAK 834 – Balcony – Threshold.** The threshold on the interior side of the balcony door room is a vertical rise of approximately 1-¼" AFF. and on the exterior side of the door the vertical rise of the threshold is approximately 1-7/8".

B349. **DAK 834 – Bathroom – Entry – Strike Edge Clearance.** The strike edge clearance on the swing side of the bathroom door is 3-5/8".

B350. **DAK 834 – Bathroom – Entry – Landing.** The door landing on the exterior side of the restroom is 47-1/2" between the face of the closed door and the face of the column.

B351. **DAK 834 – Bathroom – Turning Space.** The distance between the face of the closed door and the face of the sink on the interior of the restroom is 52", which means that it is not possible to inscribe a compliant 60" diameter turn around circle or a T-shaped turn around space within the room.

B352. **DAK 834 – Bathroom – Sink – Knee Space.** The knee space

**Exhibit 2**
**— 90 —**

provided underneath this sink fixture at the front face is 27-7/8".

B353. **DAK 834 – Bathroom – Sink – Insulation.** The pipes and the drain pipe underneath the sink fixture are not wrapped with insulation.

B354. **DAK 834 – Bathroom – Sink – P-Trap.** The P trap underneath the fixture projects off the rear wall a distance of 8-½".

B355. **DAK 834 – Bathroom – Sink – Mirror - Height.** The height of the bottom of the reflective surface of the mirror is 52" AFF.

B356. **DAK 834 – Bathroom – Toilet – Side Transfer.** The distance between the end of the sink counter and the outer edge of the toilet is 15-1/4", instead of the 28 inch minimum specified.

B357. **DAK 834 – Bathroom – Toilet – Centerline.** The toilet is set approximately 17-5/8" on center from the adjacent wall.

B358. **DAK 834 – Bathroom – Toilet – Front Transfer.** The clear floor space provided in front of the toilet is 43-3/4" between the front face of the fixture and the opposing wall, instead of the 48 inch minimum specified.

B359. **DAK 834 – Bathroom – Toilet – Seat Height.** The toilet seat is set at a height of approximately 15-½" AFF.

B360. **DAK 834 – Bathroom – Toilet – Grab Bars – Side – Mounting Height.** The mounting height of the side grab bar is 32-½" AFF. on center.

B361. **DAK 834 – Bathroom – Height Lamp – Control – GPT Operation.** The operable mechanism for the heat lamp unit requires grasping, pinching, twisting of the wrist.

B362. **DAK 834 – Bathroom – Tub - Size.** The tub has a width of 28-½" and a length of 57-1/4".

B363. **DAK 834 – Bathroom – Tub – Grab Bar – Opposite Control Wall – Mounting Height.** The grab bar on the wall opposite the

Exhibit 2
— 91 —

control wall is set at a height of 45" AFF.

B364. **DAK 834 – Bathroom – Tub – Grab Bar – Back Wall – Mounting.** The distance from the rim of the tub to the center line of the bottom grab bar is approximately 13-½".

B365. **DAK 834 – Bathroom – Tub – Grab Bar – Back Wall – Mounting.** The distance between the control wall and the end of these two grab bars is approximately 5-¼" and the distance between the end of these two grab bars and the head of the tub is 29-1/4".

B366. **DAK 834 – Bathroom – Tub – Diverter Valve – GPT Operation.** The diverter valve requires grasping, pinching to activate.

B367. **DAK 834 – Bathroom – Tub – Diverter Valve – Mounting Height and Reach.** The diverter valve is set 16" back from the front face of the tub.

B368. **DAK 834 – Bathroom – Tub – Mixing Valve – Mounting Height and Reach Back.** The mixing valve is set 16" back from the front face of the tub.

B369. **DAK 834 – Bathroom – Tub – Shower Wand Bracket – Operational Force.** The bracket for the shower wand is spring loaded and requires a force of approximately 15 lbs. of pressure to move it down and 8lbs. of pressure to move it up.

B370. **DAK 834 – Bathroom – Tub – Soap Dish – Mounting Height.** The soap dish is set at a height of 49-1/2" AFF.

B371. **DAK 834 – Bathroom – Tub – Glass Shelf – Mounting Height.** The glass shelf on the wall at the head of the tub is set at a height of 48-¾" AFF.

B372. **DAK 834 – Bathroom – Tub – Fold Down Bench – Mounting Height.** The fold down shower bench is set a deployed height of 15-1/2" AFF.

**Exhibit 2**
— 92 —

B373. **DAK 834 – Bathroom – Tub – Fold Down Bench – Release – Reach Range.**  The built in shower bench swings up on hinges set at the back edge of the tub and is held there by a hook, which means that the release for the shower bench is set back approximately 26" from the front face of the tub set at a height of 46-3/4" AFF.

B374. **DAK 834 – Bathroom – Tub – Bench to Soap Dish – Reach.**  The distance between the face of the bench and the soap, shampoo and the other amenities that are in the soap dish is approximately 36".

B375. **DAK 834 – Bathroom – Tub – Bench to Diverter Valve – Reach.**  The distance between the face of the bench and the diverter valve and the mixing valve is approximately 35-3/4".

**Designated Accessible Jr. Suite  932.**  This room was presented as a typical designated accessible junior suite.

B376. **Designated Accessible Jr. Suite (DA-JST.) 932 – Main Entry – ADAAG Signage – Mounting Height.**  The ADA signage is set at a height of 59-5/8" AFF.

B377. **DA-JST. 932 – Main Entry – Operational Force.**  The force required to open the door is 13lbs. of pressure.

B378. **DA-JST. 932 – Main Entry – Peephole – Mounting Height.**  The upper peephole is set at a height of 59-¾" AFF and the lower peephole is set at a height of 44-5/8" AFF.

B379. **DA-JST. 932 – Main Entry – Card Reader – Mounting Height.**  The card reader on the door is set at a height of 44-¼" AFF on center.

B380. **DA-JST. 932 – Main Entry – Security Latch – Mounting Height.**  The security latch is set at a height of 47-7/8" above the finished floor.

**Exhibit 2**
— 93 —

B381. **DA-JST. 932 – Main Entry – Strike Edge Clearance.**  The strike edge clearance provided on this door is 3-5/8" between the end of the desk and the strike edge of the door.

B382. **DA-JST. 932 – Bedroom – Desk – Kneespace – Height.**  The knee space provided underneath the desk has a height of 26-7/8".

B383. **DA-JST. 932 – Bedroom – Desk – Kneespace – Width.**  The width of the clear floor space in front of the desk is 27-1/4" between the face of the couch and the interior face of the leg of the desk.

B384. **DA-JST. 932 – Bedroom – Thermostat – Clear Floor Space.**  The thermostat is mounted on the wall behind the desk, which means that it is not located adjacent to a clear floor space.

B385. **DA-JST. 932 – Bedroom – Thermostat – Height.**  The thermostat is mounted at a height of 59" AFF.

B386. **DA-JST. 932 – Bedroom – 2nd Thermostat – Clear Floor Space.**  There is a second thermostat in the room that is mounted on the wall behind the bedside table on the window side of the room, which is not adjacent to a clear floor space.

B387. **DA-JST. 932 – Bedroom – 2nd Thermostat – Control Mounting Height.**  The highest operable control of the front approach thermostat mounted on the wall behind the bedside table is set at a height of 53" AFF..

B388. **DA-JST. 932 – Living Room Balcony – Entry – Locking Mechanism – GPT Operation.**  The locking mechanism on the sliding glass door to the balcony door requires grasping, pinching, twisting of the wrist to unlock the door.

B389. **DA-JST. 932 – Living Room Balcony – Entry – Locking Mechanism – Mounting Height.**  The lock for the balcony door is mounted at a height of 55-¼" AFF to the down position and 59-¼"

**Exhibit 2**
**— 94 —**

AFF to the up position of this lock.

B390. **DA-JST. 932 – Living Room Balcony – Entry – Interior Landing.**   The balcony door landing on the interior side is approximately 25" between the face of the closed door and the end of the coffee table.

B391. **DA-JST. 932 – Living Room Balcony – Entry – Exterior Landing.**   The balcony door landing on the exterior side is approximately 39-1/2" between the face of the closed door and the table.

B392. **DA-JST. 932 – Living Room Balcony – Entry – Threshold.**   The threshold is 2-1/8" high on the exterior side and 1-1/8" high on the interior side of the door.

B393. **DA-JST. 932 – Living Room Balcony – Table – Kneespace.**   The knee space provided underneath the table on the balcony projects 9-7/8" back from the front face of the fixture.   The width of the clear floor space projecting underneath the table is 18-7/8".

B394. **DA-JST. 932 – Bedroom Balcony – Entry – Interior Landing.**   The clear floor landing at the bedroom balcony door is obstructed by the bed.

B395. **DA-JST. 932 – Bedroom Balcony – Entry – Exterior Landing.**   The door landing on the exterior side of the door is approximately 37" between the face of the closed door and the lounge chair.

B396. **DA-JST. 932 – Bedroom Balcony – Entry – Operational Force.**   The bedroom balcony door requires push pressure of 6 lbs. to open and 5 lbs. to close.

B397. **DA-JST. 932 – Bedroom Balcony – Entry – Threshold Height.**   The height of the threshold on the bedroom balcony door is 1" on the interior and on the exterior it is 2-¼" AFF.

**Exhibit 2**
— 95 —

B398. **DA-JST. 932 – Bedroom Balcony – Entry – Drapes & Shears – Controls – GPT Operation.** The wand for the shears and drapes in the bedroom require grasping, pinching and twisting of the wrist to operate.

B399. **DA-JST. 932 – Bedroom Balcony – Entry – Drapes & Shears – Controls – Mounting Height.** The wands for the sheers in the bedroom are set at a height of 56" AFF and the wands for the drapes are set at a height of 57-¾" AFF.

B400. **DA-JST. 932 – Bedroom – Refrigerator – Reach Range.** The bottom shelf of the refrigerator underneath the TV is set at a height of 1-1/2" AFF and the top shelf is set at a height of 13-7/8" AFF.

B401. **DA-JST. 932 – Bedroom – Bed – Seat Transfer Height.** The bed is set at a height of approximately 25" AFF.

B402. **DA-JST. 932 – Bedroom – Lamps – GPT Operation.** The lamps in this bedroom have twist type switches that require grasping, pinching and twisting of the wrist, which is typical.

B403. **DA-JST. 932 – Bedroom – Chest of Drawer Cabinet – Amenities – Reach Range.** The top surface of the cabinet in the bedroom is set at a height of 35" above the finished surface and there are water bottles, an ice bucket, oranges that are set between approximately 18" and 28" back from the front face of the cabinet.

B404. **DA-JST. 932 – Bedroom – Chest of Drawer Cabinet – Drawers – Clear Floor Space.** The bedside table is set 17-1/8" in front of the chest of drawers, which means that the drawers are not adjacent to a clear floor space.

B405. **DA-JST. 932 – Bedroom – Bedside Table – Safe – Reach Range.** The front approach safe underneath the bedside table on the bathroom side of the room has the operational controls set at a height

**Exhibit 2**
**— 96 —**

of 9-½" to the bottom controls and 11-½" to the top controls. (Note: This fixture has been stipulated as typical throughout the building.)

B406. **DA-JST. 932 – Bedroom – Closet – Double Leaf and Clear Opening.** The double doors on the closet are typical throughout the rooms inspected. Each leaf has a width of 22-3/8". The depth of the closet is 25", which means that the doors to the closet are required to be 32 inches clear, minimum.

B407. **DA-JST. 932 – Bedroom – Closet – Double Leaf and Clear Opening.** The height of the front approach clothes rod is 48-1/4" AFF. on center.

B408. **DA-JST. 932 – Bedroom – Closet – Front Lower Shelf – Height.** The height of the front approach lower shelf is set at a height of 50-1/2" AFF.

B409. **DA-JST. 932 – Bedroom – Closet – Front Top Shelf with Store Amenities – Height.** The height of the front approach top shelf where appliances such as the hair dryer and supplies such as toilet paper are all stored is at a height of 56-1/2" AFF.

B410. **DA-JST. 932 – Bedroom – Closet – Iron Set – Height.** The height of the front approach iron is set at approximately 64-1/2" AFF. The height of the bracket for the front approach ironing board is set at 55-3/4" AFF

B411. **DA-JST. 932 – Bathroom – Heat Lamp – GPT Operation.** The control for the heat lamp require grasping, pinching and twisting of the wrist.

B412. **DA-JST. 932 – Bathroom – Toilet – Centerline Dimension.** The toilet is set 18-1/2" on center from the adjacent wall.

B413. **DA-JST. 932 – Bathroom – Toilet – Side Transfer Space.** The clear floor space beside the toilet is 26" from the side of the toilet to

**Exhibit 2**
— 97 —

the end of the sink counter.

B414. **DA-JST. 932 – Bathroom – Toilet – Seat Height.**  The toilet seat is set at a height of 16-3/8" AFF.

B415. **DA-JST. 932 – Bathroom – Toilet – Toilet Paper Dispenser.**  The leading edge of the toilet paper dispenser is set at a distance of 39" from the wall behind the toilet.

B416. **DA-JST. 932 – Bathroom – Toilet – Side Grab Bar – Mounting Height.**  The side grab bar is set at a height of 32-1/2" AFF on center.

B417. **DA-JST. 932 – Bathroom – Toilet – Side Grab Bar – Projection.**  The distance from the wall behind the toilet to the leading edge of the side grab bar is 53".

B418. **DA-JST. 932 – Bathroom – Toilet – Side Grab Bar – Projection.**  The side grab bar is set at a height of 32-3/4" AFF.

B419. **DA-JST. 932 – Bathroom – Toilet – Side Grab Bar – Knuckle Space.**  The knuckle space between the face of the wall and the interior face of the grab bar is 1-5/8".

B420. **DA-JST. 932 – Bathroom – Magnifying Mirror - Height.**  The bottom edge of the reflective surface of the magnifying mirror is set at a height of 52" AFF and the top is set at 61" AFF.

B421. **DA-JST. 932 – Bathroom – Magnifying Mirror – Clear Floor Space.**  This fixture is located in the 26" wide space between the side of the toilet and the end of the sink counter, which means that it is not mounted adjacent to a clear floor space.

B422. **DA-JST. 932 – Bathroom – Sink – Knee Space.**  The knee space provided underneath the sink at the front face is set at a height of 27-1/4" AFF.

B423. **DA-JST. 932 – Bathroom – Sink – P-Trap.**  The P trap is set off

**Exhibit 2**
**— 98 —**

the wall a distance of 9-3/4 inches.

B424. **DA-JST. 932 – Bathroom – Sink – Insulation.** The P trap underneath the sink is partially wrapped and the hot water feed is not wrapped at all.

B425. **DA-JST. 932 – Bathroom – Sink – Mirror – Height.** The reflective surface for the mirror is set at a height of 47" AFF.

B426. **DA-JST. 932 – Bathroom – Roll-In Shower – Dimensions.** The roll in shower is 59-1/2" long and 29-3/4" wide.

B427. **DA-JST. 932 – Bathroom – Roll-In Shower – Bench to Soap Dish – Reach Range.** The distance between the front face of the bench and the soap dish in the corner opposite the bench ranges between 26-1/2" and 36-1/2".

B428. **DA-JST. 932 – Bathroom – Roll-In Shower – Soap Dish – Mounting Height.** The soap dish in the corner opposite the bench is set at a height of 45-5/8" AFF.

B429. **DA-JST. 932 – Bathroom – Roll-In Shower – Shower Head Bar – Adjustment Bracket – Height.** There is an adjustment bar for the shower head bracket set with the bottom edge at 52-3/8 inches and a top height of 74-1/4 inches.

B430. **DA-JST. 932 – Bathroom – Roll-In Shower – Shower Head Bar – Adjustment Bracket – Operational Force.** The force required to lower the shower head bracket down is approximately 11 pounds and to push it up the force required is approximately 13 pounds.

B431. **DA-JST. 932 – Bathroom – Roll-In Shower – Shower Head Bar – Adjustment Bracket – Height.** The fold down L-shaped bench has a slope of 14.5 percent on it, which means that the height of the bench varies between 16-1/8" and 18" AFF.

B432. **DA-JST. 932 – Bathroom – Roll-In Shower – Drain – Slopes.**

Exhibit 2
— 99 —

There is a slope around the shower drain that varies between 9.5% on the north side, 3.3% on the south side, 8.3% on the east side and 3.5% on the west side.

B433. **DA-JST. 932 – Bathroom – Roll-In Shower – Threshold – Slopes.** There is a threshold at the entrance to the shower that has slopes that vary between 7.1% on the interior side and 13.4% on the exterior side.

**Designated Accessible Guestroom 734 – King/Tub.** This room was presented as an accessible king.

B434. **Designated Accessible King/Tub (DA-K/T) No.  734 – Main Entry – ADAAG Signage – Mounting Height.**  The ADA sign on the strike edge of the door is set at a height of 59-5/8" AFF.

B435. **DA-K/T 734 – Main Entry – Peephole – Mounting Height.**  The lower peephole is set at a height of 44-3/8" AFF and the upper peephole is set at a height of 59-7/8" AFF.

B436. **DA-K/T 734 – Main Entry – Security Latch – Mounting Height.** The security latch is set at a height of 46-1/2" AFF.

B437. **DA-K/T 734 – Main Entry – Operational Force.**   The push pressure required to open the door is approximately 11 lbs.

B438. **DA-K/T 734 – Main Entry – Pull Side Strike Edge Clearance.** The strike edge clearance provided for this door is 9-7/8".

B439. **DA-K/T 734 – Bedroom – Door to Adjacent Suite – Deadbolt – GPT Operation.**  The dead bolt lock requires grasping, pinching, twisting of the wrist.

B440. **DA-K/T 734 – Bedroom – Door to Adjacent Suite – Deadbolt – Mounting Height.**  The dead bolt lock is set at a height of 44-3/4" above the finished floor.

**Exhibit 2**
**— 100 —**

B441. **DA-K/T 734 – Bedroom – Door to Adjacent Suite – Pull-Side Strike Edge Clearance.**  The strike edge clearance for the door to thee adjacent suite is 6-7/8" AFF.

B442. **DA-K/T 734 – Bedroom – Door to Adjacent Suite – Pull-Side Landing.**  The clear landing provided on the pull side of the door to the adjacent suite is 45-1/2" between the face of the closed door and the face of the closet.

B443. **DA-K/T 734 – Bedroom – Deadbolt – Mounting Height.**  The clear landing provided on the pull side of the closet door and the door to the adjacent suite is 45-1/2", between the face of these two closed doors.

B444. **DA-K/T 734 – Bedroom – Closet – Doors – Double Leaf and Clear Opening.**  The clear opening for the double-leaf closet doors is a total of 26-1/4" and the depth of the closet is 24-1/2".  (NOTE: This was stipulated as a typical condition during the formal site inspection, see analysis is this door above.)

B445. **DA-K/T 734 – Bedroom – Closet– Clothes Bar – Height.**  The height of the clothes bar is 52-3/4" AFF. on center.

B446. **DA-K/T 734 – Bedroom – Closet – Lower Shelf – Height.**  The height of the front approach lower shelf above the clothes bar is 53-1/4" and the height of the top shelf is 59-1/4" AFF.

B447. **DA-K/T 734 – Bedroom – Closet - Iron Set.**  The height of the front approach iron is 70" AFF on-center and the height of the bracket for the ironing board is 61-3/4" AFF.

B448. **DA-K/T 734 – Bedroom – Thermostat – Clear Floor Space.**  The width of the clear floor space in front of the thermostat is 27", between the corner and the chair, which means that the thermostat is not located adjacent to a complying clear floor space

**Exhibit 2**
**— 101 —**

B449. **DA-K/T 734 – Bedroom – Thermostat – Control – Height.** The operable mechanism for the thermostat is in this area and set at a height of 55-7/8" AFF.

B450. **DA-K/T 734 – Bedroom – Light Switch – Clear Floor Space.** The width of the clear floor space in front of the light switch is 27", between the corner and the chair, which means that the light switch is not located adjacent to a complying clear floor space

B451. **DA-K/T 734 – Bedroom – Beds – Space Beside.** The distance between the bed and the chair is approximately 28-1/2" on the bathroom side of the bed.

B452. **DA-K/T 734 – Bedroom – Bed – Seat Transfer Height.** The height of the bed is 25-1/2" AFF.

B453. **DA-K/T 734 – Bedroom – Accessible Routes within Room.**
- The path of travel to the corner lamp, the bedside lamp, the safe and the telephone on the bedside table located on the bathroom side of the bed is 28-1/2" wide between the bed and the chair;
- the distance between the end of the bed and TV cabinet is approximately 29", or 26-1/4" when the doors are open;
- the path of travel between the face of the drawers and the foot of the bed is 32 inches; and
- the distance between the end of the bed and the face of the desk is 27-3/4".

B454. **DA-K/T 734 – Bedroom – Corner Lamp – GPT Operation.** The corner lamp switch requires grasping, pinching, twisting of the wrist.

B455. **DA-K/T 734 – Bedroom – Bedside Table – Safe – Reach Range.** The front approach safe underneath the bedside table on the bathroom side of the room has the operational controls that are set at a height of 9-½" to the bottom controls and 11-½" to the top

**Exhibit 2**
**— 102 —**

controls. (Note: This fixture has been stipulated as typical throughout the building.)

B456. **DA-K/T 734 – Bedroom – Television Cabinet – Reach to Amenities.** The top of the TV cabinet is set at a height of 60" above the finished surface. (Note: This is a stipulated standard piece of furnishing).

B457. **DA-K/T 734 – Bedroom – Desk - Kneespace.** The height of the knee space under the desk is 25-7/8" AFF.

B458. **DA-K/T 734 – Bedroom – Desk – Amenities at Back – Reach Range.** The distance between the ice bucket on center and the face of the desk is approximately 27". The coffee maker is set approximately 26-1/2" back from the front face of the desk, which are both beyond the 24 inch maximum reach specified by the code.

B459. **DA-K/T 734 – Bedroom – Balcony – Entry – Exterior Landing.** The exterior landing for the balcony door is 39-1/2" between the chair and the face of the closed door.

B460. **DA-K/T 734 – Bedroom – Balcony – Entry – Threshold.** The interior threshold for the balcony door is 1 3/8" and the exterior threshold is 2".

B461. **DA-K/T 734 – Bedroom – Balcony – Turning Space.** The distance between the 2 balcony chairs is 38", the distance between the chair and the wall on the wide side is 27-3/8", the distance between the chaise lounge and the structural member is 22", which means that it is not possible to inscribe a 60" diameter turning circle on the balcony.

B462. **DA-K/T 734 – Bathroom – Entry – Door Landing.** The landing on the swing side of the bathroom door is 50-1/8" between the face of the closed door and the sink counter.

**Exhibit 2**
**— 103 —**

B463. **DA-K/T 734 – Bathroom – Robe Hook – Height.** The clothes hook on the interior face of the door is set at a height of 54-1/8" above the finished floor.

B464. **DA-K/T 734 – Bathroom – Entry – Overlap of Door Swing and Sink Landing.** The distance from the edge of the door swing to the face of the sink is 15 ¾ inches, so the door swing overlaps the 48" clear floor space in front of the sink.

B465. **DA-K/T 734 – Bathroom – Turning Space.** The distance between the face of the closed door and the face of the sink is 50-1/8", which means that it is not possible to inscribe a 60" diameter turning circle or a T-shaped turn around space inside the bathroom.

B466. **DA-K/T 734 – Bathroom – Sink – Height.** The height of the sink is 32 ¾ inches AFF.

B467. **DA-K/T 734 – Bathroom – Sink – Knee Space.** The knee space at the front face of the sink is 27-¼" AFF.

B468. **DA-K/T 734 – Bathroom – Sink – P-Trap Projection.** The P trap projects off the wall a distance of 10".

B469. **DA-K/T 734 – Bathroom – Sink – Insulation.** The top three inches of the drain-pipe and the hot water feed are not insulated at all.

B470. **DA-K/T 734 – Bathroom – Sink – Mirror – Mounting Height.** The bottom edge of the reflective surface of the mirror is set at a height of 42" AFF.

B471. **DA-K/T 734 – Bathroom – Toilet – Side Transfer Space.** The distance between the end of the sink counter and the edge of the toilet is 12-3/4".

B472. **DA-K/T 734 – Bathroom – Toilet – On-Center Dimension.** The toilet is set 19-3/4" on center from the adjacent wall.

B473. **DA-K/T 734 – Bathroom – Toilet – Seat Height.** The toilet seat

**Exhibit 2**
— 104 —

height is set at 16-1/4" above the floor.

B474. **DA-K/T 734 – Bathroom – Toilet – Front Transfer Space.** The distance between the front of the toilet and the opposing wall is 44 inches, which is reduced by the towel rack that is set at a height of 54-3/8" AFF and projects off of the wall 5-3/4".

B475. **DA-K/T 734 – Bathroom – Toilet – Rear Grab Bar – Knuckle Space.** The knuckle space for the back grab bar is ½".

B476. **DA-K/T 734 – Bathroom – Tub – Landing.** The sink projects off the wall 22" into the clear floor space required beside the tub, which exceeds the 17" maximum permitted by the code.

B477. **DA-K/T 734 – Bathroom – Tub – Dimensions.** The tub/shower is 58-1/8" long by 28-1/2" wide.

B478. **DA-K/T 734 – Bathroom – Tub – Grab Bars – Head – Mounting Position.** The end of the grab bar at the head of the tub is set at a distance of approximately 10" from the face of the tub enclosure.

B479. **DA-K/T 734 – Bathroom – Tub – Mounting Height.** The grab bar at the head of the tub is mounted at a height of 42" AFF.

B480. **DA-K/T 734 – Bathroom – Tub – Grab Bar at Head – Obstruction.** There is a glass shelf above the grab bar at the head of the tub that is set at a height of 48-3/4" AFF.

B481. **DA-K/T 734 – Bathroom – Tub – Grab Bar at Head – Obstruction.** There are two 24" grab bars on the back wall that are set with their leading edge a distance of 28-7/8" from the foot of the tub.

B482. **DA-K/T 734 – Bathroom – Tub – Grab Bar on Back Wall – Mounting Height.** The lower bar on the back wall of the tub is set at a height of 13-5/8" above the rim of the tub.

B483. **DA-K/T 734 – Bathroom – Tub – Soap Dish – Mounting Height.**

**Exhibit 2**
— 105 —

The soap dish is set at a height of 46-1/4" AFF.

B484. **DA-K/T 734 – Bathroom – Tub – Soap Dish – Mounting Height.** The soap dish is set with the closest end 25-5/8" and the furthest end 38" from the head of the tub.

B485. **DA-K/T 734 – Bathroom – Tub – Shower Wand – Absence.** There is no shower wand or adjustment bar for this shower.

B486. **DA-K/T 734 – Bathroom – Tub – Diverter Valve – GPT Operation.** The diverter valve requires grasping, pinching, twisting of the wrist.

B487. **DA-K/T 734 – Bathroom – Tub – Diverter Valve – Reach.** The diverter valve and the mixing valve are set 16-¾" from the front face of the tub.

B488. **DA-K/T 734 – Bathroom – Tub – Shower Bench – Reach to Release Hook.** The fold down shower bench swings up and is held in place by a hook on the back wall and the height of the release hook is set at a height of approximately 43-1/2" AFF.

B489. **DA-K/T 734 – Bathroom – Tub – Shower Bench – Seated Transfer Height.** In the folded down position the shower bench is set at a height of 15-1/4" above the finished floor.

B490. **DA-K/T 734 – Bathroom – Tub – Distance Between Shower Bench to Controls – Reach.** The distance between the bench and the shower controls is 38-1/4".

**Designated Accessible Guestroom 636 – King/Tub.** This room was presented as a typical accessible king with a tub.

B491. **Designated Accessible Guestroom 636 – King/Tub (DA/KT) – Main Entry – ADAAG Signage – Mounting Height.** The ADA signage on the strike side of the door is set at a height of 59-1/2"

**Exhibit 2**
**— 106 —**

AFF.

B492. **DA-K/T 636 – Main Entry – Kick-plate Area.**  The smooth uninterrupted surface at the bottom of the door is set at a height of 4-3/8" AFF.

B493. **DA-K/T 636 – Main Entry – Peephole – Mounting Height.**  The height of the upper peephole is 59 ¾" AFF and the lower peephole is set at a height of 44 ¼"AFF.

B494. **DA-K/T 636 – Main Entry – Operational Force.**  The push pressure required to open the door is 13 pounds.

B495. **DA-K/T 636 – Main Entry – Pull-Side Strike Edge Clearance.**  The strike edge clearance provided on the swing side of the door is 9-3/4".

B496. **DA-K/T 636 – Main Entry – Security Latch – Mounting Height.**  The security latch is set at a height of 58-1/2" AFF.

B497. **DA-K/T 636 – Main Entry – Deadbolt – GPT Operation.**  The dead bolt lock on this door requires grasping, pinching and twisting of the wrist.

B498. **DA-K/T 636 – Bedroom – Closet – Various Deficiencies Stipulated as Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the closet was stipulated as typical within a minor variation. (See analysis of closets in previous rooms)

B499. **DA-K/T 636 – Bedroom – Beside Table – Safe – Reach Range – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the safe was stipulated as typical within a minor variation. (See analysis of the safe in previous rooms).

B500. **DA-K/T 636 – Bedroom – Thermostat – Control Height.** The

**Exhibit 2**
**— 107 —**

highest operable mechanism of the thermostat is 49-¼" AFF.

B501. **DA-K/T 636 – Bedroom – Thermostat – Clear Floor Space.** The distance between the bed and the bathroom wall is 33", which means that the thermostat is not located along an accessible route.

B502. **DA-K/T 636 – Bedroom – Accessible Route Within Room.** The distance between the foot of the bed and the TV chest is 29-¼".

B503. **DA-K/T 636 – Bedroom – Bed – Seat Transfer Height – Stipulated Typical – See Previous.** During the course of the formal site inspection the 25-1/2" height of the bed was stipulated as typical within a minor variation.  (See analysis of the bed in previous rooms.)

B504. **DA-K/T 636 – Bedroom – Desk – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the desk was stipulated as typical within a minor variation. (See analysis of the desk in previous rooms.)

B505. **DA-K/T 636 – Bedroom – TV Cabinet – Height of Amenities on Type – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the TV cabinet was stipulated as typical within a minor variation.  (See analysis of the TV cabinet in previous rooms.)

B506. **DA-K/T 636 – Balcony – Entry – Threshold – Height – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the balcony door thresholds within the main hotel building were stipulated as typical within a minor variation. (See analysis of the balcony door thresholds in previous rooms.)  **Special Note:** This stipulation does not apply to the Cabana Building.

B507. **DA-K/T 636 – Balcony – Entry – Sheers and Drapes – Stipulated**

**Exhibit 2**
**— 108 —**

**Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the batons for the drapes and sheers was stipulated as typical within a minor variation. (See analysis of the batons for the drapes and sheers in previous rooms.) The Baton for the Sheer is set at 54-¾" AFF and the one for the drapes is set at 55" AFF.

B508. **DA-K/T 636 – Balcony – Entry – Interior Door Landing.**  The clear landing for the interior side of the balcony door is 33-1/4" between the face of the closed door and the table and 23-1/2" to the chair.

B509. **DA-K/T 636 – Bedroom – Lamps – GPT Operation – Stipulated as Typical – See Previous Analysis.**  During the course of the formal site inspection the type of GPT-operated switches found on the lamps within the rooms was stipulated as typical within a minor variation.  (See analysis of the lamps in previous rooms.)

B510. **DA-K/T 636 – Bathroom – Entry – Exterior Strike Edge Clearance.**  The strike edge clearance provided on the exterior side of the bathroom door is 3-3/4".

B511. **DA-K/T 636 – Bathroom – Entry – Exterior Door Landing.**  The clear landing on the outside of the door is 57-1/2".

B512. **DA-K/T 636 – Bathroom – Clothes Hook – Mounting Height.**  The height of the clothes hook on the back of the door is 54-1/8" AFF.

B513. **DA-K/T 636 – Bathroom – Turning Space.**  On the interior of the restroom the distance between the face of the sink and the face of the closed door is 52", which means that it is not possible to inscribe a 60" diameter turning circle or a T-shaped turnaround space within this restroom.

**Exhibit 2**
**— 109 —**

B514. **DA-K/T 636 – Bathroom – Tub – Various Conditions – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the tub within this bathroom was stipulated as typical within a minor variation.  (See analysis of the tubs in previous rooms.)

B515. **DA-K/T 636 – Toilet – Side Transfer Space.**  The distance between the end of the sink and the edge of the toilet is 14-1/2".

B516. **DA-K/T 636 – Bathroom – Toilet – On-Center Dimension.** The toilet is set 19" on center from the adjacent wall.

B517. **DA-K/T 636 – Bathroom – Toilet – Front Transfer Space.** The distance between the front of the toilet and the opposing wall is 43-¼".

B518. **DA-K/T 636 – Bathroom – Various Conditions – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the mirror, sink, toilet, grab bar and toilet paper dispenser configuration, towel bar in front of toilet and the switch to control the heater were stipulated as typical within a minor variation. (See analysis of the bathroom in previous rooms.)

**Designated Accessible Guestroom 536 – King/Tub.**  This room was presented as a typical accessible king with a tub.

B519. **Designated Accessible King/Tub (DA-K/T) 536 – Main Entry – ADAAG Signage – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection, the height of the ADA signage was stipulated as typical within a minor variation. (See analysis of the corridor doors in previous rooms.)

B520. **DA-K/T 536 – Main Entry – ADAAG Signage – Stipulated Typical – See Previous Analysis.** During the course of the formal

**Exhibit 2**
**─ 110 ─**

site inspection, the height of the security latch was stipulated as typical within a minor variation. (See analysis of the corridor doors in previous rooms.)

B521. **DA-K/T 536 – Main Entry – Threshold Height – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the height of the threshold stipulated as typical within a minor variation. (See analysis of the corridor doors in previous rooms)

B522. **DA-K/T 536 – Bedroom – Closet – Various Conditions – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the closet was stipulated as typical within a minor variation. (See analysis of closets in previous rooms.)

B523. **DA-K/T 536 – Bedroom – Thermostat – Control Height.** The highest operable mechanism of the thermostat is 55-7/8" AFF.

B524. **DA-K/T 536 – Bedroom – Thermostat – Clear Floor Space.** The thermostat is not mounted adjacent to a compliant clear floor space to access the thermostat.

B525. **DA-K/T 536 – Bedroom – Accessible Route within Room.**
   - The distance from the side of the bed to the bathroom wall is 25-½";
   - The distance from the TV Chest to the end of the bed is 29";
   - The distance from the wall to the face of the bedside table is 24"; and
   - The distance from the wall to the face of the desk is 30-¾".

B526. **DA-K/T 536 – Bedroom – Bedside Table – Safe – Reach Range – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the safe was stipulated

**Exhibit 2**
**─ 111 ─**

as typical within a minor variation.  (See analysis of the safe in previous rooms.)

B527. **DA-K/T 536 – Bedroom – Lamps – GPT Operation – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the type of switches found on the lamps within the rooms was stipulated as typical within a minor variation.  (See analysis of the lamps in previous rooms.)

B528. **DA-K/T 536 – Balcony – Threshold Height – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the balcony door thresholds within the main hotel building were stipulated as typical within a minor variation.  (See analysis of the balcony door thresholds in previous rooms)  **Special Note:** This stipulation does not apply to the Cabana Building.

B529. **DA-K/T 536 – Bedroom – Desk – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the desk was stipulated as typical within a minor variation.  (See analysis of the desk in previous rooms.)

B530. **DA-K/T 536 – Bedroom – Bed – Seat Transfer Height – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the 25-1/2" height of the bed was stipulated as typical within a minor variation. (See analysis of the bed in previous rooms).

B531. **DA-K/T 536 – Bedroom – TV Cabinet – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the TV cabinet was stipulated as typical within a minor variation. (See analysis of the TV cabinet in previous rooms)

**Exhibit 2**
**─ 112 ─**

B532. **DA-K/T 536 – Bedroom – Drape and Sheer Conditions – Various Conditions – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the batons for the drapes and sheers was stipulated as typical within a minor variation.  (See analysis of the batons for the drapes and sheers in previous rooms.)

B533. **DA-K/T 536 – Bathroom – Entry – Clear Opening.**  The clear floor door landing on the interior side of the bathroom door is 50-1/4" between the face of the closed door and the sink counter.

B534. **DA-K/T 536 – Bathroom – Entry – Overlap of Door Swing and Sink Landing.**  The distance from the edge of the open door to the face of the sink is 15-5/8", which means that the door swings into the clear floor space required in front of the sink.

B535. **DA-K/T 536 – Bathroom – Clothes Hook – Mounting Height.** The height of the clothes hook on the back of the door is 53-5/8" AFF.

B536. **DA-K/T 536 – Bathroom – Turning Space.**  On the interior of the restroom the distance between the face of the sink and the face of the closed door is 50-1/4", which means that it is not possible to inscribe a 60" diameter turning circle or T-shaped turnaround space within this restroom.

B537. **DA-K/T 536 – Bathroom – Tub – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the tub within this bathroom was stipulated as typical within a minor variation.  (See analysis of the tubs in previous rooms.)

B538. **DA-K/T 536 – Bathroom – Tub – Shower Wand – Not Provided.** There is no shower wand provided in this shower.

**Exhibit 2**
— 113 —

B539. **DA-K/T 536 – Bathroom – Sink – Insulation.**  The hot water pipe is not wrapped with insulation and the P-Trap is not wrapped all the way to the top.

B540. **DA-K/T 536 – Bathroom – Sink – Mirror.**  The mirror is set at a height of approximately 48-5/8" above the finished floor.

B541. **DA-K/T 536 – Bathroom – Toilet –Clear Floor Space Beside Toilet.**  The distance between the end of the sink and the edge of the toilet is 14-3/4".

B542. **DA-K/T 536 – Bathroom – Toilet – Centerline Dimension.**  The toilet is set 19" on center from the adjacent wall.

B543. **DA-K/T 536 – Bathroom – Toilet – Front Transfer Space.**  The distance between the front of the toilet and the opposing wall is 42-¼".

B544. **DA-K/T 536 – Bathroom – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the mirror, sink, toilet, grab bar and toilet paper dispenser configuration, towel bar in front of toilet and the switch to control the heater were stipulated as typical within a minor variation. (See analysis of the bathroom in previous rooms.)

**Designated Accessible King/Tub No. 438.**  This room was presented as a typical accessible king with a tub.

B545. **Designated Accessible King/Tub No. 438 (DA-K/T 438) – Main Entry – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the height of the ADA signage, the smooth uninterrupted surface at the bottom of the door, the threshold and the height of the security latch were stipulated as typical within a minor variation.  (See analysis of the

**Exhibit 2**
**─ 114 ─**

corridor doors in previous rooms.)

B546. **DA-K/T 438 – Main Entry – Operational Force.**   The force required to open the door is 13 lbs. of pressure.

B547. **DA-K/T 438 – Bedroom – Closet – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the closet was stipulated as typical within a minor variation.  (See analysis of closets in previous rooms.)

B548. **DA-K/T 438 – Bedroom – Accessible Route With Room.**  The distance between the bathroom wall and the bed is 31" and the distance from the end of the bed to the TV cabinet is 28-½".

B549. **DA-K/T 438 – Bedroom – Thermostat – Height of Controls.**  The highest operable mechanism of the thermostat is 54-7/8" AFF.

B550. **DA-K/T 438 – Bedroom – Thermostat – Clear Floor Space.**  The thermostat is not mounted adjacent to a compliant clear floor space to access the thermostat.

B551. **DA-K/T 438 – Bedroom – Desk – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the desk was stipulated as typical within a minor variation. (See analysis of the desk in previous rooms)

B552. **DA-K/T 438 – Bedroom – Lamps – GPT Operation – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the type of switches found on the lamps within the rooms was stipulated as typical within a minor variation.  (See analysis of the lamps in previous rooms.)

B553. **DA-K/T 438 – Bedroom – Bedside Table – Safe – Reach Range.** During the course of the formal site inspection the configuration of

Exhibit 2
— 115 —

the safe was stipulated as typical within a minor variation. (See analysis of the safe in previous rooms).

B554. **DA-K/T 438 – Balcony – Various Conditions – Stipulated Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the balcony door thresholds within the main hotel building were stipulated as typical within a minor variation. (See analysis of the balcony door thresholds in previous rooms) **Special Note:** This stipulation does not apply to the Cabana Building.

B555. **DA-K/T 438 – Balcony – Exterior Door Landing.** The clear floor landing on the exterior side of the door is 35" between the face of the closed door and the table on the balcony.

B556. **DA-K/T 438 – Balcony – Turning Space.** The distance between the chair and the table is 34-¾", which means that it is not possible to inscribe a 60" diameter turning circle or T-shaped turnaround space on the balcony.

B557. **DA-K/T 438 – Bedroom – Bed – Seated Transfer Height – Stipulated as Typical – See Previous Analysis.** During the course of the formal site inspection the 25-1/2" height of the bed was stipulated as typical within a minor variation. (See analysis of the bed in previous rooms.)

B558. **DA-K/T 438 – Bedroom – TV Cabinet and Amenities on Top – Stipulated as Typical – See Previous Analysis.** During the course of the formal site inspection the configuration of the TV cabinet was stipulated as typical within a minor variation. (See analysis of the TV cabinet in previous rooms.)

B559. **DA-K/T 438 – Bedroom – Drapes and Sheers – Stipulated as Typical – See Previous Analysis.** During the course of the formal

**Exhibit 2**
— 116 —

site inspection the configuration of the batons for the drapes and sheers was stipulated as typical within a minor variation.   (See analysis of the batons for the drapes and sheers in previous rooms.)

B560. **DA-K/T 438 – Bathroom – Entry – Pull-Side Door Landing.**  The clear floor door landing on the interior side of the bathroom door is 50-1/8" between the face of the closed door and the sink counter.

B561. **DA-K/T 438 – Bathroom – Overlap of Door Swing and Sink Landing.**  The distance from the edge of the open door to the face of the sink is 15-7/8", which means that the door swings into the clear floor space required in front of the sink.

B562. **DA-K/T 438 – Bathroom – Tub – Stipulated Typical Conditions – See Previous Analysis.**  This is a typical bathroom with tub configuration. The lower grab bar above the rim of the tub is 8 inches measured from the rim of the tub (lower than usual).

B563. **DA-K/T 438 – Bathroom – Sink – Mirror - Height.**  The height of the reflective surface of the mirror is 51 inches AFF.

B564. **DA-K/T 438 – Bathroom – Toilet – Front Transfer Space.**  The distance in front of the toilet is 42-1/4 inches.

B565. **DA-K/T 438 – Bathroom – Toilet – Centerline Dimension.**  The distance between the face of the wall beside the toilet and the centerline of the toilet is 17-1/4 inches.

B566. **DA-K/T 438 – Bathroom – Toilet – Side Transfer Space.**  The distance between the end of the sink and the side of the toilet is 15-7/8".

**Designated Accessible Room 425 — Double/Double with Roll in Shower**

B567. **Designated Accessible Room 425 — Double/Double with Roll in Shower (DA-DD-R/I 425) – Main Entry – Various Agreed**

**Exhibit 2**
**— 117 —**

**Conditions – Stipulated Typical – See Previous Analysis.** The door has agreed typical signage, threshold and push plate related issues.

B568. **DA-DD-R/I 425 – Main Entry – Operational Force.** The push pressure required to open the door is 6 lbs.

B569. **DA-DD-R/I 425 – Main Entry – Pull Side Strike Side Clearance.** The strike edge clearance provided on the swing side of the door is 4 ¼ inches.

B570. **DA-DD-R/I 425 – Bedroom – Various Conditions – Agreed Typical – See Previous Analysis.** The room has an agreed typical TV cabinet, desk and corner pull lamp.

B571. **DA-DD-R/I 425 – Bedroom – Accessible Route Through Room.**
- The distance from the face of the chair to the side of the bed in front of the pole lamp is 34 ½ inches, which means that the lamp is not along an accessible route;
- The distance between the beds is 32 ¼ inches; and,
- The distance from the end of the desk to the balcony door is 39 ½ inches.

B572. **DA-DD-R/I 425 – Bedroom – Turning Space.** The distance from the end of the bed to the desk is 58 inches and the distance between the bed and the TV cabinet is 58-1/4 inches, which means there is no 60 inch diameter circle or T-shaped turnaround space in the room.

B573. **DA-DD-R/I 425 – Bedroom – Beside Table – Safe – Agreed Typical Condition – See Previous Analysis.** The safe is agreed typical.

B574. **DA-DD-R/I 425 – Balcony – Entry – Clear Opening.** The clear opening of the balcony door is 25-5/8 inches.

B575. **DA-DD-R/I 425 – Balcony – Entry – Threshold.** The threshold of

**Exhibit 2**
**─ 118 ─**

the balcony door is non-compliant. The interior threshold is 5/8 of an inch and the exterior threshold is 1 ½ inches.

B576. **DA-DD-R/I 425 – Bedroom – Thermostat – Control Height.**  The height of the highest operable mechanism on the thermostat is 64 7/8 inches AFF.

B577. **DA-DD-R/I 425 – Bathroom – Closet – Door Landing.**  The closet in this room is located in the bathroom (not typical). The distance between the front face of the sink and the closed closet doors is 49 ½ inches.

B578. **DA-DD-R/I 425 – Bathroom – Entry – Overlap of Door With Swing of Closet Doors.**  The door swings overlap the clear floor space required in front of the fixtures in this bathroom and for the bathrooms in all rooms of this configuration.

B579. **DA-DD-R/I 425 – Bathroom – Closet – Double Leaf Entry.**  There are two doors each 20 inches wide. The clear opening for a single door is approximately 19 inches. The depth of the closet is 20 ½ inches, which means the closet door must have a 32 inch clear opening.

B580. **DA-DD-R/I 425 – Bathroom – Closet – Clothes Rod – Height.**  The height of the clothes rod is 49 ½ inches on center.

B581. **DA-DD-R/I 425 – Bathroom – Closet – Shelf – Height.**  The height of the shelf above the clothes rod is 56 ¼ inches. As is agreed typical, the shelf houses the hair dryer, extra towels et cetera.

B582. **DA-DD-R/I 425 – Bathroom – Closet – Iron Set – Mounting Height.**  The height of the iron is 68 inches on center and the height of the bracket iron board is 57 ½ inches.

B583. **DA-DD-R/I 425 – Bathroom – Sink – P-Trap Projection.**  The P-trap projects 9 ¼ inches.

**Exhibit 2**
**― 119 ―**

B584. **DA-DD-R/I 425 – Bathroom – Sink – Insulation.** The P-trap is only partially wrapped, missing the top 3 inches. The hot water pipe is not wrapped at all.

B585. **DA-DD-R/I 425 – Bathroom – Sink – Mirror – Mounting Height.** The mirror height is set at 47" AFF.

B586. **DA-DD-R/I 425 – Bathroom – Toilet – Front Transfer Space.** The distance from the wall opposite the toilet to the end of the counter is 29 ¾ inches. The distance from that same wall to the front of the toilet is 47 ½ inches.

B587. **DA-DD-R/I 425 – Bathroom – Toilet – Centerline Dimension.** The distance from the wall beside the toilet to the outside of the toilet is 26 inches. The distance from that wall to the inside of the toilet is 11 ½ inches. The toilet is approximately 18 ¾ inches on center.

B588. **DA-DD-R/I 425 – Bathroom – Toilet – Grab Bars – Rear – Knuckle Space.** The amount of knuckle space for this grab bar is zero over most of the lid of the toilet. There is 1 5/8 inches between the wall and the interior face of the grab bar.

B589. **DA-DD-R/I 425 – Bathroom – Toilet – Grab Bars – Rear – Knuckle Space.** The mounting height of the rear grab bar is 33 ¼ inches AFF.

B590. **Bathroom – Toilet – Grab Bars – Obstruction.** The height at the top of the grab bar is 34 inches meaning the distance between the bottom of the towel bar and the top of the grab bar is 12 inches, which is less than the 18 inch minimum distance specified by the code.

B591. **DA-DD-R/I 425 – Bathroom – Turning Space.** The distance between the shower and the toilet edge is 38 5/8 inches. The distance

**Exhibit 2**
— 120 —

from the wall behind the toilet to the face of the toilet is 30 ½ inches. Therefore, it is not possible to inscribe a 60 inch diameter circle or a T-shaped turning circle within this restroom.

B592. **DA-DD-R/I 425 – Bathroom – Towel Rack – Mounting Height and Projection.**  The distance from the wall behind the toilet to the end of the towel bar is 40 ½ inches, to the trailing edge of the towel rack. The bottom of the towel rack is set at 46 inches. The towel rack projects off the wall 5 ¾ inches, which means that the towel rack hangs over the grab bar beside the toilet and obstructs the br.

B593. **DA-DD-R/I 425 – Bathroom – Roll-In Shower - Dimensions.**  The length of the shower is 57 3/8 inches and the width of the shower is 28 ¾ inches.

B594. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Grab Bar – Obstruction.**  There is an adjustable shower wand that intrudes over the knuckle space on the grab bar.

B595. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Shower Wand – Mounting Height.**  The wand adjustment range is from 35 inches AFF to 76 ¼ inches AFF.

B596. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Shower Wand – GPT Operation.**  This is a dated adjustment bar that is the twist type.

B597. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – 2nd Shower Wand – Mounting Height.**  There is also a newer shower wand adjustable bar that ranges from 46 inches AFF to 67 ½ inches AFF.

B598. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – 2nd Shower Wand – Operational Force.**  The push pressure required to force this wand up is 12 pounds. The push pressure to force the wand down is 4 pounds.

**Exhibit 2**
— 121 —

B599. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – 2nd Shower Wand – GPT Operation.** The button on the adjustment bar (pushed to ease the force of moving it up and down) requires grasping and pinching to activate.

B600. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Grab Bar – Back Wall – Mounting Height.** Grab bar—this bar is located on the same wall as the toilet and is opposite of the shower bench. This bar is set at a height of 26 inches on center. The mounting height is 31-7/8 inches.

B601. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Grab Bar – Back Wall – Obstruction.** The mixing valve protrudes over the top of the grab bar reducing its utility. The distance between the bar and the valve is 1 ¾ inches. The mixing valve—the distance between the shower bench and the mixing valve is set at 23 ¼ inches.

B602. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Distance Between Shower Bench and Soap Dish.** The distance between the shower bench and the soap dish on the opposite wall is 22 inches.

B603. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Bench – Incorrect Mounting Position.** The bench is not level. At the base of the upright of the "L" the height is 19 ¼ inches. At the head of the leg or the base of the "L" the height is 20 inches, and at the back of the unit near the hinges, the height is 17 ¾ inches. There is an 8.4 percent slope towards the back of the unit.

B604. **DA-DD-R/I 425 – Bathroom – Roll-In Shower – Slopes in Floor Around Drain.** There is a slope in the middle of the floor. The slope around the drain varies between 1.5 percent and 6.8 percent and just beyond the face of the shower the slope of the floor is 4.8 percent.

**Exhibit 2**
— 122 —

B605. **DA-DD-R/I 425 – Bathroom – Heater Control – GPT Operation.** The heater unit requires grasping, pinching, and twisting to operate.

**DA Room 225— Double-Double, Tub**

B606. **DADD-T 225 – Main Entry – Various Agreed Conditions – Stipulated Typical – See Previous Analysis.** The threshold and configuration of the push plate are agreed typical (same as last 2 units on the same side of the building).

B607. **DADD-T 225 – Main Entry – Operational Force.** The push pressure required to open the door is 10 pounds.

B608. **DADD-T 225 – Main Entry – Peep Hole – Mounting Height.** The height of the peephole is 42 ½ inches at the bottom and 62 3/8 inches at the top.

B609. **DADD-T 225 – Main Entry – Security Latch – Mounting Height.** The height of the security latch is 54 ¾ inches. The strike edge clearance provided on this door is 5 inches.

B610. **DADD-T 225 – Main Entry – Landing – Overlap of Door Swings.** Clear Floor Space—the distance from the face of the door to the hinge of the bathroom door is 23 ½ inches, which means that the door swings overlap and neither landing is clear.

B611. **DADD-T 225 – Bedroom – Accessible Route Through Room – Space Between Beds.** The distance between the two beds in this room is 34 ¼ inches.

B612. **DADD-T 225 – Bedroom – Bedside Table – Safe – Agreed Typical – See Previous Analysis.** This is the path of travel is 34 ¼ inches wide, which means that there is no accessible route to the safe and other amenities in this location. The configuration of the safe is stipulated as typical.

**Exhibit 2**
— 123 —

B613. **DADD-T 225 – Bedroom – Thermostat – Control Height.**  The height of the thermostat is 64 ½ inches. The desk is agreed typical.

B614. **DADD-T 225 – Bedroom – Bed – Seated Transfer Height – Agreed Typical – See Prior Analysis.**  The height of the beds is stipulated as typical.

B615. **DADD-T 225 – Bedroom – Bed – Available Space Underneath for Portable Lift.**  The space provided underneath the bed has been stipulated as typical

B616. **DADD-T 225 – Balcony – Entry – Lock – Mounting Height.**  The height of the lock on the balcony door is 53 inches above the finished floor.

B617. **DADD-T 225 – Balcony – Entry – Clear Opening.**  The clear opening of the balcony door is 25 5/8 inches.

B618. **DADD-T 225 – Balcony – Entry – Threshold.**  The threshold on the balcony door is approximately 5/8 inch on the inside and ¼ inches on the outside.

B619. **DADD-T 225 – Balcony – Door Landing & Turning Space.**  The distance between the guardrail and the door is 34 ¾ inches. *These measurements are typical of the last two units reviewed on the same side of the building.*

B620. **DADD-T 225 – Bathroom – Entry – Exterior Door Landing.**  The door landing on the exterior of the bathroom is 44 ¼ inches.

B621. **DADD-T 225 – Bathroom – Heater Control – GPT Operation.**  There is a twist type control for the heater in the bathroom of this unit.

B622. **DADD-T 225 – Bathroom – Closet – Various Typical Conditions.**  The configuration of the roll-in shower and closet are typical of the last room with a roll-in shower. The height of the clothes bar is 45 ¼

**Exhibit 2**
**— 124 —**

inches AFF, the height of the shelf is 52 inches AFF, 68 inches to the center of the iron and 59 inches to the mounting bracket for the ironing board.

B623. **DADD-T 225 – Bathroom – Toilet – Front Transfer Space.** The distance from the front of the toilet to the sink is 47 ¾ inches.

B624. **DADD-T 225 – Bathroom – Toilet – Centerline Dimension.** The toilet is set 19 1/8 inches on center from the adjacent wall.

B625. **DADD-T 225 – Bathroom – Turnaround Space.** The distance from the front of the toilet to the sink is 47 ¾ inches, the distance from the toilet to the edge of the shower is 39 ¼ inches; which means that it is not possible to inscribe a 60 inch circle or a T-shaped turnaround space in this restroom.

B626. **DADD-T 225 – Bathroom – Roll-In Shower – Various Typical Conditions.** The configuration of the roll-in shower and closet are typical of the last room with a roll-in shower. The side grab bar and mixing valve are typical (same as 425)

B627. **DADD-T 225 – Bathroom – Roll-In Shower – Adjustment Bar – GPT Operation.** The adjustment bar for the shower requires grasping, pinching and twisting to operate.

B628. **DADD-T 225 – Bathroom – Roll-In Shower – Shower Bench – Improper Mount.** The shower bench is missing its adjustable legs and it tips forward with a slope of 15.8 percent. The height of the front face of the shower bench (the face of the L section) is 15 ¾ inches and the height at the back is 18-1/8 inches, which is a significant difference.

B629. **DADD-T 225 – Bathroom – Roll-In Shower – Typical Dimension.** The length and width of the shower stall are typical.

B630. **DADD-T 225 – Bathroom – Roll-In Shower – Excessive Slopes**

**Exhibit 2**
**— 125 —**

**Around Shower Drain.** The slope on the south side of the shower drain varies between 3.5 percent and 10.2 percent. The slope at the face of the shower towards the drain is 11.1. At the south end of the shower by the bench the inside slope is 9.1 percent and the outside is 7.4 percent.

**Designated Accessible Room 248 – Tub.** This room was presented as a typical disabled accessible guestroom with a tub.

B631. **Designated Accessible Room 248 – Tub (DA-T 248) – Main Entry – Various Agreed Conditions – Stipulated Typical – See Previous Analysis.** The kick plate and threshold are also typical.

B632. **DA-T 248 – Main Entry – Strike Edge Clearance.** The strike edge provided on the swing side of the door is 7 ½ inches.

B633. **DA-T 248 – Main Entry – Operational Force.** The push pressure required to open the door is 12 pounds.

B634. **DA-T 248 – Main Entry – Peep Hole – Mounting Height.** The upper peep hole is set at 59 ½ inches and the lower peep hole is set at 44 ½ inches.

B635. **DA-T 248 – Main Entry – Security Latch – Mounting Height.** The security latch is set at 59 ½ inches AFF.

B636. **DA-T 248 – Main Entry – Overlap of Door Swings.** The corridor door and the bathroom door overlap, which means that the landing for both doors is not level and clear as required.

B637. **DA-T 248 – Bedroom – Closet – Various Agreed Conditions – Typical.**

B638. **DA-T 248 – Bedroom – Accessible Route Through Room – Agreed Typical.** Clear Floor Space—the distance from the end of the bed (agreed typical bed) to the TV cabinet (agreed typical) is 29

**Exhibit 2**
— 126 —

inches.

B639. **DA-T 248 – Bedroom – Desk – Agreed Typical Conditions.**  The desk (agreed typical).

B640. **DA-T 248 – Bedroom – Beside Table – Clear Floor Space.**  The desk is next to and projects out in front of the bedside table.

B641. **DA-T 248 – Balcony – Turning Space.**  The balcony is triangular shaped. The distance between the face of the door on the narrow side of the guardrail is 49 inches.

B642. **DA-T 248 – Bedroom – Corner Lamp – GPT Operation – Agreed Typical.**

B643. **DA-T 248 – Bedroom – Corner Lamp – Accessible Route.**  The path of travel to the lamp in the corner is behind a chair. There is a space of 22 ½ inches at the front face of the chair, which means that the fixture is not located on an accessible route.

B644. **DA-T 248 – Bedroom – Drape Controls – Accessible Route.** The drape rods are also back in the corner, which is not along an accessible route nor adjacent to a 30 inch by 48 inch clear floor space.

B645. **DA-T 248 – Bathroom – Turning Space.**  No 60 inch turning space nor a T-shaped turnaround space is provided in this room.

B646. **DA-T 248 – Bathroom – Entry – Pull Side Door Landing**.  The door landing on the exterior side of the door is 50 ¾ inches.

B647. **DA-T 248 – Bathroom – Sink & Mirror – Agreed Typical Conditions**.  The sink and mirror are agreed typical.

B648. **DA-T 248 – Bathroom – Tub – Various Agreed Conditions – Missing Grab Bar**.  The tub is typical with addition of an adjustment.  There is no grab bar on the wall opposite the shower control.

**Exhibit 2**
**— 127 —**

B649. **DA-T 248 – Bathroom – Tub – Shower Wand Adjustment Bar – GPT Operation**.  The adjustment bar for the shower wand requires grasping, pinching, twisting of the wrist to adjust.

B650. **DA-T 248 – Bathroom – Tub – Grab Bar - Obstruction**.  There is a 1 ½ inch obstruction between the bottom of the slide bar and the top of the grab bar.

B651. **DA-T 248 – Bathroom – Tub – Bench – Reach Range to Release Mechanism**.  The shower bench has a flip down latch to hold it up which is installed incorrectly, which makes the release difficult to use.

B652. **DA-T 248 – Bathroom – Toilet – Centerline Dimension**. The toilet has been set approximately 17-3/4 inches on center from the adjacent wall.

B653. **DA-T 248 – Bathroom – Toilet – Rear Grab Bar – Size and Position**.  The edge of the sink counter has been set approximately 15 inches from the side of the toilet.

B654. **DA-T 248 – Bathroom – Towel Bar – Agreed Typical Conditions**. The towel bar opposite the toilet is an agreed typical condition.

B655. **DA-T 248 – Bathroom – Heater Timer Control – GPT Operation**.  The timer for the heater unit is the agreed typical condition as well.

**Standard Non-Designated Junior Suite 930.** This room was presented as a typical non-accessible junior suite.   This room was evaluated for entry compliance and accessible route.

B656. **Std. Junior Suite 930 (JSt.930) – Main Entry – Threshold.**  The threshold is set at a height of 1" AFF. on the exterior side and 1-1/8" AFF. on the interior side of the door.

**Exhibit 2**
— 128 —

B657. **S-JSt.930 – Main Entry – Operational Force.**  The force required to open the door is 11 lbs. of pressure.

B658. <u>**S-JSt.930 – Main Entry – ADAAG Signage.**  The ADA sign is set at a height of 59-5/8" AFF.</u>

B659. **S-JSt.930 – Main Entry – Door Landing – Pull Side.**   The door landing on the interior side of the door is 42-1/2" between the face of the closed door and the couch.

B660. **S-JSt.930 – Main Entry – Accessible Route Within Room.**  The distance between the sofa and the coffee table is 19-¼", the distance between the face of the chair and the column is 33", the distance between the TV cabinet and the bed is 28-¼", the distance between the face of the closed bathroom door and the face of the closet door is 38".

B661. **S-JSt.930 – Balcony – Door – Threshold.**  The balcony door threshold is 1-¼" on the inside and 2-¼" on the exterior.

B662. **S-JSt.930 – Balcony – Door – Lock Mounting Height.**  The height of the lock mounting on the balcony door in the down position is 52-¾" AFF.

**<u>Std. Non-Designated Guestroom 836 – King.</u>**  This room was presented as a typical standard king ocean view room.   This room was evaluated for entry compliance and accessible route.

B663. **Std. Non-Designated Guestroom 836 – King (SK 836)** <u>**– Main Entry – ADAAG Signage – Mounting Height.**  The ADA sign on the strike edge of the door is set at a height of 59-3/4" AFF.</u>

B664. **SK 836 – Main Entry – Operational Force.**  The push pressure required to open the door is 16 pounds.

B665. **SK 836 – Main Entry – Threshold – Height.**  The height of the

**Exhibit 2**
**— 129 —**

threshold is 1" on each side of the door.

B666. **SK 836 – Main Entry – Pull-Side Door Landing.**  The clear landing on the interior side of the door is 45" between the face of the closed door and the closet wall.

B667. **SK 836 – Main Entry – Pull-Side Strike Edge Clearance.**  The strike edge clearance for the door is 9-1/2".

B668. **SK 836 – Bathroom – Entry – Clear Opening.**  The clear opening for the bathroom door is 31-½".

B669. **SK 836 – Bathroom – Entry – Pull Side Door Landing.**  The door swings into the bathroom.

B670. **SK 836 – Bedroom – Accessible Route Within Room.**  The distance between the face of the closet door and the column is 35-1/2" and the distance between the end of the bed and the TV chest is 26-1/4".

B671. **SK 836 – Balcony – Entry – Threshold Height.**  The height of the threshold for the balcony door is 1-1/4" on the interior side and 2" on the exterior side the door.

B672. **SK 836 – Balcony – Entry – Lock – Mounting Height.**  The lock on the door is set at a height of 58-1/4" AFF.

B673. **SK 836 – Balcony – Entry – Exterior Landing.**  The clear landing on the exterior side of the door is 30-1/2" between the table and the face of the closed door.

**Std. Guestroom 736 – King.**  This room was presented as a typical standard king room.  This room was evaluated for entry compliance and accessible route.

B674. **Std. Guestroom 736 – King** (SK 736) **– Main Entry – ADAAG Signage – Mounting Height.**  The ADA sign on the strike edge of the door is set at a height of 61-3/8" AFF.

**Exhibit 2**
— 130 —

B675. **SK 736 – Main Entry – Operational Force.**  The push pressure required to open the door is 14 pounds.

B676. **SK 736 – Main Entry – Threshold Height.**  The height of the threshold is 3/4" on the outside and 1" on the inside of the door.

B677. **SK 736 – Main Entry – Pull-Side Strike Edge Clearance.**  The strike edge clearance for this door is 10-1/4".

B678. **SK 736 – Main Entry – Pull-Side Door Landing.**  The clear door landing on the interior of the room is 44-3/8" from the face of the closed door to the face of the closet wall

B679. **SK 736 – Main Entry – Security Latch – Mounting Height.**  The height of the security lock is 59-1/2" AFF.

B680. **SK 736 – Bathroom – Entry – Clear Opening.**  The clear opening of the bathroom door is 31-3/4".

B681. **SK 736 – Bathroom – Entry – Swing Side.**  The door for the bathroom swings into the room.

B682. **SK 736 – Bathroom – Entry – Strike Edge Clearance.**  The strike edge clearance provided on the swing side of the bathroom door is approximately 1".

B683. **SK 736 – Bedroom – Accessible Route Within Room.**
- The distance between the end of the chair and the corner of the closet is 22";
- The distance between the corner of the chair and the corner of the bedside table is 26";
- The distance between the end of the bed and the face of the TV cabinet is 27"; and
- The distance between the end of the bed and the desk is 27-1/2".

B684. **SK 736 – Balcony – Entry – Lock – Mounting Height.**  The lock on the balcony door is set at a height of 58-1/8" AFF.

Exhibit 2
— 131 —

B685. **SK 736 – Balcony – Entry – Threshold –Height.**  The height of the threshold is 1-1/4 on the inside and 2" on the outside of the door.

B686. **SK 736 – Balcony – Entry – Exterior Landing.**  The clear landing on the outside of the door is 42-3/4" between the back of the chair on the balcony and the face of the door.

**Std. Non-Designated Jr. Suite 624 – King.**  This room was presented as a standard Junior Suite (king).

**Special Note:** The only other type of suite in the hotel is typified by room 350 which was not made available for inspection.  This room was evaluated for entry compliance and accessible route.

B687. **Std. Non-Designated Jr. Suite 624 – King (S-JSt.624) – Main Entry – ADAAG Signage – Mounting Height.**  The ADA on the strike side of the door is set at a height of 59-1/2" AFF.

B688. **S-JSt.624 – Main Entry – Security Latch – Mounting Height.** The security latch is set at a height of 59-5/8" AFF.

B689. **S-JSt.624 – Main Entry – Threshold.**  The threshold on the outside is ¾" and on the inside the threshold has a height of 1-1/4" AFF.

B690. **S-JSt.624 – Main Entry – Pull-Side Strike Edge.**  The strike edge clearance provided on the interior side of the door is 3-3/4".

B691. **S-JSt.624 – Main Entry – Operational Force.**  The push pressure required to open the door is 15 pounds.

B692. **S-JSt.624 – Main Entry – Kick-Plate Area.**  The height of the bottom push plate on the outside of the door is 5" AFF.

B693. **S-JSt.624 – Bedroom – Accessible Route within Room.**

- The distance between the TV Cabinet and the coffee table is 16-½";

- The distance between the corner of the TV cabinet and the corner

**Exhibit 2**
— 132 —

of the couch is 15";

- The distance from the corner of the bed to the wall is 31";
- The distance from the side of the bed to the face of the bathroom door is 31"; and
- The distance from the corner of the bed to the corner of the doorjamb for this door is 31-1/2, which is along the path of travel to the bathroom.

B694. **S-JSt.624 – Balcony – Entry – Lock - Mounting Height.** The height of the lock on the south balcony door is 54-3/4" AFF.

B695. **S-JSt.624 – Balcony – Entry – Threshold.** The height of the interior threshold is 1" and the height of the exterior threshold is approximately 2-1/8" AFF. The height of the threshold on the north balcony door is 1-1/4" AFF on the inside and 2-1/4" AFF on the outside of the door.

B696. **S-JSt.624 – Bathroom – Entry – Clear Opening.** The clear landing for the bathroom door is 31" between the face of the closed door and the corner of the bed.

**Std. Non-Accessible Jr. Suite 628 – King.** This room was presented as a typical standard Junior Suite (king). This room was evaluated for entry compliance and accessible route.

B697. **Std. Non-Accessible Jr. Suite 628 – King (S-JSt.628) – Main Entry – ADAAG Signage – Mounting Height.** The ADA signage on the hinge side of the door is set at a height of 60-1/4" AFF.

B698. **S-JSt.628 – Main Entry – Kick-Plate Area.** The kick plate at the bottom of the door is 4-1/2 inches above the finished floor.

B699. **S-JSt.628 – Main Entry – Security Latch – Mounting Height.** The security latch is set at a height of 59-1/2" AFF.

**Exhibit 2**
— 133 —

B700. **S-JSt.628 – Main Entry – Operational Force.**  The push pressure required to open the door is 15 pounds.

B701. **S-JSt.628 – Main Entry – Threshold.**  The height of the threshold is 3/4 " AFF on the exterior side of the door and 1-¼" AFF on the interior side of the door.

B702. **S-JSt.628 – Main Entry – Pull-Side Strike Edge Clearance.**  The strike edge clearance provided on the pull side of this door is 2-3/4".

B703. **S-JSt.628 – Main Entry – Door Landing.**  The clear door landing on the interior side of the door is 45" between the face of the closed door and the closet.

B704. **S-JSt.628 – Bedroom – Accessible Route within Room.**
   - The distance from the chest to the end of bed #1 is 32" and 32-½ from the chest to the end of bed #2; and
   - The distance between bed #2 and the desk is 33 ¼ inches.

B705. **S-JSt.628 – Balcony – Entry - Lock – GPT Operation.**  The lock on this door requires grasping, pinching and twisting of the wrist to operate.

B706. **S-JSt.628 – Balcony – Entry - Operational Force.**  The pull pressure required to open the door is 7 pounds.

B707. **S-JSt.628 – Balcony – Entry - Threshold Height.**  The height of the interior threshold is 1-1/4" AFF and the exterior threshold has a height of 2-3/8" AFF.

B708. **S-JSt.628 – Balcony – Turning Space.**  The distance between the face of the closed door and the guardrail is 54-1/2", so there is insufficient space to inscribe a 60" diameter turning circle on the balcony.

**Exhibit 2**
— 134 —

**Std. Non-Accessible Guestroom 638 – King.**  This room was presented as a typical standard king room.  This room was evaluated for entry compliance and accessible route.

B709. <u>**Std. Non-Accessible Guestroom 638 – King (SK 638) – Main Entry – ADAAG Signage – Mounting Height – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the height of the ADA signage.</u>

B710. **SK 638 – Main Entry – Security Latch – Mounting Height – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection, the height of the security latch was stipulated as typical within a minor variation.  (See analysis of the corridor doors in previous rooms.)

B711. **SK 638 – Main Entry – Interior Door Landing.**  The clear landing on the interior side of the door is 45" between the face of the closed door and the closet wall.

B712. **SK 638 – Main Entry – Operational Force.**  The push pressure required to open the door is 15 pounds.

B713. **SK 638 – Main Entry – Kick-plate Area Height.**  The smooth uninterrupted surface at the bottom of the door is 5-1/8" AFF.

B714. **SK 638 – Main Entry – Pull-Side Strike Edge Clearance.**  The strike edge clearance provided on the pull side of the bathroom door is 9-½".

B715. **SK 638 – Main Entry – Pull Side Door Landing.**  The clear landing on the pull side of the bathroom door is 59" long.

B716. **SK 638 – Bedroom – Accessible Route within Room.**  The distance between the end of the bed and the chest is 30", the distance between the face of the chair and the cooling unit is 24-½".

B717. **SK 638 – Balcony – Interior Door Landing.**  The clear landing on

**Exhibit 2**
— 135 —

the interior side of the balcony door is 33-1/2" between the face of the closed door and the table.

**Std. Guestroom 538 – King.**  This room was presented as a typical standard king room.

B718. **Std. Guestroom 538 – King (SK 538) – Main Entry – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the height of the ADA signage, the smooth uninterrupted surface at the bottom of the door, the threshold and the height of the security latch were stipulated as typical within a minor variation.  (See analysis of the corridor doors in previous rooms.)

B719. **SK 538 – Main Entry – Pull-Side Door Landing.**  The clear landing on the interior side of the door is 44-1/4" between the face of the closed door and the closet wall.

B720. **SK 538 – Main Entry – Operational Force.**  The push pressure required to open the door is 13 pounds.

B721. **SK 538 – Main Entry – Kick-Plate Area.**  The smooth uninterrupted surface at the bottom of the door is 5-1/8" AFF.

B722. **SK 538 – Main Entry – Accessible Route with Bedroom.**  The distance from the end of the bed to the TV cabinet is 29-¾".

B723. **SK 538 – Balcony – Various Conditions – Stipulated Typical – See Previous Analysis.**  During the course of the formal site inspection the configuration of the balcony door thresholds within the main hotel building were stipulated as typical within a minor variation.  (See analysis of the balcony door thresholds in previous rooms.)  **Special Note:** This stipulation does not apply to the Cabana Building.

Exhibit 2
— 136 —

**Std. Room 436 – King.**   This room was presented as a typical standard king room.  This room was evaluated for entry compliance and accessible route.

B724. **Std. Room 436 – King (SK 436) – Main Entry – Various Conditions – Stipulated Typical – See Previous Analysis.**  The door and threshold configuration are typical as is the height of the peep hole and the <u>exterior ADAAG signage</u>.  The height of the typical security latch is 59 ½ inches AFF. The push pressure required to open the door is 16 pounds. The door sweeps 1 ½ to 2 seconds. The door landing is 44 3/8 inches.

B725. **SK 436 – Bedroom – Thermostat – Mounting Height.**  The thermostat is located in the corner of the room and is set at a height of 60 ½ inches AFF, which is too high and not located on an accessible route.

B726. **SK 436 – Bedroom – Thermostat – Clear Floor Space.**  The distance from the end of the desk to the corner is 19 ½ inches, so there is no clear floor space adjacent to the thermostat.

B727. **SK 436 – Bedroom – Accessible Route through Room.**
   - Path of Travel—the distance between the end of the bed and the TV cabinet is 28 ¾ inches.
   - The distance from the end of the bed to the face of the chair next to the balcony door is 26 ½ inches.

B728. **SK 436 – Balcony – Various Conditions – Stipulated Typical – See Previous Analysis.** The balcony door and curtains are agreed typical.  (See analysis of the balcony door thresholds in previous rooms.)

B729. **SK 436 – Balcony – Exterior Door Landing and Turning Space.**  The distance from the face of the closed door and the chair on the balcony is 32 inches, the distance from the corner of the cooler to the

**Exhibit 2**
**— 137 —**

chair on the balcony is 22 ¼ inches, the distance from the side of the chair to the north wall is 47 ½ inches; which means that it is not possible to inscribe a 60 in circle or a T-shaped turn around space in this location.

**Std. Room 223 – Double-Double.** This room was presented as a typical standard double-double.  This room was evaluated for entry compliance and accessible route.

B730. **Std. Room 223 – Double-Double (SK 223) – Main Entry – Various Conditions – Stipulated Typical – See Previous Analysis.** Door—agreed typical ADA sign, door & threshold. (See analysis of the balcony door thresholds in previous rooms.)

B731. **S-DD 223 – Main Entry – Operational Force.**  The push pressure required to open the door is 8 pounds.

B732. **S-DD 223 – Main Entry – Pull Side Strike Edge Clearance.**  The strike edge clearance is 4 ½ inches.

B733. **S-DD 223 – Main Entry – Security Latch – Mounting Height.** The security latch is 54 ¾ inches above the finished floor.

B734. **S-DD 223 – Main Entry – Pull Side Landing.**  The corridor wall on the opposite side of the door to the adjacent suite protrudes 22 ½ inches into the landing required on the pull side of the door.  The distance from the face of the closed door to the corridor wall is 45 inches.

B735. **S-DD 223 – Main Entry – Deadbolt – GPT Operation.**  The lock is a twist type dead bolt.

B736. **S-DD 223 – Main Entry – Pull Side Strike Edge Clearance.** The distance from the face of the door to the face of the column is 31 inches.

**Exhibit 2**
— 138 —

B737. **S-DD 223 – Main Entry – 90 Degree Swing.** The column projects 1 7/8 inches into the clear floor space on the inside of the door and obstructs the door from opening fully into the 90 degree position.

B738. **S-DD 223 – Bedroom – Thermostat – Height of Controls.** The height of the thermostat is 63 ¾ inches.

B739. **S-DD 223 – Bedroom – Accessible Route through Room.**

- The distance from the face of the chair to the face of the bed on the path of travel back to the lamp in the corner is 33 ¾ inches.

- The clear opening for the balcony door is 25 5/8 inches.

- The interior threshold for the balcony door is 5/8 inch and the exterior threshold is 1 ¼ inches.

- The distance between the face of the door and the railing for the balcony is 33 ½ inches, which means that the door landing is too small and there is no turnaround space on the balcony.

- The distance from the end of the bed to the agreed standard TV cabinet is 53 inches.

### Std. Room 246 - King.

B740. **Std. Room 246 - King (SK 246) – Main Entry – Various Conditions – Stipulated Typical – See Previous Analysis.** Door: agreed typical ADA sign, door & threshold. (See analysis of the balcony door thresholds in previous rooms.)

B741. **SK 246 – Main Entry – Operational Force.** The push pressure required to open the door is 13 pounds.

B742. **SK 246 – Main Entry – Strike Edge on Pull Side.** The strike edge clearance is 8 ½ inches.

B743. **SK 246 – Main Entry – Door Landing.** The door landing is 44 ½ inches.

**Exhibit 2**
— 139 —

B744. **SK 246 – Bathroom – Entry – Clear Opening.** The clear opening of the bathroom door is 31 ½ inches.

B745. **SK 246 – Bedroom – Thermostat – Controls – Mounted Height.** Thermostat-the height of the thermostat is 54 ¼ inches AFF.

B746. **SK 246 – Bedroom – Thermostat – Controls – Mounted Height.** The distance between the end of the bed and the TV Cabinet (typical) is 29 ½ inches. The distance between the end of the bed and the leg of the desk (typical) is 29 inches.

B747. **SK 246 – Balcony – Entry – Operational Force & Threshold – Stipulated Typical.** The push pressure and threshold are typical.

B748. **SK 246 – Balcony – Entry – Door Landing.** The distance between the chair and the closed door is 17 ½ inches, which means that the door landing does not comply.

**Std. Room Cabana Building – No. 185.**

B749. **Std. Room Cabana Building – No. 185 (SCB 185) – Entry – Various Conditions – Agreed Typical – See Previous Analysis.** <u>Typical ADA sign</u>, typical threshold, typical door, typical security latch.

B750. **SCB 185 – Entry – Operational Force.** Push pressure required to open the door is 19 pounds.

B751. **SCB 185 – Entry – Sweep Time.** It's approximately a 2 second sweep.

B752. **SCB 185 – Entry – Pull Side Strike Edge Clearance.** The strike edge clearance is 12-3/4.

B753. **SCB 185 – Entry – Pull-Side Landing.** The door landing is 45-1/2 to the closet door.

B754. **SCB 185 – Bathroom – Entry – Clear Opening.** Bathroom door

**Exhibit 2**
**— 140 —**

has a clear opening of 31-1/2.

B755. **SCB 185 – Bedroom – Thermostat – Mounting Height.**  Height of the thermostat is 55 and 18.

B756. Standard chest for the TV.

B757. Distance between the bed and the chest is 27-1/2.

B758. Typical bed, typical threshold, typical desk.  31-3/4, which is the path of travel back to the pole lamp.  In this case, the twist knob is in the corner.  It is a typical threshold out on to the patio.

B759. **SCB 185 – Patio – Egress.**  It should be noted that this patio goes to that fire exit on the side of the building that we looked at this morning with the grass.

B760. **SCB 185 – Patio – Entry – GPT Operation.**  It's got a standard lock on the door.

B761. **SCB 185 – Patio – Entry – Lock – Mounting Height.**  The height of the lock is 51-1/8 in the resting position.

B762. **SCB 185 – Patio – Entry – Operational Force.**  The balcony door requires 7 pounds of pressure to open and 6 pounds of pressure to close.

B763. **SCB 185 – Bedroom – Bedside Table – Safe – Route of Travel.** The safe and the bedside table are typical.

**N.    ICE/VENDING MACHINE ROOMS**

B764. **Ice Room on 6th Floor – Entry – Strike Edge Clearance.**  The strike edge clearance on the pull-side of this door is approximately 8 inches.  This condition was not replicated on other ice-vending rooms on other floors, which are all identically located along the building's vertical column.

**Exhibit 2**
— 141 —

## <u>TTY KITS</u>

B765. <u>This room has a telephone amplifier, it has a door knocker, it has a combination clock, bright halogen reading lamp, telephone signaler, door attenuator, bed checker jack, jack contact connection.   This appears to be a compliant package.</u>

B766. <u>All right.  The third one is missing the door knocker indicator.</u>

## TELEPHONE RESERVATIONS

B767. The hotel's clerks advise patron that there rooms are "accessible." However, it is clear that a CASp consultant has never so advised Defendants, and that therefore employees have never been trained to properly advise patrons of the hotel's accessibility limitations and deficiencies.  This lack of instruction denies the wheelchair user such as Plaintiff the "equal benefits" of the program to which she is entitled under 42 USC 12182(b)(1)(A)(ii)). It requires extra effort on her part to obtain the same benefits.  Worse, it exposes her to harm that more carefully transmitted information would prevent.  She demands that Defendants modify their reservation system to provide one-stop reservation of wheelchair accessible rooms equal to that provided able-bodied guests.

**Exhibit 2**
— 142 —

**Exhibit 2**
— i —